IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERDIGITAL COMMUNICATIONS CORP., a Pennsylvania corporation, and INTERDIGITAL TECHNOLOGY CORP., a Delaware corporation,<br><br>Plaintiffs,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA LLC, a Delaware corporation,<br><br>Defendants. | Civil Action No.: _____<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS' RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff InterDigital Technology Corp. states that its sole parent corporation is InterDigital Communications Corp., which is a publicly held company that owns 100% of its stock.

Dated: March 23, 2007

_____
Richard K. Herrmann #405
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

OF COUNSEL:
Patrick J. Coyne
Christopher P. Isaac
Lionel M. Lavenue
Houtan K. Esfahani
Rajeev Gupta
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

        Attorneys for Plaintiffs,
        INTERDIGITAL COMMUNICATIONS CORP.
        and INTERDIGITAL TECHNOLOGY CORP.