**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTERDIGITAL COMMUNICATIONS CORP., a Pennsylvania corporation, and INTERDIGITAL TECHNOLOGY CORP., a Delaware corporation, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) Civil Action No.: 07-165 |
| v. | ) ) |
| SAMSUNG ELECTRONICS CO., LTD. a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA LLC, a Delaware corporation, | ) ) ) **JURY TRIAL DEMANDED** ) ) ) |
| Defendants. | ) ) ) |

PRAECIPE

TO:    Clerk of the Court
United States District Court
      For the District of Delaware
855 King Street
Wilmington, DE 19801

PLEASE ISSUE ALIAS SUMMONS and Complaint to the Defendant Samsung

Electronics Co., Ltd. for service by special process server on the Secretary of State, 401 Federal

Street, Suite 3, Dover, Delaware  19901, pursuant to 10 *Del. C.* § 3104.

Dated:  March 23, 2007

_____
Richard K. Herrmann #405
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware  19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Plaintiffs
INTERDIGITAL COMMUNICATIONS CORP.
and INTERDIGITAL TECHNOLOGY CORP.