AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Delaware

INTERDIGITAL COMMUNICATIONS CORP. and
INTERDIGITAL TECHNOLOGY CORP.,
　　　Plaintiffs,

V.

SAMSUNG ELECTRONICS CO., LTD., SAMSUNG
ELECTRONICS AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC,
　　　Defendants.

ALIAS **SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-165

TO: (Name and address of Defendant)
Samsung Electronics Co., Ltd.
c/o Delaware Secretary of State
401 Federal Street, Suite 3
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
302.888.6800

an answer to the complaint which is served on you with this summons, within _____Twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

DATE  3/23/07

2002 © American LegalNet, Inc.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>MARCH 23 2007 |
| NAME OF SERVER (PRINT)<br>Sean Bayrevich | TITLE<br>Special Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where The Delaware Secretary of State 401 Federal Street Dover DE 19901 Served Melanie Feeler at 4:45 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/23/07
    Date            Signature of Server

PARCELS INC
15 E. North Street Dover DE 19901
    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.