AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Delaware

| | |
|---|---|
| INTERDIGITAL COMMUNICATIONS CORP. and INTERDIGITAL TECHNOLOGY CORP., Plaintiffs,<br>V.<br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:  0 7 - 1 6 5 |

TO: (Name and address of Defendant)
Samsung Telecommunications America, LLC
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
302.888.6800

an answer to the complaint which is served on you with this summons, within ____Twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    3-23-07

CLERK                                              DATE

(By) DEPUTY CLERK

2002 © American LegalNet, Inc.

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3/23/07 |
| NAME OF SERVER (PRINT) MARSHAL MANLOVE | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☒ Other (specify): PERSONALLY SERVED SAMSUNG TELECOMMUNICATIONS AMERICA LLC by SERVING ITS REGISTERED AGENT, THE CORPORATION SERVICE CO, AT 2711 CENTERVILLE RD, WILM DE 19808 AT 3:45PM PERSON ACCEPTING: MARY DRUMMOND

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/23/07  _____
              Date                Signature of Server

230 N MARKET ST, WILM DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.