IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERDIGITAL COMMUNICATIONS CORP., and INTERDIGITAL TECHNOLOGY CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. SAMSUNG ELECTRONICS AMERICA., INC. and SAMSUNG TELECOMMUNICATIONS AMERICA LLC, <br><br> Defendants. | Civil Action No. 07-165-JFF |

### DEFENDANTS' MOTION TO STAY PURSUANT TO 28 U.S.C. § 1659

Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America LLC (collectively "Samsung"), for the reasons stated in the Memorandum filed contemporaneously herewith, hereby invoke their rights to a stay of this action in its entirety pursuant to 28 U.S.C. § 1659, and respectfully requests that this Court stay the present action until the date that the determination of the ITC in the proceeding entitled *Certain 3G Wideband Code Division Multiple Access (WCDMA) Handsets and Components Thereof*, 337-TA-601 becomes final.

ASHBY & GEDDES

/s/ *John G. Day*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
(302) 654-2067 (Fax)
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

David Healey
Weil, Gotshal & Manges LLP
700 Louisiana Street
Suite 1600
Houston, Texas 77002
(713) 446-5000
(713) 224-9511 (Fax)

Dated: May 17, 2007
180672.1

I IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERDIGITAL COMMUNICATIONS CORP., ) <br> and INTERDIGITAL TECHNOLOGY CORP., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SAMSUNG ELECTRONICS CO., LTD. ) <br> SAMSUNG ELECTRONICS AMERICA., INC. ) <br> and SAMSUNG TELECOMMUNICATIONS ) <br> AMERICA LLC, ) <br> ) <br> Defendants. ) | Civil Action No. 07-165-JFF |

**ORDER GRANTING
DEFENDANTS' MOTION TO STAY PURSUANT TO 28 U.S.C. § 1659**

WHEREAS an investigation has been instituted by the United States International Trade Commission based on a complaint filed by the plaintiff that involves the same patents and the same parties as in this civil action; and

WHEREAS defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America LLC have each invoked their right to stay this action, and have demonstrated that all of the requirements for a stay pursuant to 28 U.S.C. § 1659 are satisfied;

The Court hereby ORDERS that this action shall be stayed in its entirety until the date that the determination of the United States International Trade Commission becomes final in the proceeding entitled *Certain 3G Wideband Code Division Multiple Access (WCDMA) Handsets and Components Thereof*, 337-TA-601.

SO ORDERED.

Dated: _____                                                      _____
                                                                                                    United States District Judge