**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INTERDIGITAL COMMUNICATIONS CORP., and INTERDIGITAL TECHNOLOGY CORP., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-165-JJF |
| v. | ) ) | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA LLC, | ) ) ) ) | |
| Defendants. | ) | |

# STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America LLC shall answer, move, or otherwise respond to the First Amended Complaint in the above action is extended through and including July 2, 2007.

| | |
|---|---|
| MORRIS JAMES LLP | ASHBY & GEDDES |
| | |
| */s/ Richard K. Herrmann* | */s/ John G. Day* |
| Richard K. Herrmann (I.D. #405) | Steven J. Balick (I.D. #2114) |
| 500 Delaware Avenue, Suite 1500 | John G. Day (I.D. #2403) |
| Wilmington, Delaware 19801 | Lauren E. Maguire (I.D. #4261) |
| 302-888-6800 | 500 Delaware Avenue, 8th Floor |
| rherrmann@morrisjames.com | P.O. Box 1150 |
| | Wilmington, Delaware 19899 |
| *Attorneys for Plaintiffs* | 302-654-1888 |
| | sbalick@ashby-geddes.com |
| | jday@ashby-geddes.com |
| | lmaguire@ashby-geddes.com |
| | |
| | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

181150.1