IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERDIGITAL COMMUNICATIONS CORP., and INTERDIGITAL TECHNOLOGY CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. SAMSUNG ELECTRONICS AMERICA., INC. and SAMSUNG TELECOMMUNICATIONS AMERICA LLC, <br><br> Defendants. | Civil Action No. 07-165 (JJF) |

## STIPULATION AND ORDER TO STAY PROCEEDINGS

Plaintiffs, InterDigital Communications Corporation, and InterDigital Technology Corporation (collectively referred to as "InterDigital"), and Defendants, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America LLC (collectively referred to as "Samsung"), through their respective counsel of record, and subject to approval of the Court, hereby agree and stipulate as follows:

1. InterDigital brought this action as a parallel District Court proceeding to an Investigation by the United States International Trade Commission ("ITC"), *In the Matter of Certain 3G Wideband Code Division Multiple Access (WCDMA) Handsets and Components Thereof,* ITC Investigation No. 337-TA-601. Shortly after the filing of this proceeding, Samsung brought an action against InterDigital in this Court, *Samsung Telecommunications America LLP, et al. v. InterDigital Communications Corp., et al.,* Civil Action No. 07-167 (JJF).

2. The parties have previously entered into a Stipulated Agreement extending the time within which certain of the Defendants that have been served with the Complaint in this Civil Action No. 07-165 shall plead or otherwise respond to the Complaint. Since the filing of this Stipulated Agreement, InterDigital has filed an Amended Complaint adding a fourth patent-in-suit to both the ITC Investigation and this Civil Action No. 07-165.

3. Pursuant to the automatic stay provisions of 28 U.S.C. § 1659, the parties agree to stay this Civil Action No. 07-165 until the ITC determination becomes final in ITC Investigation No. 337-TA-601.

4. Samsung has not opposed InterDigital's Amended Complaint to add U.S. Patent No. 7,190,966 to ITC Investigation No. 337-TA-601, which has been permitted by the ITC, and shall not oppose InterDigital's motion to add U.S. Patent No. 7,190,966 to this Civil Action No. 07-CV-165, subject to approval and order of this Court.

5. InterDigital and Samsung expressly agree that the entry of stays in Civil Action No. 07-165 and Civil Action No. 07-167 shall toll the running of any applicable limitations period for the terms of the stays.

6. At the conclusion of the stay set forth in Paragraph 3 of this Stipulation and Order, Samsung shall have twenty (20) days within which to answer or otherwise plead in response to the Complaints that have been filed in this Civil Action No. 07-165.

7. Counsel for Samsung hereby accepts service of the Complaint and agrees to accept service of the Amended Complaint on each of the Samsung defendants in this Civil Action No. 07-165.

8.  Except as expressly set forth in this Stipulation and Order, this Stipulation and the resulting Order shall be without prejudice to the rights of the parties.

June 12, 2007

| | |
|---|---|
| /s/ Richard K. Herrmann | /s/ John G. Day |
| Richard K. Herrmann #405 | Steven J. Balick (I.D. #2114) |
| Mary B. Matterer # 2696 | John G. Day (I.D. #2403) |
| MORRIS JAMES LLP | ASHBY & GEDDES |
| 500 Delaware Avenue, Suite 1500 | 500 Delaware Ave., Suite 800 |
| Wilmington, DE 19801-1494 | Wilmington, DE 19801 |
| (302) 888-6800 | (302) 654-1888 |
| rherrmann@morrisjames.com | sbalick@ashby-geddes.com |
| mmatterer@morrisjames.com | jday@ashby-geddes.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| *InterDigital Communications Corporation,* | *Samsung Electronics Co., Ltd,* |
| *InterDigital Technology Corporation* | *Samsung Electronics America, Inc.. and* |
| | *Samsung Telecommunications America LLC* |

**SO ORDERED** this _____ day of June, 2007.

_____
The Honorable Joseph J. Farnan, Jr.

3