IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERDIGITAL COMMUNICATIONS CORP., and INTERDIGITAL TECHNOLOGY CORP., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-165-JJF |
| v. | ) ) | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA LLC, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF MOTIONS

WHEREAS the Court has entered an Order staying this action pending final determination of plaintiffs' claims in the International Trade Commission (D.I. 19);

PLEASE TAKE NOTICE that defendants, by and through their undersigned counsel, hereby withdraw as moot the following motions: (1) Motion to Stay Pursuant to 28 U.S.C. § 1659 (D.I. 13); (2) Motion, as Respondents in an ITC Investigation Involving the Same Patents and Parties Hereto, to Invoke the Mandatory Stay of this District Court Action Provided Under 28 U.S.C. § 1659 Pending Final Determination in the ITC (D.I. 15); and (3) Emergency Motion for Relief from the Timing Requirements of this Court's Non-Dispositive Motion Procedure for Patent Cases (D.I. 17).

ASHBY & GEDDES

*/s/ John G. Day*
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
*Attorneys for Defendants*

Dated: June 15, 2007