**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTERDIGITAL COMMUNICATIONS CORP., and INTERDIGITAL TECHNOLOGY CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA LLC, <br><br> Defendants. | Civil Action No. 07-165 (JJF) |

**NOTICE OF PLAINTIFFS' MOTION TO LIFT THE STAY**
**FOR THE LIMITED PURPOSE OF FILING A SECOND AMENDED COMPLAINT**
**AND TO FILE A SECOND AMENDED COMPLAINT**

PLEASE TAKE NOTICE that Plaintiffs InterDigital Communications Corp. and InterDigital Technology Corp. request that their Motion to Lift the Stay for the Limited Purpose of Filing a Second Amended Complaint and to File a Second Amended Complaint (DI no. 21) be heard on December 7, 2007.

Dated: November 5, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Richard K. Herrmann*
　　　　　　　　　　　　　　　　　　　　　　　　　Richard K. Herrmann #405
　　　　　　　　　　　　　　　　　　　　　　　　　Mary B. Matterer #2696
　　　　　　　　　　　　　　　　　　　　　　　　　MORRIS JAMES LLP
　　　　　　　　　　　　　　　　　　　　　　　　　500 Delaware Avenue, Suite 1500
　　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　　　　　　　　　　　　rherrmann@morrisjames.com

　　　　　　　　　　　　　　　　　　　　　　　　　***Counsel for Plaintiffs***