IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERDIGITAL COMMUNICATIONS CORP., and INTERDIGITAL TECHNOLOGY CORP., <br><br>　　　　　Plaintiffs,<br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA LLC,<br><br>　　　　　Defendants. | C.A. No. 07-165-JJF |

## STIPULATED ORDER

**WHEREAS**, plaintiffs filed a Motion to Lift the Stay for the Limited Purpose of Filing a Second Amended Complaint and to File a Second Amended Complaint (D.I. 21) (the "Motion) on November 2, 2007;

**WHEREAS**, the Motion seeks to lift the stay imposed in this matter for the limited purpose of filing a Second Amended Complaint to include a new patent, U.S. Patent No. 7,286,847;

**WHEREAS**, defendants do not oppose the filing of the Second Amended Complaint; and

**WHEREAS**, the parties agree that the stay in this matter should be lifted only to allow the filing of the Second Amended Complaint and that the stay should be reinstated upon the filing of the Second Amended Complaint;

**IT IS HEREBY STIPULATED AND AGREED**, subject to the approval and order of the Court, that (i) the mandatory stay in this matter shall be lifted to permit the filing of the Second Amended Complaint and (ii) the stay shall be reinstated immediately upon the filing of the Second Amended Complaint.

| MORRIS JAMES LLP | ASHBY & GEDDES |
|---|---|
| */s/ Richard K. Herrmann* <br> Richard K. Herrmann (I.D. #405) <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, Delaware  19801 <br> 302-888-6800 <br> rherrmann@morrisjames.com <br><br> *Attorneys for Plaintiffs* | */s/ Lauren E. Maguire* <br> Steven J. Balick (I.D. #2114) <br> John G. Day (I.D. #2403) <br> Lauren E. Maguire (I.D. #4261) <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, Delaware  19899 <br> 302-654-1888 <br> sbalick@ashby-geddes.com <br> jday@ashby-geddes.com <br> lmaguire@ashby-geddes.com <br><br> *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge