IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERDIGITAL COMMUNICATIONS CORP., and INTERDIGITAL TECHNOLOGY CORP.,<br><br>      Plaintiffs,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA LLC,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 07-165-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR PRO HAC VICE APPEARANCE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Wasif Qureshi to represent the defendants in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for the foregoing attorney is being submitted to the Clerk's office in connection with this motion.

                                        ASHBY & GEDDES

                                        /s/ *John G. Day*

                                        _____
                                        Steven J. Balick (I.D. #2114)
                                        John G. Day (I.D. #2403)
                                        Lauren E. Maguire (I.D. #4261)
                                        500 Delaware Avenue, 8th Floor
                                        P.O. Box 1150
                                        Wilmington, DE 19899
                                        Telephone: (302) 654-1888
                                        Facsimile: (302) 654-2067
                                        sbalick@ashby-geddes.com
                                        jday@ashby-geddes.com
                                        lmaguire@ashby-geddes.com

                                        *Attorneys for Defendants Samsung Electronics*
                                        *Co., Ltd., Samsung Electronics America, Inc., and*
                                        *Samsung Telecommunications America LLC*

*Of Counsel:*

David Healey
Weil, Gotshal & Manges LLP
700 Louisiana Street
Suite 1600
Houston, Texas 77002
(713) 446-5000
(713) 224-9511 (Fax)

Dated: November 28, 2007
186231.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERDIGITAL COMMUNICATIONS CORP., and INTERDIGITAL TECHNOLOGY CORP., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-165-JJF |
| v. | ) ) | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

This _____ day of _____, 2007, the Court having considered the motion for the admission *pro hac vice* of Wasif Qureshi to represent the defendants in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of Texas, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _/s/ Wasif Qureshi_

Wasif Qureshi
Weil, Gotshal & Manges
700 Louisiana, Suite 1600
Houston, Texas 77002
713-546-5000

Dated: November 28, 2007