## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERDIGITAL COMMUNICATIONS, LLC., INTERDIGITAL TECHNOLOGY CORP., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.: 07-165 JJF |
| v. | ) ) | |
| SAMSUNG ELECTRONICS CO., LTD. SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA LLC, | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

### SECOND AMENDED COMPLAINT

This is an action for patent infringement. Plaintiffs, InterDigital Communications, LLC and InterDigital Technology Corporation (collectively "InterDigital"), through their undersigned counsel, bring this action against Defendants, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America LLC (collectively "the Samsung Defendants"). In support of this Second Amended Complaint, InterDigital alleges as follows:

### THE PARTIES

1.      Plaintiff, InterDigital Communications, LLC ("InterDigital Communications"), is a Pennsylvania corporation, having its principal place of business at 781 Third Avenue, King of Prussia, Pennsylvania 19406-1409.

2.      Plaintiff, InterDigital Technology Corporation ("InterDigital Technology"), is a Delaware corporation, having its principal place of business at Hagley Building, Suite 105, 3411 Silverside Road, Concord Plaza, Wilmington, Delaware 19810-4812.      InterDigital

Communications is the parent company to InterDigital Technology.

      3.     Defendant, Samsung Electronics Co., Ltd. ("Samsung Electronics"), is a Korean corporation, having its principal place of business at Samsung Main Building, 250, Taepyung-ro 2-ka, Chueng-ku, Seoul 100-742 Korea.

      4.     Defendant, Samsung Electronics America, Inc. ("SEA"), is a New York corporation, having its principal place of business at 105 Challenger Road, Ridgefield Park, New Jersey 07660. SEA is a wholly owned subsidiary of Samsung Electronics.

      5.     Defendant, Samsung Telecommunications America LLC ("STA"), is a Delaware corporation, having its principal place of business at 1301 Lookout Drive, Richardson, Texas 75082. STA is a wholly own subsidiary of Samsung Electronics. Upon information and belief, Samsung Telecommunications America LLP converted to Samsung Telecommunications America LLC on December 27, 2006.

## JURISDICTION AND VENUE

      6.     This is an action for patent infringement arising under the patent laws of the United States. This Court has jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

      7.     Venue is proper in this judicial district under 28 U.S.C. §§ 1391(c)-(d) and 1400(b).

## FACTUAL BACKGROUND

      8.     United States Letters Patent No. 7,117,004 ("the '004 patent"), entitled "Method and Subscriber Unit for Performing an Access Procedure," issued on October 3, 2006, to inventors Fatih Ozluturk and Gary Lomp. InterDigital Technology owns by assignment the entire right, title, and interest in and to the '004 patent. A true and correct copy of the '004 patent is attached to this Second Amended Complaint as Exhibit A.

2

9.      United States Letters Patent No. 6,674,791 ("the '791 patent"), entitled "Automatic Power Control System for a Code Division Multiple Access (CDMA) Communications System," issued on January 6, 2004, to inventors Gary Lomp, Fatih Ozluturk, and John Kowalski.    InterDigital Technology owns by assignment the entire right, title, and interest in and to the '791 patent.    A true and correct copy of the '791 patent is attached to this Second Amended Complaint as Exhibit B.

10.      United States Letters Patent No. 6,973,579 ("the '579 patent"), entitled "Generation of User Equipment Identification Specific Scrambling Code for the High Speed Shared Control Channel," issued on December 6, 2005, to inventors Stephen G. Dick, Nader Boulourchi, and Sung-Hyuk Shin.    InterDigital Technology owns by assignment the entire right, title, and interest in and to the '579 patent.    A true and correct copy of the '579 patent is attached to this Second Amended Complaint as Exhibit C.

11.      United States Letters Patent No. 7,190,966 ("the '966 patent"), entitled "Method and Apparatus for Performing an Access Procedure," issued on March 13, 2007, to inventors Fatih Ozluturk and Gary R. Lomp.    InterDigital Technology owns by assignment the entire right, title, and interest in and to the '966 patent.    A true and correct copy of the '966 patent is attached to this Second Amended Complaint as Exhibit D.

12.      United States Patent No. 7,286,847 ("the '847 patent"), titled "Method and Apparatus for Performing Access Procedure" issued on October 23, 2007, to inventors Fatih Ozluturk and Gary R. Lomp.    InterDigital Technology owns by assignment the entire right, title, and interest in and to the '847 patent.    A true and correct copy of the '847 patent is attached to this Second Amended Complaint as Exhibit E.

3

**FIRST CAUSE OF ACTION**
**INFRINGEMENT OF U.S. PATENT NO. 7,117,004**

13.    The '004 patent is presumed valid under 28 U.S.C. § 282, and remains enforceable.

14.    On information and belief, the Samsung Defendants manufacture, use, import, offer for sale, and/or sell products in the United States that infringe the '004 patent, and will continue to do so unless enjoined by this Court.

15.    On information and belief, the Samsung Defendants manufacture, import, offer to sell, and/or sell in the United States the following Third Generation ("3G") Wideband Code Division Multiple Access ("WCDMA") handsets and components thereof that infringe the '004 patent:  (1) SGH-ZX20, (2) SGH-i607 (sometimes referred to as the "Blackjack"), (3) SGH-A707 (sometimes referred to as the "Sync"), and (4) SGH-ZX10.  The identification of these specific models is not intended to limit the scope of the Second Amended Complaint, and any remedy should extend to all infringing models.

16.    The Samsung Defendants' past and continuing infringements of the '004 patent have caused irreparable damage to InterDigital, and will continue to do so unless enjoined by this Court.

**SECOND CAUSE OF ACTION**
**INFRINGEMENT OF U.S. PATENT NO. 6,674,791**

17.    The '791 patent is presumed valid under 28 U.S.C. § 282, and remains enforceable.

18.    On information and belief, the Samsung Defendants manufacture, import, offer for sale, and/or sell products in the United States that infringe the '791 patent, and will continue to do so unless enjoined by this Court.

4

19.    On information and belief, the Samsung Defendants manufacture, use, import, offer for sale, and/or sell in the United States the following Third Generation ("3G") Wideband Code Division Multiple Access ("WCDMA") handsets and components thereof that infringe the '791 patent:  (1) SGH-ZX20, (2) SGH-i607 (sometimes referred to as the "Blackjack"), (3) SGH-A707 (sometimes referred to as the "Sync"), and (4) SGH-ZX10.  The identification of these specific models is not intended to limit the scope of the Second Amended Complaint, and any remedy should extend to all infringing models.

20.    The Samsung Defendants know or should have known of InterDigital's rights in the '791 patent, and their infringement of the '791 patent has been willful and deliberate.

21.    The Samsung Defendants' past and continuing infringements of the '791 patent have caused irreparable damage to InterDigital, and will continue to do so unless enjoined by this Court.

### THIRD CAUSE OF ACTION
### INFRINGEMENT OF U.S. PATENT NO. 6,973,579

22.    The '579 patent is presumed valid under 28 U.S.C. § 282, and remains enforceable.

23.    On information and belief, the Samsung Defendants manufacture, use, import, offer for sale, and/or sell products in the United States that infringe the '579 patent, and will continue to do so unless enjoined by this Court.

24.    On information and belief, the Samsung Defendants manufacture, import, offer for sale, and/or sell in the United States the following Third Generation ("3G") Wideband Code Division Multiple Access ("WCDMA") handsets and components thereof that infringe the '579 patent: (1) SGH-ZX20, (2) SGH-i607 (sometimes referred to as the "Blackjack"), and (3) SGH-A707 (sometimes referred to as the "Sync").  The identification of these specific models is not

intended to limit the scope of the Second Amended Complaint, and any remedy should extend to all infringing models.

25.    The Samsung Defendants know or should have known of InterDigital's rights in the '579 patent, and their infringement of the '579 patent has been willful and deliberate.

26.    The Samsung Defendants' past and continuing infringements of the '579 patent have caused irreparable damage to InterDigital, and will continue to do so unless enjoined by this Court.

### FOURTH CAUSE OF ACTION
### INFRINGEMENT OF U.S. PATENT NO. 7,190,966

27.    The '966 patent is presumed valid under 28 U.S.C. § 282, and remains enforceable.

28.    On information and belief, the Samsung Defendants manufacture, use, import, offer for sale, and/or sell products in the United States that infringe the '966 patent, and will continue to do so unless enjoined by this Court.

29.    On information and belief, the Samsung Defendants manufacture, import, offer to sell, and/or sell in the United States the following Third Generation ("3G") Wideband Code Division Multiple Access ("WCDMA") handsets and components thereof that infringe the '004 patent:  (1) SGH-ZX20, (2) SGH-i607 (sometimes referred to as the "Blackjack"), (3) SGH-A707 (sometimes referred to as the "Sync"), and (4) SGH-ZX10.  The identification of these specific models is not intended to limit the scope of the Second Amended Complaint, and any remedy should extend to all infringing models.

30.    The Samsung Defendants' past and continuing infringements of the '966 patent have caused irreparable damage to InterDigital, and will continue to do so unless enjoined by this Court.

6

## FIFTH CAUSE OF ACTION
## INFRINGEMENT OF U.S. PATENT NO. 7,286,847

31.    The '847 patent is presumed valid under 28 U.S.C. § 282 and remains enforceable.

32.    On information and belief, the Samsung Defendants manufacture, use, import, offer for sale, and/or sell products in the United States that infringe the '847 patent and will continue to do so unless enjoined by this Court.

33.    On information and belief, the Samsung Defendants manufacture, use, import, offer for sale, and/or sell in the United States the following Third Generation ("3G") Wideband Code Division Multiple Access ("WCDMA") handsets and components thereof that infringe the '847 patent: (1) SGH-ZX20, (2) SGH-i607 (sometimes referred to as the "Blackjack"), (3) SGH-A707 (sometimes referred to as the "Sync") and (4) SGH-ZX10.  The identification of these specific models is not intended to limit the scope of the Second Amended Complaint, and any remedy should extend to all infringing models.

34.    The Samsung Defendants' infringement of the '847 patent will cause irreparable damage to InterDigital, and will continue to do so unless enjoined by this Court.

## PRAYER FOR RELIEF

35.    WHEREFORE, InterDigital respectfully requests that this Court:

(a)    Find that the Samsung Defendants have infringed one or more claims of the '004 patent, the '791 patent, the '579 patent, the '966 patent and the '847 patent;

(b)    Find that this is an exceptional case under 35 U.S.C. § 285;

(c)    Preliminarily and permanently enjoin the Samsung Defendants from infringing

the '004 patent, the '791 patent, the '579 patent, the '966 patent and the '847 patent under 35 U.S.C. § 283;

(d)    Award InterDigital an amount to be determined as compensatory damages for the infringement of the '004 patent, the '791 patent, the '579 patent, the '966 patent and the '847 patent and the costs of the action, as fixed by the Court, under 35 U.S.C. § 284;

(e)    Treble the damages resulting from the Samsung Defendants' willful and deliberate infringement of the '791 patent and the '579 patent under 35 U.S.C. § 284;

(f)    Award InterDigital its costs, including expenses and reasonable attorneys' fees, incurred in bringing and prosecuting this action under 35 U.S.C. § 285;

(g)    Award InterDigital prejudgment and post judgment interest on all amounts awarded; and

(h)    Award InterDigital any further relief that this Court deems just and proper.


## JURY DEMAND

36.    InterDigital demands a jury trial as to all issues that are triable by a jury in this action.


Dated:  November 2, 2007                    _____/s/ Richard K. Herrmann_____
                                            Richard K. Herrmann #405
                                            MORRIS JAMES LLP
                                            500 Delaware Avenue, Suite 1500
                                            Wilmington, Delaware  19801
                                            (302) 888-6800
                                            rherrmann@morrisjames.com

OF COUNSEL:

Patrick J. Coyne
Christopher P. Isaac
Lionel M. Lavenue
Houtan K. Esfahani
Rajeev Gupta
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001-4413
(202) 408-4000

           Attorneys for Plaintiffs,
           INTERDIGITAL COMMUNICATIONS, LLC
           and INTERDIGITAL TECHNOLOGY CORP.

# EXHIBIT   A



US007117004B2

(12) **United States Patent**
Ozluturk et al.

(10) Patent No.: **US 7,117,004 B2**
(45) Date of Patent: **\*Oct. 3, 2006**

(54) METHOD AND SUBSCRIBER UNIT FOR PERFORMING AN ACCESS PROCEDURE

(75) Inventors: Fatih M. Ozluturk, Port Washington, NY (US); Gary R. Lomp, Centerport, NY (US)

(73) Assignee: InterDigital Technology Corporation, Wilmington, DE (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: 10/866,851

(22) Filed: Jun. 14, 2004

(65) **Prior Publication Data**

US 2004/0242259 A1    Dec. 2, 2004

**Related U.S. Application Data**

(63) Continuation of application No. 10/400,343, filed on Mar. 26, 2003, now Pat. No. 6,839,567, which is a continuation of application No. 10/086,320, filed on Mar. 1, 2002, now Pat. No. 6,571,105, which is a continuation of application No. 09/721,034, filed on Nov. 22, 2000, now Pat. No. 6,493,563, which is a continuation of application No. 09/003,104, filed on Jan. 6, 1998, now Pat. No. 6,181,949, which is a continuation of application No. 08/670,162, filed on Jun. 27, 1996, now Pat. No. 5,841,768.

(51) Int. Cl.
*H04B 1/00* (2006.01)

(52) U.S. Cl. ..................... 455/522; 455/69; 455/63.11; 370/335; 370/342; 370/278

(58) Field of Classification Search ................ 455/522, 455/63.11, 69, 517, 507; 370/335, 342, 394, 370/395.2, 395.21, 514, 278, 491
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,811,421 A | 3/1989 | Havel et al. |
| 5,022,049 A | 6/1991 | Abrahamson et al. |
| 5,056,109 A | 10/1991 | Gilhousen et al. |
| 5,113,525 A | 5/1992 | Andoh |
| 5,159,283 A | 10/1992 | Jensen |

(Continued)

FOREIGN PATENT DOCUMENTS

EP        0565507        10/1993

(Continued)

OTHER PUBLICATIONS

Rick et al., "Noncoherent Parallel Acquisition in CDMA Spread Spectrum Systems," IEEE International Conference on New Orleans LA, USA, May 1-5, 1994, New York, NY, USA, IEEE, pp. 1422-1426.

(Continued)

*Primary Examiner*—Lana Le
(74) *Attorney, Agent, or Firm*—Volpe and Koenig, P.C.

(57) **ABSTRACT**

A base station for controlling transmission power during the establishment of a communication channel utilizes the reception of a short code during initial power ramp-up. The short code is a sequence for detection by the base station which has a much shorter period than a conventional access code. The ramp-up starts from a power level that is lower than the required power level for detection by the base station. The power of the short code is quickly increased until the signal is detected by the base station. Once the base station detects the short code, it transmits an indication that the short code has been detected.

**66 Claims, 11 Drawing Sheets**



## US 7,117,004 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,235,614 A | 8/1993 | Bruckert et al. |
| 5,257,283 A | 10/1993 | Gilhousen et al. |
| 5,265,119 A | 11/1993 | Gilhousen et al. |
| 5,267,262 A * | 11/1993 | Wheatley, III ............... 455/522 |
| 5,297,162 A | 3/1994 | Lee et al. |
| 5,309,474 A | 5/1994 | Gilhousen et al. |
| 5,327,455 A | 7/1994 | De Gaudenzi et al. |
| 5,347,536 A | 9/1994 | Meehan |
| 5,353,302 A | 10/1994 | Bi |
| 5,353,352 A | 10/1994 | Dent et al. |
| 5,373,502 A | 12/1994 | Turban |
| 5,377,183 A | 12/1994 | Dent |
| 5,414,728 A | 5/1995 | Zehavi |
| 5,430,760 A * | 7/1995 | Dent ......................... 455/63.1 |
| 5,442,625 A | 8/1995 | Gitlin et al. |
| 5,442,662 A | 8/1995 | Fukasawa et al. |
| 5,446,756 A | 8/1995 | Mallinckrodt |
| 5,490,165 A * | 2/1996 | Blakeney et al. ............. 370/335 |
| 5,528,593 A * | 6/1996 | English et al. ............. 455/403 |
| 5,528,623 A | 6/1996 | Foster, Jr. |
| 5,841,768 A * | 11/1998 | Ozluturk et al. ............. 370/335 |
| 5,940,382 A | 8/1999 | Haim |
| 6,181,949 B1 * | 1/2001 | Ozluturk et al. ............. 455/522 |
| 6,263,010 B1 * | 7/2001 | Naruse et al. ............. 370/335 |
| 6,490,462 B1 * | 12/2002 | Ozluturk et al. ............. 455/69 |
| 6,493,563 B1 * | 12/2002 | Ozluturk et al. ............. 455/522 |
| 6,507,745 B1 * | 1/2003 | Ozluturk et al. ............. 455/522 |
| 6,571,105 B1 * | 5/2003 | Ozluturk et al. ............. 455/522 |
| 6,577,876 B1 * | 6/2003 | Ozluturk et al. ............. 455/522 |
| 6,606,503 B1 * | 8/2003 | Ozluturk et al. ............. 455/522 |
| 6,839,567 B1 * | 1/2005 | Ozluturk et al. ............. 455/522 |
| 2003/0069007 A1 * | 4/2003 | Rajaram et al. ............. 455/419 |
| 2005/0249165 A1 * | 11/2005 | Ozluturk et al. ............. 370/335 |
| 2005/0249166 A1 * | 11/2005 | Ozluturk et al. ............. 370/342 |
| 2005/0254478 A1 * | 11/2005 | Ozluturk et al. ............. 370/278 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 02256331 | 10/1990 |
| WO | 9702665 | 1/1997 |

### OTHER PUBLICATIONS

TIA/EIA/IS-95-A, "Mobile Station-Base Station Compatibility Standard for Dual-Mode Wideband Spread Spectrum Cellular System", TIA/EIA Interim Standard, Telecommunications Industry Association, May 1995.

Ejzak et al., "Wideband Spread Spectrum Digital Technologies Standards", Telecommunications Industry Association Subcommittee TR-45.5, May 5, 1997.

Azad et al., "Multirate Spread Spectrum Direct Sequence CDMA Techniques", The Institution of Electrical Engineers, 1994, pp. 4/1-4/5.

I et al., "Performance of Multi-Code CDMA Wireless Personal Communications Networks", IEEE, 1995, pp. 907-911.

Krzymien et al., "Rapid Acquisition Algorithms for Synchronization of Bursty Transmissions in CDMA Microcellular and Personal Wireless Systems", IEEE Journal on Selected Areas in Communications, vol. 14, No. 3, Apr. 1996, pp. 570-579.

Ejzak et al., "Wideband Spread Spectrum Digital Technologies Standards", Telecommunications Industry Association, Subcommittee TR-45.5, Apr. 14, 1997.

"Summary of Multi-Channel Signaling Protocol", Phase IC Service Definition, Lucent Technologies Presentation, Apr. 6, 1997, pp. 1-19.

"Summary of Multi-Channel Signaling Protocol", Phase IC Service Definition, Lucent Technologies Presentation, Apr. 6, 1997, pp. 1-21.

Knisely, "Lucent Technologies Air Interface Proposal for CDMA High Speed Data Service", Telecommunications Industry Association Subcommittee TR-45.5—Wideband Spread Spectrum Digital Technologies Standards, Working Group III—Physical Layer, Feb. 24, 1997.

Kumar et al., "An Access Scheme for High Speed Packet Data Service on IS-95 Based CDMA", Bell Labs Lucent Technologies, Feb. 11, 1997.

Lucent Presentation, Lucent Technologies, Feb. 21, 1997, pp. 1-24.

"Packet Data Service Option Standard for Wideband Spread Spectrum Systems", TIA/EIA/IS-657, Jul. 1996.

I et al., "Multi-Code CDMA Wireless Personal Communications Networks", IEEE, 1995, pp. 1060-1064.

I et al., "Variable Spreading Gain CDMA with Adaptive Control for True Packet Switching Wireless Network", IEEE, 1995, pp. 725-730.

"Data Service Options for Wideband Spread Spectrum Systems: Introduction", TR 45, Mar. 20, 1997 (Content Revision 1).

I et al., "Load and Interference Based Demand Assignment (LIDA), for Integrated Services in CDMA Wireless Systems", IEEE, 1996, pp. 235-241.

Yang, Network Wireless Systems Offer Business Unit (NWS OBU) Feature Definition Document for Code Division Multiple Access (CDMA) Packet Mode Data Services, CDMA Packet Mode Data Services, FDD-1444, Nov. 26, 1996.

Budka et al., "Cellular Digital Packet Data Networks", Bell Labs Technical Journal, Summer 1997, pp. 164-181.

Liu et al., "Channel Access and Interference Issues in Multi-Code DS-CDMA Wireless Packet (ATM) Networks".

* cited by examiner

FIG.1



**FIG. 2**



FIG.3

U.S. Patent     Oct. 3, 2006     Sheet 4 of 11     US 7,117,004 B2

# FIG.4



FIG.5



FIG.7



# FIG.6A



FIG.6B





FIG.8

FIG.9



FIG.10



START

BASE STATION TRANSMITS A PILOT CODE
WHILE SEARCHING FOR THE SHORT CODE — 200

SUBSCRIBER UNIT ACQUIRES THE PILOT CODE
TRANSMITTED FROM THE BASE STATION — 202

SUBSCRIBER UNIT STARTS TRANSMITTING A
SHORT CODE STARTING AT A MINIMUM POWER
LEVEL $P_0$, WHICH IS GUARANTEED TO BE
LESS THAN THE REQUIRED POWER, AND
QUICKLY INCREASES TRANSMISSION POWER — 204

THE RECEIVED POWER LEVEL AT THE BASE
STATION REACHES THE MINIMUM LEVEL
NEEDED FOR DETECTION OF THE SHORT
CODE — 206

BASE STATION ACQUIRES THE CORRECT
PHASE OF THE SHORT CODE, TRANSMITS AN
INDICATION OF THIS DETECTION, AND BEGINS
SEARCHING FOR THE ACCESS CODE — 208

UPON RECEIVING THE DETECTION INDICATION,
THE SUBSCRIBER UNIT CEASES TRANSMITTING
THE SHORT CODE AND STARTS TRANSMITTING
AN ACCESS CODE. THE SUBSCRIBER UNIT
INITIATES A SLOW RAMP - UP OF TRANSMIT
POWER WHILE SENDING THE ACCESS CODE — 210

Ⓐ

*FIG. 11A*



BASE STATION SEARCHES FOR THE CORRECT PHASE OF THE ACCESS CODE BY SEARCHING ONLY ONE PHASE OUT OF EACH SHORT CODE LENGTH PORTION OF THE ACCESS CODE — 212

IF THE BASE STATION SEARCHES THE PHASES OF THE ACCESS CODE UP TO THE MAXIMUM ROUND TRIP DELAY AND HAS NOT DETECTED THE CORRECT PHASE, REPEAT SEARCH BY SEARCHING EVERY PHASE — 214

UPON DETECTION OF THE CORRECT PHASE OF THE ACCESS CODE BY THE BASE STATION, THE BASE STATION SENDS AN ACKNOWLEDGEMENT TO THE SUBSCRIBER UNIT — 216

RECEPTION OF THE ACKNOWLEDGEMENT BY THE SUBSCRIBER UNIT CONCLUDES THE RAMP-UP PROCESS. A CLOSED LOOP POWER CONTROL IS ESTABLISHED, AND THE SUBSCRIBER UNIT CONTINUES THE CALL SETUP PROCESS BY SENDING RELATED CALL SETUP MESSAGES — 218

*FIG. 11B*

US 7,117,004 B2

1

# METHOD AND SUBSCRIBER UNIT FOR PERFORMING AN ACCESS PROCEDURE

## CROSS REFERENCE TO RELATED APPLICATION

This application is a continuation of application Ser. No. 10/400,343, filed Mar. 26, 2003 now U.S. Pat. No. 6,839,567 which is a continuation of Ser. No. 10/086,320, filed Mar. 1, 2002, which issued on May 27, 2003 as U.S. Pat. No. 6,571,105; which is a continuation of application Ser. No. 09/721,034, filed Nov. 22, 2000, which issued on Dec. 10, 2002 as U.S. Pat. No. 6,493,563; which is a continuation of application Ser. No. 09/003,104, filed Jan. 6, 1998, which issued on Jan. 30, 2001 as U.S. Pat. No. 6,181,949; which is a continuation of application Ser. No. 08/670,162, filed on Jun. 27, 1996, which issued on Nov. 24, 1998 as U.S. Pat. No. 5,841,768; which applications and patents are incorporated herein by reference.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates generally to CDMA communication systems. More specifically, the present invention relates to a CDMA communication system which utilizes the transmission of short codes from subscriber units to a base station to reduce the time required for the base station to detect the signal from a subscriber unit. The improved detection time allows a faster ramp-up of the initial transmit power from the subscriber units while reducing the unnecessary power overshoot.

### 2. Description of Related Art

The use of wireless telecommunication systems has grown dramatically in the last decade as the reliability and capacity of the systems have improved. Wireless communication systems are being utilized in a variety of applications where land line based systems are impractical or impossible to use. Applications of wireless communications include cellular phone communications, communications in remote locations, and temporary communications for disaster recovery. Wireless communication systems have also become an economically viable alternative to replacing aging telephone lines and outdated telephone equipment.

The portion of the RF spectrum available for use by wireless communication systems is a critical resource. The RF spectrum must be shared among all commercial, governmental and military applications. There is a constant desire to improve the efficiency of wireless communication systems in order to increase system capacity.

Code division multiple access (CDMA) wireless communication systems have shown particular promise in this area. Although more traditional time division multiple access (TDMA) and frequency division multiple access (FDMA) systems have improved using the latest technological advances, CDMA systems, in particular Broadband Code Division Multiple Access™ (B-CDMA™) systems, have significant advantages over TDMA and FDMA systems. This efficiency is due to the improved coding and modulation density, interference rejection and multipath tolerance of B-CDMA™ systems, as well as reuse of the same spectrum in every communication cell. The format of B-CDMA™ communication signals also makes it extremely difficult to intercept calls, thereby ensuring greater privacy for callers and providing greater immunity against fraud.

In a CDMA system, the same portion of the frequency spectrum is used for communication by all subscriber units.

2

Each subscriber unit's baseband data signal is multiplied by a code sequence, called the "spreading code", which has a much higher rate than the data. The ratio of the spreading code rate to the data symbol rate is called the "spreading factor" or the "processing gain". This coding results in a much wider transmission spectrum than the spectrum of the baseband data signal, hence the technique is called "spread spectrum". Subscriber units and their communications can be discriminated by assigning a unique spreading code to each communication link which is called a CDMA channel. Since all communications are sent over the same frequency band, each CDMA communication overlaps communications from other subscriber units and noise-related signals in both frequency and time.

The use of the same frequency spectrum by a plurality of subscriber units increases the efficiency of the system. However, it also causes a gradual degradation of the performance of the system as the number of users increase. Each subscriber unit detects communication signals with its unique spreading code as valid signals and all other signals are viewed as noise. The stronger the signal from a subscriber unit arrives at the base station, the more interference the base station experiences when receiving and demodulating signals from other subscriber units. Ultimately, the power from one subscriber unit may be great enough to terminate communications of other subscriber units. Accordingly, it is extremely important in wireless CDMA communication systems to control the transmission power of all subscriber units. This is best accomplished by using a closed loop power control algorithm once a communication link is established. A detailed explanation of such a closed loop algorithm is disclosed in U.S. patent application entitled Code Division Multiple Access (CDMA) System and Method filed concurrently herewith, which is incorporated by reference as if fully set forth.

The control of transmission power is particularly critical when a subscriber unit is attempting to initiate communications with a base station and a power control loop has not yet been established. Typically, the transmission power required from a subscriber unit changes continuously as a function of the propagation loss, interference from other subscribers, channel noise, fading and other channel characteristics. Therefore, a subscriber unit does not know the power level at which it should start transmitting. If the subscriber unit begins transmitting at a power level that is too high, it may interfere with the communications of other subscriber units and may even terminate the communications of other subscriber units. If the initial transmission power level is too low, the subscriber unit will not be detected by the base station and a communication link will not be established.

There are many methods for controlling transmission power in a CDMA communication system. For example, U.S. Pat. No. 5,056,109 (Gilhousen et al.) discloses a transmission power control system wherein the transmission power of the subscriber unit is based upon periodic signal measurements from both the subscriber unit and the base station. The base station transmits a pilot signal to all subscriber units which analyze the received pilot signal, estimate the power loss in the transmitted signal and adjust their transmission power accordingly. Each subscriber unit includes a non-linear loss output filter which prevents sudden increases in power which would cause interference to other subscriber units. This method is too complex to permit a base station to quickly acquire a subscriber unit while limiting the interference to other subscriber units. In addition, the propagation losses, interference and noise levels experienced in a forward link (transmission from the base

US 7,117,004 B2

3

station to a subscriber unit) is often not the same as in a reverse link (transmission from a subscriber unit to the base station). Reverse link power estimates based on forward link losses are not precise.

Many other types of prior art transmission power control systems require complex control signaling between communicating units or preselected transmission values to control transmission power. These power control techniques are inflexible and often impractical to implement.

Accordingly, there is a need for an efficient method of controlling the initial ramp-up of transmission power by subscriber units in a wireless CDMA communication system.

SUMMARY OF THE INVENTION

The present invention comprises a novel method of controlling transmission power during the establishment of a channel in a CDMA communication system by utilizing the transmission of a short code from a subscriber unit to a base station during initial power ramp-up. The short code is a sequence for detection by the base station which has a much shorter period than a conventional spreading code. The ramp-up starts from a power level that is guaranteed to be lower than the required power level for detection by the base station. The subscriber unit quickly increases transmission power while repeatedly transmitting the short code until the signal is detected by the base station. Once the base station detects the short code, it sends an indication to the subscriber unit to cease increasing transmission power. The use of short codes limits power overshoot and interference to other subscriber stations and permits the base station to quickly synchronize to the spreading code used by the subscriber unit.

Accordingly, it is an object of the present invention to provide an improved technique for controlling power ramp-up during establishment of a communication channel between a CDMA subscriber unit and base station.

Other objects and advantages of the present invention will become apparent after reading the description of a presently preferred embodiment.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic overview of a code division multiple access communication system in accordance with the present invention;

FIG. 2 is a diagram showing the operating range of a base station;

FIG. 3 is a timing diagram of communication signals between a base station and a subscriber unit;

FIG. 4 is a flow diagram of the establishment of a communication channel between a base station and a subscriber unit;

FIG. 5 is a graph of the transmission power output from a subscriber unit;

FIGS. 6A and 6B are flow diagrams of the establishment of a communication channel between a base station and a subscriber unit in accordance with the preferred embodiment of the present invention using short codes;

FIG. 7 is a graph of the transmission power output from a subscriber unit using short codes;

FIG. 8 shows the adaptive selection of short codes;

FIG. 9 is a block diagram of a base station in accordance with the present invention;

FIG. 10 is a block diagram of the subscriber unit in accordance with the present invention; and

4

FIGS. 11A and 11B are flow diagrams of the ramp-up procedure implemented in accordance with the present invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The preferred embodiment will be described with reference to the drawing figures where identical numerals represent similar elements throughout.

A communication network 10 embodying the present invention is shown in FIG. 1. The communication network 10 generally comprises one or more base stations 14, each of which is in wireless communication with a plurality of subscriber units 16, which may be fixed or mobile. Each subscriber unit 16 communicates with either the closest base station 14 or the base station 14 which provides the strongest communication signal. The base stations 14 also communicate with a base station controller 20, which coordinates communications among base stations 14. The communication network 10 may also be connected to a public switched telephone network (PSTN) 22, wherein the base station controller 20 also coordinates communications between the base stations 14 and the PSTN 22. Preferably, each base station 14 communicates with the base station controller 20 over a wireless link, although a land line may also be provided. A land line is particularly applicable when a base station 14 is in close proximity to the base station controller 20.

The base station controller 20 performs several functions. Primarily, the base station controller 20 provides all of the operations, administrative and maintenance (OA&M) signaling associated with establishing and maintaining all of the wireless communications between the subscriber units 16, the base stations 14, and the base station controller 20. The base station controller 20 also provides an interface between the wireless communication system 10 and the PSTN 22. This interface includes multiplexing and demultiplexing of the communication signals that enter and leave the system 10 via the base station controller 20. Although the wireless communication system 10 is shown employing antennas to transmit RF signals, one skilled in the art should recognize that communications may be accomplished via microwave or satellite uplinks. Additionally, the functions of the base station controller 20 may be combined with a base station 14 to form a "master base station".

Referring to FIG. 2, the propagation of signals between a base station 14 and a plurality of subscriber units 16 is shown. A two-way communication channel (link) 18 comprises a signal transmitted 21 (Tx) from the base station 14 to the subscriber unit 16 and a signal received 23 (Rx) by the base station 14 from the subscriber unit 16. The Tx signal 21 is transmitted from the base station 14 and is received by the subscriber unit 16 after a propagation delay $\Delta t$. Similarly, the Rx signal originates at the subscriber unit 16 and terminates at the base station 14 after a further propagation delay $\Delta t$. Accordingly, the round trip delay is $2\Delta t$. In the preferred embodiment, the base station 14 has an operating range of approximately 30 kilometers. The round trip propagation delay 24 associated with a subscriber unit 16 at the maximum operating range is 200 microseconds.

It should be apparent to those of skill in the art that the establishment of a communication channel between a base station and a subscriber unit is a complex procedure involving many tasks performed by the base station and the subscriber unit which are outside the scope of the present

US 7,117,004 B2

5

invention. The present invention is directed to initial power ramp-up and synchronization during the establishment of a communication channel.

Referring to FIG. 3, the signaling between a base station 14 and a subscriber unit 16 is shown. In accordance with the present invention, the base station 14 continuously transmits a pilot code 40 to all of the subscriber units 16 located within the transmitting range of the base station 14. The pilot code 40 is a spreading code which carries no data bits. The pilot code 40 is used for subscriber unit 16 acquisition and synchronization, as well as for determining the parameters of the adaptive matched filter used in the receiver.

The subscriber unit 16 must acquire the pilot code 40 transmitted by the base station 14 before it can receive or transmit any data. Acquisition is the process whereby the subscriber unit 16 aligns its locally generated spreading code with the received pilot code 40. The subscriber unit 16 searches through all of the possible phases of the received pilot code 40 until it detects the correct phase, (the beginning of the pilot code 40).

The subscriber unit 16 then synchronizes its transmit spreading code to the received pilot code 40 by aligning the beginning of its transmit spreading code to the beginning of the pilot code 40. One implication of this receive and transmit synchronization is that the subscriber unit 16 introduces no additional delay as far as the phase of the spreading codes are concerned. Accordingly, as shown in FIG. 3, the relative delay between the pilot code 40 transmitted from the base station 14 and the subscriber unit's transmit spreading code 42 received at the base station 14 is $2\Delta t$, which is solely due to the round trip propagation delay.

In the preferred embodiment, the pilot code is 29,877,120 chips in length and takes approximately 2 to 5 seconds to transmit, depending on the spreading factor. The length of the pilot code 40 was chosen to be a multiple of the data symbol no matter what kind of data rate or bandwidth is used. As is well known by those of skill in the art, a longer pilot code 40 has better randomness properties and the frequency response of the pilot code 40 is more uniform. Additionally, a longer pilot code 40 provides low channel cross correlation, thus increasing the capacity of the system 10 to support more subscriber units 16 with less interference. The use of a long pilot code 40 also supports a greater number of random short codes. For synchronization purposes, the pilot code 40 is chosen to have the same period as all of the other spreading codes used by the system 10. Thus, once a subscriber unit 16 acquires the pilot code 40, it is synchronized to all other signals transmitted from the base station 14.

During idle periods, when a call is not in progress or pending, the subscriber unit 16 remains synchronized to the base station 14 by periodically reacquiring the pilot code 40. This is necessary for the subscriber unit 16 to receive and demodulate any downlink transmissions, in particular paging messages which indicate incoming calls.

When a communication link is desired, the base station 14 must acquire the signal transmitted from the subscriber unit 16 before it can demodulate the data. The subscriber unit 16 must transmit an uplink signal for acquisition by the base station 14 to begin establishing the two-way communication link. A critical parameter in this procedure is the transmission power level of the subscriber unit 16. A transmission power level that is too high can impair communications in the whole service area, whereas a transmission power level that is too low can prevent the base station 14 from detecting the uplink signal.

6

In a first embodiment of the present invention the subscriber unit 16 starts transmitting at a power level guaranteed to be lower than what is required and increases transmission power output until the correct power level is achieved. This avoids sudden introduction of a strong interference, hence improving system 10 capacity.

The establishment of a communication channel in accordance with the present invention and the tasks performed by the base station 14 and a subscriber unit 16 are shown in FIG. 4. Although many subscriber units 16 may be located within the operating range of the base station 14, reference will be made hereinafter to a single subscriber unit 16 for simplicity in explaining the operation of the present invention.

The base station 14 begins by continuously transmitting a periodic pilot code 40 to all subscriber units 16 located within the operating range of the base station 14 (step 100). As the base station 14 transmits the pilot code 40 (step 100), the base station 14 searches (step 101) for an "access code" 42 transmitted by a subscriber unit 16. The access code 42 is a known spreading code transmitted from a subscriber unit 16 to the base station 14 during initiation of communications and power ramp-up. The base station 14 must search through all possible phases (time shifts) of the access code 42 transmitted from the subscriber unit 16 in order to find the correct phase. This is called the "acquisition" or the "detection" process (step 101). The longer the access code 42, the longer it takes for the base station 14 to search through the phases and acquire the correct phase.

As previously explained, the relative delay between signals transmitted from the base station 14 and return signals received at the base station 14 corresponds to the round trip propagation delay $2\Delta t$. The maximum delay occurs at the maximum operating range of the base station 14, known as the cell boundary. Accordingly, the base station 14 must search up to as many code phases as there are in the maximum round trip propagation delay, which is typically less code phases than there are in a code period.

For a data rate Rb and spreading code rate Rc, the ratio $L=Rc/Rb$ is called the spreading factor or the processing gain. In the preferred embodiment of the present invention, the cell boundary radius is 30 km, which corresponds to approximately between 1000 and 2500 code phases in the maximum round trip delay, depending on the processing gain.

If the base station 14 has not detected the access code after searching through the code phases corresponding to the maximum round trip delay the search is repeated starting from the phase of the access code 42 which corresponds to zero delay (step 102).

During idle periods, the pilot code 40 from the base station 14 is received at the subscriber unit 16 which periodically synchronizes its transmit spreading code generator thereto (step 103). If synchronization with the pilot code 40 is lost, the subscriber unit 16 reacquires the pilot code 40 and resynchronizes (step 104).

When it is desired to initiate a communication link, the subscriber unit 16 starts transmitting the access code 42 back to the base station 14 (step 106). The subscriber unit 16 continuously increases the transmission power while retransmitting the access code 42 (step 108) until it receives an acknowledgment from the base station 14. The base station 14 detects the access code 42 at the correct phase once the minimum power level for reception has been achieved (step 110). The base station 14 subsequently transmits an access code detection acknowledgment signal (step 112) to the subscriber unit 16. Upon receiving the acknowl-

US 7,117,004 B2

7

edgment, the subscriber unit ceases the transmission power increase (step 114). With the power ramp-up completed, closed loop power control and call setup signaling is performed (step 116) to establish the two-way communication link.

Although this embodiment limits subscriber unit 16 transmission power, acquisition of the subscriber unit 16 by the base station 14 in this manner may lead to unnecessary power overshoot from the subscriber unit 16, thereby reducing the performance of the system 10.

The transmission power output profile of the subscriber unit 16 is shown in FIG. 5. At $t_0$, the subscriber unit 16 starts transmitting at the starting transmission power level $P_0$, which is a power level guaranteed to be less than the power level required for detection by the base station 14. The subscriber unit 16 continually increases the transmission power level until it receives the detection indication from the base station 14. For the base station 14 to properly detect the access code 42 from the subscriber unit 16 the access code 42 must: 1) be received at a sufficient power level; and 2) be detected at the proper phase. Accordingly, referring to FIG. 5, although the access code 42 is at a sufficient power level for detection by the base station 14 at $t_p$, the base station 14 must continue searching for the correct phase of the access code 42 which occurs at $t_d$.

Since the subscriber unit 16 continues to increase the output transmission power level until it receives the detection indication from the base station 14, the transmission power of the access code 42 exceeds the power level required for detection by the base station 14. This causes unnecessary interference to all other subscriber units 16. If the power overshoot is too large, the interference to other subscriber units 16 may be so severe as to terminate ongoing communications of other subscriber units 16.

The rate that the subscriber unit 16 increases transmission power to avoid overshoot may be reduced, however, this results in a longer call setup time. Those of skill in the art would appreciate that adaptive ramp-up rates can also be used, yet these rates have shortcomings and will not appreciably eliminate power overshoot in all situations.

The preferred embodiment of the present invention utilizes "short codes" and a two-stage communication link establishment procedure to achieve fast power ramp-up without large power overshoots. The spreading code transmitted by the subscriber unit 16 is much shorter than the rest of the spreading codes (hence the term short code), so that the number of phases is limited and the base station 14 can quickly search through the code. The short code used for this purpose carries no data.

The tasks performed by the base station 14 and the subscriber unit 16 to establish a communication channel using short codes in accordance with the preferred embodiment of the present invention are shown in FIGS. 6A and 6B. During idle periods, the base station 14 periodically and continuously transmits the pilot code to all subscriber units 16 located within the operating range of the base station 14 (step 150). The base station 14 also continuously searches for a short code transmitted by the subscriber unit 16 (step 152). The subscriber unit 16 acquires the pilot code and synchronizes its transmit spreading code generator to the pilot code (step 154). The subscriber unit 16 also periodically checks to ensure it is synchronized. If synchronization is lost, the subscriber unit 16 reacquires the pilot signal transmitted by the base station (step 156).

When a communication link is desired, the subscriber unit 16 starts transmitting a short code at the minimum power level $P_0$ (step 158) and continuously increases the transmis-

8

sion power level while retransmitting the short code (step 160) until it receives an acknowledgment from the base station 14 that the short code has been detected by the base station 14.

The access code in the preferred embodiment, as previously described herein, is approximately 30 million chips in length. However, the short code is much smaller. The short code can be chosen to be any length that is sufficiently short to permit quick detection. There is an advantage in choosing a short code length such that it divides the access code period evenly. For the access code described herein, the short code is preferably chosen to be 32, 64 or 128 chips in length. Alternatively, the short code may be as short as one symbol length, as will be described in detail hereinafter.

Since the start of the short code and the start of the access code are synchronized, once the base station 14 acquires the short code, the base station 14 knows that the corresponding phase of the access code is an integer multiple of N chips from the phase of the short code where N is the length of the short code. Accordingly, the base station 14 does not have to search all possible phases corresponding to the maximum round trip propagation delay.

Using the short code, the correct phase for detection by the base station 14 occurs much more frequently. When the minimum power level for reception has been achieved, the short code is quickly detected (step 162) and the transmission power overshoot is limited. The transmission power ramp-up rate may be significantly increased without concern for a large power overshoot. In the preferred embodiment of the present invention, the power ramp-up rate using the short code is 1 dB per millisecond.

The base station 14 subsequently transmits a short code detection indication signal (step 164) to the subscriber unit 16 which enters the second stage of the power ramp-up upon receiving this indication. In this stage, the subscriber unit 16 ceases transmitting the short code (step 166) and starts continuously transmitting a periodic access code (step 166). The subscriber unit 16 continues to ramp-up its transmission power while transmitting the access code, however the ramp-up rate is now much lower than the previous ramp-up rate used with the short code (step 168). The ramp-up rate with the access code is preferably 0.05 dB per millisecond. The slow ramp-up avoids losing synchronization with the base station 14 due to small changes in channel propagation characteristics.

At this point, the base station 14 has detected the short code at the proper phase and power level (step 162). The base station 14 must now synchronize to the access code which is the same length as all other spreading codes and much longer than the short code. Utilizing the short code, the base station 14 is able to detect the proper phase of the access code much more quickly. The base station 14 begins searching for the proper phase of the access code (step 170). However, since the start of the access code is synchronized with the start of the short code, the base station 14 is only required to search every N chips; where N=the length of the short code. In summary, the base station 14 quickly acquires the access code of the proper phase and power level by: 1) detecting the short code; and 2) determining the proper phase of the access code by searching every N chips of the access code from the beginning of the short code.

If the proper phase of the access code has not been detected after searching the number of phases in the maximum round trip delay the base station 14 restarts the search for the access code by searching every chip instead of every N chips (step 172). When the proper phase of the access code has been detected (step 174) the base station 14

US 7,117,004 B2

9

transmits an access code detection acknowledgment (step 176) to the subscriber unit 16 which ceases the transmission power increase (step 178) upon receiving this acknowledgment. With the power ramp-up completed, closed loop power control and call setup signaling is performed (step 180) to establish the two-way communication link.

Referring to FIG. 7, although the starting power level $P_0$ is the same as in the prior embodiment, the subscriber unit 16 may ramp-up the transmission power level at a much higher rate by using a short code. The short code is quickly detected after the transmission power level surpasses the minimum detection level, thus minimizing the amount of transmission power overshoot.

Although the same short code may be reused by the subscriber unit 16, in the preferred embodiment of the present invention the short codes are dynamically selected and updated in accordance with the following procedure. Referring to FIG. 8, the period of the short code is equal to one symbol length and the start of each period is aligned with a symbol boundary. The short codes are generated from a regular length spreading code. A symbol length portion from the beginning of the spreading code is stored and used as the short code for the next 3 milliseconds. Every 3 milliseconds, a new symbol length portion of the spreading code replaces the old short code. Since the spreading code period is an integer multiple of 3 milliseconds, the same short codes are repeated once every period of the spreading code.

Periodic updating of the short code averages the interference created by the short code over the entire spectrum. A detailed description of the selection and updating of the short codes is outside the scope of this invention. However, such a detailed description is disclosed in the related application U.S. patent application entitled Code Division Multiple Access (CDMA) System and Method.

A block diagram of the base station 14 is shown in FIG. 9. Briefly described, the base station 14 comprises a receiver section 50, a transmitter section 52 and a diplexer 54. An RF receiver 56 receives and down-converts the RF signal received from the diplexer 54. The receive spreading code generator 58 outputs a spreading code to both the data receiver 60 and the code detector 62. In the data receiver 60, the spreading code is correlated with the baseband signal to extract the data signal which is forwarded for further processing. The received baseband signal is also forwarded to the code detector 62 which detects the access code or the short code from the subscriber unit 16 and adjusts the timing of the spreading code generator 58 to establish a communication channel 18.

In the transmitter section 52 of the base station 14, the transmit spreading code generator 64 outputs a spreading code to the data transmitter 66 and the pilot code transmitter 68. The pilot code transmitter 68 continuously transmits the periodic pilot code. The data transmitter 66 transmits the short code detect indication and access code detect acknowledgment after the code detector 62 has detected the short code or the access code respectively. The data transmitter also sends other message and data signals. The signals from the data transmitter 66 and the pilot code transmitter 68 are combined and up-converted by the RF transmitter 70 for transmission to the subscriber units 16.

A block diagram of the subscriber unit 16 is shown in FIG. 10. Briefly described, the subscriber unit 16 comprises a receiver section 72, a transmitter section 74 and a diplexer 84. An RF receiver 76 receives and down-converts the RF signal received from the diplexer 84. A pilot code detector 80 correlates the spreading code with the baseband signal to

10

acquire the pilot code transmitted by the base station 14. In this manner, the pilot code detector 80 maintains synchronization with the pilot code. The receiver spreading code generator 82 generates and outputs a spreading code to the data receiver 78 and the pilot code detector 80. The data receiver 78 correlates the spreading code with the baseband signal to process the short code detect indication and the access code detect acknowledgment transmitted by the base station 14.

The transmitter section 74 comprises a spreading code generator 86 which generates and outputs spreading codes to a data transmitter 88 and a short code and access code transmitter 90. The short code and access code transmitter 90 transmits these codes at different stages of the power ramp-up procedure as hereinbefore described. The signals output by the data transmitter 88 and the short code and access code transmitter 90 are combined and up-converted by the RF transmitter 92 for transmission to the base station 14. The timing of the receiver spreading code generator 82 is adjusted by the pilot code detector 80 through the acquisition process. The receiver and transmitter spreading code generators 82, 86 are also synchronized.

An overview of the ramp-up procedure in accordance with the preferred current invention is summarized in FIGS. 11A and 11B. The base station 14 transmits a pilot code while searching for the short code (step 200). The subscriber unit 16 acquires the pilot code transmitted from the base station 14 (step 202), starts transmitting a short code starting at a minimum power level $P_0$ which is guaranteed to be less than the required power, and quickly increases transmission power (step 204). Once the received power level at the base station 14 reaches the minimum level needed for detection of the short code (step 206) the base station 14 acquires the correct phase of the short code, transmits an indication of this detection, and begins searching for the access code (step 208). Upon receiving the detection indication, the subscriber unit 16 ceases transmitting the short code and starts transmitting an access code. The subscriber unit 16 initiates a slow ramp-up of transmit power while sending the access code (step 210). The base station 14 searches for the correct phase of the access code by searching only one phase out of each short code length portion of the access code (step 212). If the base station 14 searches the phases of the access code up to the maximum round trip delay and has not detected the correct phase, the search is repeated by searching every phase (step 214). Upon detection of the correct phase of the access code by the base station 14, the base station 14 sends an acknowledgment to the subscriber unit 16 (step 216). Reception of the acknowledgment by the subscriber unit 16 concludes the ramp-up process. A closed loop power control is established, and the subscriber unit 16 continues the call setup process by sending related call setup messages (step 218).

Although the invention has been described in part by making detailed reference to the preferred embodiment, such detail is intended to be instructive rather than restrictive. It will be appreciated by those skilled in the art that many variations may be made in the structure and mode of operation without departing from the spirit and scope of the invention as disclosed in the teachings herein.

What is claimed is:

1. A method for performing power control in a wireless code division multiple access communication system, the method comprising:

transmitting dynamically selected code signals at increasing power levels until an acknowledgement is received indicating that one of said dynamically selected code

US 7,117,004 B2

11

signals was detected, wherein the transmitted dynamically selected code signals carry no data; and

in response to detecting the acknowledgment, transmitting an access signal wherein the access signal is associated with the dynamically selected code signals and each of the dynamically selected code signals are shorter than the access signal.

2. A wireless code division multiple access subscriber unit, the subscriber unit comprising:

a transmitter configured such that a first code is transmitted at an initial power level wherein the first code is of a first code type and the transmitter further configured to repeatedly transmit dynamically selected codes of said first code type at increasing power levels wherein the transmitted codes of said first code type carry no data;

a receiver configured such that an acknowledgement is detected indicating a code of said first type was received; and

the transmitter configured such that in response to detecting the acknowledgement, a signal having a second code is transmitted to access a communication channel wherein the second code is associated with the first code.

3. A wireless code division multiple access base station, the base station comprising:

a receiver configured such that a code of a first code type is received, the received code carrying no data and being repeatedly transmitted at increasing power levels;

a transmitter configured such that an acknowledgement is transmitted indicating a code of said first type was received; and

the receiver configured such that a signal having a second code is received as part of an access procedure wherein the second code is associated with the first code.

4. A method for transmitting a communication in a wireless code division multiple access communication system, the method comprising:

repeatedly transmitting portions of the communication without a remainder of the communication wherein each subsequently transmitted portion is transmitted at an increased power level with respect to a prior transmitted portion, the transmitted portions not including any data;

detecting an acknowledgement indicating one of the transmitted portions was received;

transmitting the remainder of the communication in response to detecting the acknowledgement as part of an access procedure; and

wherein each of the portions include a code sequence.

5. A wireless code division multiple access subscriber unit, the subscriber unit comprising:

a transmitter configured such that portions of a communication are transmitted without a remainder of the communication wherein each subsequently transmitted portion is transmitted at an increased power level with respect to a prior transmitted portion, the portions not carrying any data;

a receiver configured such that an acknowledgement is detected indicating the transmitted portion was received; and

the transmitter configured such that the remainder of the communication is transmitted in response to detecting the acknowledgement wherein each of the portions include a code sequence.

12

6. A wireless code division multiple access base station, the base station comprising:

a receiver configured such that a portion of a communication is received without a remainder of the communication, the portion including no data;

a transmitter configured such that an acknowledgement is transmitted indicating the portion was received;

the receiver configured such that a remainder of the communication is received as part of an access procedure; and

wherein each of the portions include a code sequence.

7. A method for use in a code division multiple access subscriber unit for establishing communications between said subscriber unit and a base station, said method comprising:

transmitting a plurality of different codes by said subscriber unit to said base station wherein each different code is transmitted at increasing power levels;

receiving an acknowledgement by said subscriber unit from said base station and ceasing transmitting the plurality of different codes, said acknowledgement indicating to said subscriber unit that said base station has received at least one of said different codes; and

transmitting, in response to receipt of said acknowledgement, an access signal to facilitate communication initialization between said subscriber unit and said base station, said access signal as transmitted by said subscriber unit and said different codes as transmitted by said subscriber unit each being a function of a same code.

8. The method of claim 7 wherein each different code is sequentially transmitted at increasing power levels.

9. The method of claim 8 wherein the transmitting of the plurality of different codes ceases based on receipt of said acknowledgement.

10. The method of claim 7 wherein the transmitting of the plurality of different codes ceases based on receipt of said acknowledgement.

11. The method of claim 7 wherein said different codes have a bit length less than said access signal.

12. The method of claim 7 wherein said same code comprises a spreading code.

13. The method of claim 12 wherein said different codes as transmitted by said subscriber unit comprise a portion of said spreading code, and wherein said access signal as transmitted by said subscriber unit comprises at least a portion of said spreading code.

14. The method of claim 7 wherein said access signal is transmitted at a power level related to a last power level of said transmitting of said different codes.

15. The method of claim 14 wherein said power level related to said last power level of said transmitting said different codes is an increased power level with respect to said last power level of said transmitting said different codes.

16. The method of claim 7 wherein said transmitting said different codes comprises transmitting a first plurality of different codes derived from a first code before transmitting a second plurality of different codes derived from a second code different than the first code.

17. A method for establishing communications between a subscriber unit and a base station in a code division multiple access communications system, said method comprising:

transmitting less than a complete initialization code sequence from the subscriber unit to the base station at a first power level;

US 7,117,004 B2

13

subsequently transmitting less than a complete initializa-
tion code sequence at an increased power level;

repeating said subsequently transmitting until an
acknowledgement is received by said subscriber unit
from said base station; and

transmitting, in response to receipt of said acknowledge-
ment, enough of the initialization code sequence to
facilitate communication initialization between said
subscriber unit and said base station at a power level
related to a last power level of said transmitting of said
less than said complete initialization code sequence.

18. The method of claim 17 wherein the less than a
complete initialization code sequence is dynamically
selected for each subsequent transmission.

19. The method of claim 17 wherein the initialization
code sequence includes a spreading code.

20. The method of claim 17 wherein the subsequently
transmitted less than a complete initialization code sequence
includes different portions of said complete initialization
code sequence for at least one of each subsequent transmis-
sion.

21. A method for performing an access procedure in a
code division multiple access subscriber unit for establishing
communications between said subscriber unit and a base
station, said method comprising:

transmitting a first code to be used by a base station in
establishing communication between said base station
and said subscriber unit at a first power level, said first
code not providing data of said subscriber unit;

subsequently transmitting, with respect to said first code
a same or a different code, at increasing power levels
until an acknowledgement is received by the subscriber
unit, reception of said acknowledgement by said sub-
scriber unit indicating to said subscriber unit that the
base station has detected transmission by the subscriber
unit; and

transmitting, in response to receipt of said acknowledge-
ment, a signal by said subscriber unit as part of the
access procedure wherein the signal includes a second
code that is associated with the same or different code.

22. The method of claim 21 wherein said same or different
code is dynamically selected.

23. The method of claim 21 wherein said same or different
code has a shorter bit length than the signal transmitted as
part of the access procedure.

24. The method of claim 21 wherein said same or different
code and said signal transmitted as part of the access
procedure are a function of a single code.

25. The method of claim 21 wherein said single code
includes a spreading code.

26. A method performed by a code division multiple
access subscriber unit for establishing communications
between the subscriber unit and a base station, the method
comprising:

repeatedly transmitting codes of a first type until the
subscriber unit receives an acknowledgement signal
from the base station, each transmission of a code of the
first type being at an increased power level with respect
to a prior transmission of a code of the first type;

upon receiving the acknowledgement signal from the base
station, transmitting a code of a second type,

wherein, the acknowledgement signal is an indication to
the subscriber unit that the base station has received a
code of the first type, and

wherein the subscriber unit sends data to the base station
only after the base station has received a code of the
first type.

14

27. The method of claim 26 wherein the code of the first
type and the code of the second type are derived from a same
code sequence.

28. The method of claim 27 wherein the same code
sequence includes a spreading code.

29. The method of claim 26 wherein the code of the first
type has a shorter bit length than the code of the second type.

30. A method performed by a code division multiple
access subscriber unit for establishing communications
between the subscriber unit and a base station, the method
comprising:

(a) transmitting a code of a first type, wherein the code of
the first type does not include data of the subscriber
unit;

(b) determining if the subscriber unit has received an
acknowledgement signal from the base station, the
acknowledgement signal being an indication to the
subscriber unit that the base station has received a code
of the first type;

(c) repeating (a) at increasing power levels until the
subscriber unit has received the acknowledgement sig-
nal; and

(d) transmitting a code of a second type after it is
determined that the subscriber unit has received the
acknowledgement signal.

31. The method of claim 30 wherein said code of a first
type is a dynamically selected code associated with said
code of a second type.

32. The method of claim 30 wherein said code of a first
type is shorter than said code of a second type.

33. The method of claim 30 wherein said code of a first
type carries no data.

34. A method for use in a code division multiple access
subscriber unit for establishing communications between
said subscriber unit and a base station, said method com-
prising:

(a) transmitting a first one of a plurality of different codes
by said subscriber unit to said base station;

(b) if an acknowledgement is not received, transmitting
another one of the plurality of different codes by said
subscriber unit to said base station;

(c) repeating step (b) until an acknowledgement is
received by said subscriber unit from said base station,
said acknowledgement indicating to said subscriber
unit that said base station has received at least one of
said different codes; and

(d) transmitting, in response to receipt of said acknowl-
edgement, an access signal to facilitate communication
initialization between said subscriber unit and said base
station, said access signal as transmitted by said sub-
scriber unit and said different codes as transmitted by
said subscriber unit each being a function of a same
code.

35. The method of claim 34 wherein the transmitting of
the plurality of different codes ceases based on receipt of
said acknowledgement.

36. The method of claim 34 wherein the same code
includes a spreading code.

37. The method of claim 34 wherein each of the plurality
of different codes has a bit length less than said access
signal.

38. A subscriber unit capable of establishing communi-
cations, said subscriber unit comprising:

a code generator for producing a plurality of different
codes;

US 7,117,004 B2

15

a transmitter for transmitting said produced plurality of different codes, wherein each different code is transmitted at increasing power levels;

a receiver for receiving an acknowledgement, said acknowledgement indicating that at least one of said different codes was received; and

wherein said code generator is operable in response to receipt of said acknowledgment by said receiver to produce an access signal and said transmitter transmits said access signal to facilitate communication initialization by said subscriber unit, said access signal and said different codes each being a function of a same code.

39. The subscriber unit of claim 38 wherein the transmitter sequentially transmits each different code at increasing power levels.

40. The subscriber unit of claim 38 wherein said different codes have a bit length less than said access signal.

41. The subscriber unit of claim 38 wherein said same code comprises a spreading code.

42. The subscriber unit of claim 41 wherein said different codes as transmitted by said subscriber unit comprise a portion of said spreading code, and wherein said access signal as transmitted by said subscriber unit comprises at least a portion of said spreading code.

43. The subscriber unit of claim 38 wherein said access signal is transmitted at a power level related to a last power level of said transmitting of said different codes.

44. The subscriber unit of claim 43 wherein said power level related to said last power level of said transmitting said different codes is an increased power level with respect to said last power level of said transmitting said different codes.

45. The subscriber unit of claim 38 wherein said transmitting said different codes comprises transmitting a first plurality of different codes derived from a first code before transmitting a second plurality of different codes derived from a second code different than the first code.

46. A subscriber unit operable to perform an access procedure in a code division multiple access system for establishing communications between said subscriber unit and a base station, said subscriber unit comprising:

a transmitter; and

a processor configured to control said transmitter to transmit a first code to be used by a base station in establishing communication between said base station and said subscriber unit at a first power level, said first code not providing data of said subscriber unit, wherein said processor is further configured to control said transmitter to subsequently transmit, with respect to said first code a same or a different code, at increasing power levels until an acknowledgement is received by the subscriber unit, reception of said acknowledgement by said subscriber unit indicating to said subscriber unit that the base station has detected transmission by the subscriber unit, and said processor is further configured to control said transmitter to transmit, in response to receipt of said acknowledgement, a signal by said subscriber unit as part of the access procedure wherein the signal includes a second code that is associated with the same or different code.

47. The subscriber unit of claim 46 wherein the processor is configured such that said same or a different code is dynamically selected.

48. The subscriber unit of claim 46 wherein said same or different code has a shorter bit length than the signal transmitted as part of the access procedure.

16

49. The subscriber unit of claim 46 wherein said same or different code and said signal transmitted as part of the access procedure are a function of a single code.

50. The subscriber unit of claim 49 wherein said single code includes a spreading code.

51. A subscriber unit operable to perform an access procedure for establishing communications between the subscriber unit and a base station, the subscriber unit comprising:

a transmitter configured to repeatedly transmit codes of a first type wherein each transmission of a code of the first type is transmitted at an increased power level with respect to a prior transmission of a code of the first type;

a receiver configured to receive an acknowledgement from the base station wherein the acknowledgement signal is an indication to the subscriber unit that the base station has received a code of the first type;

the transmitter further configured to transmit a code of a second type to said base station upon receipt by the receiver of said acknowledgement, and

wherein the code of a second type includes data.

52. The subscriber unit of claim 51 wherein the transmitter is configured such that the code of the first type and the code of the second type are derived from a same code sequence.

53. The subscriber unit of claim 52 wherein the same code sequence includes a spreading code.

54. The subscriber unit of claim 51 wherein the code of the first type has a shorter bit length than the code of the second type.

55. A subscriber unit operable to perform an access procedure for establishing communications, the subscriber unit comprising:

a transmitter configured to receive a code of a first type and to transmit the received code of the first type, wherein the transmitted code of the first type does not include data of the subscriber unit;

a receiver configured to receive an acknowledgement signal, the acknowledgement signal being an indication to the subscriber unit that a code of the first type was received;

the transmitter further configured to repeatedly receive a code of the first type and to transmit each received code of the first type until the receiver receives the acknowledgement signal; wherein the received transmitted codes of a first type are transmitted at increasing power levels until the receiver has received the acknowledgement signal; and

the transmitter, in response to the receiver receiving an acknowledgement, further configured to receive a code of a second type and to transmit the code of the second type.

56. The subscriber unit of claim 55 wherein the transmitter is configured such that said codes of a first type are dynamically selected codes associated with said code of a second type.

57. The subscriber unit of claim 55 wherein each of the received transmitted codes of a first type is shorter than said code of a second type.

58. The subscriber unit of claim 55 wherein said received transmitted codes of a first type carry no data.

59. A subscriber unit for performing an access procedure for establishing communications between said subscriber unit and a base station, said subscriber unit comprising:

US 7,117,004 B2

17

a processor configured to control a transmitter such that the transmitter transmits a first one of a plurality of different codes by said subscriber unit to said base station;

a receiver configured to receive an acknowledgement wherein if said acknowledgement is not received, the processor configured to control the transmitter such that the transmitter transmits another one of the plurality of different codes by said subscriber unit to said base station;

the processor configured to control said transmitter such that said transmitter repeats the transmitting of another one of the plurality of different codes until said acknowledgement is received by said subscriber unit from said base station, said acknowledgement indicating to said subscriber unit that said base station has received at least one of said different codes; and

said processor configured to control the transmitter such that the transmitter transmits, in response to receipt of said acknowledgement, an access signal to facilitate communication initialization between said subscriber, unit and said base station, said access signal as transmitted by said subscriber unit and said different codes as transmitted by said subscriber unit each being a function of a same code.

60. The subscriber unit of claim 59 wherein the processor is configured to control said transmitter such that the transmitting of the plurality of different codes ceases based on receipt of said acknowledgement.

61. The subscriber unit of claim 59 wherein the same code includes a spreading code.

62. The subscriber unit of claim 59 wherein each of the plurality of different codes has a bit length less than said access signal.

18

63. A subscriber unit for performing an access procedure for establishing communications between a subscriber unit and a base station in a code division multiple access communications system, said subscriber unit comprising:

a transmitting arrangement configured to control a transmitter such that said transmitter transmits less than a complete initialization code sequence from the subscriber unit to the base station at a first power level;

the transmitting arrangement further configured to subsequently transmit less than a complete initialization code sequence at an increased power level and configured to repeat said subsequent transmitting until an acknowledgement is received by a receiver of said subscriber unit from said base station; and

the transmitting arrangement further configured to transmit, in response to receipt of said acknowledgement, enough of the initialization code sequence to facilitate communication initialization between said subscriber unit and said base station at a power level related to a last power level of said transmitting of said less than said complete initialization code sequence.

64. The subscriber unit of claim 63 wherein the transmitting arrangement is configured such that the less than a complete initialization code sequence is dynamically selected for each subsequent transmission.

65. The subscriber unit of claim 63 wherein the initialization code sequence includes a spreading code.

66. The subscriber unit of claim 63 wherein the subsequently transmitted less than a complete initialization code sequence includes different portions of said complete initialization code sequence for at least one of each subsequent transmission.

* * * * *

# EXHIBIT  B



US006674791B2

(12) **United States Patent**
Lomp et al.

(10) Patent No.: **US 6,674,791 B2**
(45) Date of Patent: **\*Jan. 6, 2004**

(54) **AUTOMATIC POWER CONTROL SYSTEM FOR A CODE DIVISION MULTIPLE ACCESS (CDMA) COMMUNICATIONS SYSTEM**

(75) Inventors: **Gary Lomp**, Centerport, NY (US); **Fatih Ozluturk**, Port Washington, NY (US); **John Kowalski**, Hempstead, NY (US)

(73) Assignee: **InterDigital Technology Corporation**, Wilmington, DE (US)

(\*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 14 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/083,791**

(22) Filed: **Feb. 27, 2002**

(65) **Prior Publication Data**

US 2002/0118729 A1 Aug. 29, 2002

**Related U.S. Application Data**

(63) Continuation of application No. 09/833,285, filed on Apr. 12, 2001, which is a continuation of application No. 09/406, 162, filed on Sep. 27, 1999, now abandoned, which is a continuation of application No. 08/669,770, filed on Jun. 27, 1996, now Pat. No. 5,991,329.

(60) Provisional application No. 60/000,775, filed on Jun. 30, 1995.

(51) Int. Cl.[7] .............................................. H04B 1/69

(52) U.S. Cl. ...................... 375/146; 375/130; 370/335; 455/522

(58) Field of Search ............................... 375/130, 295, 375/358; 370/335, 342; 455/69, 522

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,299,226 A | \* | 3/1994 | Schilling | .................... 375/130 |
| 5,396,539 A | | 3/1995 | Slekys et al. | |
| 5,420,864 A | | 5/1995 | Dahlin et al. | |
| 5,878,329 A | \* | 3/1999 | Mallinckrodt | .............. 455/69 |
| 6,212,174 B1 | \* | 4/2001 | Lomp et al. | ............... 370/335 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0462572 A | 12/1991 |
| EP | 0631397 A | 12/1994 |
| WO | 9221196 | 11/1992 |

\* cited by examiner

*Primary Examiner*—Temesghen Ghebretinsae
(74) *Attorney, Agent, or Firm*—Volpe and Koenig, P.C.

(57) **ABSTRACT**

A subscriber unit (SU) transmitter transmits signals over global and assigned channels to a base station which are initialized at an initial power level and adjusted to a controlled power level in advance of transmitting a communication data signal on an assigned channel to the base station. The power level of the SU transmitter is controlled to adjust the SU transmitter power level in response to power control signals received from the base station. The SU transmitter power level is monitored in advance of transmitting a communication data signal on an assigned channel to the base station. The transmitter is controlled such that transmission of a communication data signal on an assigned channel is blocked if a predetermined power limit is reached before commencing transmission of the communication data signal on the assigned channel.

**12 Claims, 8 Drawing Sheets**





FIG. I



FIG. 2



FIG. 3



FIG. 4

## FIG. 5A



## FIG. 5B



## FIG. 6A



FIG. 6B



US 6,674,791 B2

1

## AUTOMATIC POWER CONTROL SYSTEM FOR A CODE DIVISION MULTIPLE ACCESS (CDMA) COMMUNICATIONS SYSTEM

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 09/833,285, filed Apr. 12, 2001, which is a continuation of U.S. patent application Ser. No. 09/406,162, filed Sep. 27, 1999, now abandoned, which is a continuation of U.S. patent application Ser. No. 08/669,770, filed Jun. 27, 1996, now U.S. Pat. No. 5,991,329, which claims priority from Provisional patent application No. 60/000,775, filed Jun. 30, 1995, which applications are incorporated herein by reference.

### BACKGROUND OF THE INVENTION

Providing quality telecommunication services to user groups which are classified as remote such as rural telephone systems and telephone systems in developing countries, has proved to be a challenge over recent years. These needs have been partially satisfied by wireless radio services, such as fixed or mobile frequency division multiplex (FDM), frequency division multiple access (FDMA), time division multiplex (TDM), time division multiple access (TDMA) systems, combination frequency and time division systems (FD/TDMA), and other land mobile radio systems. Usually, these remote services are faced with more potential users than can be supported simultaneously by their frequency or spectral bandwidth capacity.

Recognizing these limitations, recent advances in wireless communications have used spread spectrum modulation techniques to provide simultaneous communication by multiple users through a single communications channel. Spread spectrum modulation refers to modulating a information signal with a spreading code signal: the spreading code signal being generated by a code generator where the period Tc of the spreading code is substantially less than the period of the information data bit or symbol signal. The code may modulate the carrier frequency upon which the information has been sent, called frequency-hopped spreading, or may directly modulate the signal by multiplying the spreading code with the information data signal, called direct-sequence spreading (DS). Spread-spectrum modulation produces a signal having a bandwidth that is substantially greater than that required to transmit the information signal. Synchronous reception and despreading of the signal at the receiver demodulator recovers the original information. The synchronous demodulator uses a reference signal to synchronize the despreading circuits to the input spread-spectrum modulated signal to recover the carrier and information signals. The reference signal can be a spreading code which is not modulated by an information signal. Such use of a synchronous spread-spectrum modulation and demodulation for wireless communication is described in U.S. Pat. No. 5,228, 056 entitled SYNCHRONOUS SPREAD-SPECTRUM COMMUNICATIONS SYSTEM AND METHOD by Donald L. Schilling, which is incorporated herein by reference.

Spread-spectrum modulation in wireless networks offers many advantages because multiple users may use the same frequency band with minimal interference to each user's receiver. In addition, spread spectrum modulation reduces effects from other sources of interference. Also, synchronous spread-spectrum modulation and demodulation techniques may be expanded by providing multiple message channels

2

for a user, each spread with a different spreading code, while still transmitting only a single reference signal to the user. Such use of multiple message In channels modulated by a family of spreading codes synchronized to a pilot spreading code for wireless communication is described in U.S. Pat. No. 5,166,951 entitled HIGH CAPACITY SPREAD-SPECTRUM CHANNEL by Donald L. Schilling, which is incorporated herein by reference.

Another problem associated with multiple access, spread-spectrum communication systems is the need to reduce the total transmitted power of users in the system, since users may have limited available power. An associated problem requiring power control in spread-spectrum systems is related to the inherent characteristic of spread-spectrum systems that one user's spread-spectrum signal is received by another user as noise with a certain power level. Consequently, users transmitting with high levels of signal power may interfere with other users' reception. Also, if a user moves relative to another user's geographic location, signal fading and distortion require that the users adjust their transmit power level to maintain a particular signal quality, and to maintain the power that the base station receives from all users. Finally, because it is possible for the spread-spectrum system to have more remote users than can be supported simultaneously, the power control system should also employ a capacity management method which rejects additional users when the maximum system power level is reached.

Prior spread-spectrum systems have employed a base station that measures a received signal and sends an adaptive power control (APC) signal to the remote users. Remote users include a transmitter with an automatic gain control (AGC) circuit which responds to the APC signal. In such systems the base station monitors to the overall system power or the power received from each user, and sets the APC signal accordingly. Such a spread-spectrum power control system and method is described in U.S. Pat. No. 5,299,226 entitled ADAPTIVE POWER CONTROL FOR A SPREAD SPECTRUM COMMUNICATION SYSTEM AND METHOD, and U.S. Pat. No. 5,093,840 entitled ADAPTIVE POWER CONTROL FOR A SPREAD SPEC-TRUM TRANSMITTER, both by Donald L. Schilling and incorporated herein by reference. This open loop system performance may be improved by including a measurement of the signal power received by the remote user from the base station, and transmitting an APC signal back to the base station to effectuate a closed loop power control method. Such closed loop power control is described, for 2) example, in U.S. Pat. No. 5,107,225 entitled HIGH DYNAMIC RANGE CLOSED LOOP AUTOMATIC GAIN CONTROL CIRCUIT to Charles E. Wheatley, III et al. and incorporated herein by reference.

These power control systems, however, exhibit several disadvantages. First, the base station must perform complex power control algorithms, increasing the amount of processing in the base station. Second, the system actually experiences several types of power variation: variation in the noise power caused by changing numbers of users and variations in the received signal power of a particular bearer channel. These variations occur with different frequency, so simple power control algorithms can be optimized only to one of the two types of variation. Finally, these power algorithms tend to drive the overall system power to a relatively high level. Consequently, there is a need for a spread-spectrum power control method that rapidly responds to changes in bearer channel power levels, while simultaneously making adjustments to all users' transmit power in response to changes in

US 6,674,791 B2

3

the number of users. Also, there is a need for an improved spread-spectrum communication system employing a closed loop power control system which minimizes the system's overall power requirements while maintaining a sufficient BER at the individual remote receivers. In addition, such a system should control the initial transmit power level of a remote user and manage total system capacity.

## SUMMARY OF THE INVENTION

A subscriber unit (SU) transmitter transmits signals over global and assigned channels to a base station which are initialized at an initial power level and adjusted to a controlled power level in advance of transmitting a communication data signal on an assigned channel to the base station. The power level of the SU transmitter is controlled to adjust the SU transmitter power level in response to power control signals received from the base station. The SU transmitter power level is monitored in advance of transmitting a communication data signal on an assigned channel to the base station. The transmitter is controlled such that transmission of a communication data signal on an assigned channel is blocked if a predetermined power limit is reached before commencing transmission of the communication data signal on the assigned channel.

## BRIEF DESCRIPTION OF THE DRAWING(S)

FIG. 1 is a block diagram of a code division multiple access communication system according to the present invention.

FIG. 2 is a flow-chart diagram of an exemplary maintenance power control algorithm of the present invention.

FIG. 3 is a flow-chart diagram of an exemplary automatic forward power control algorithm of the present invention.

FIG. 4 is a flow-chart diagram of an exemplary automatic reverse power control algorithm of the present invention.

FIG. 5A and FIG. 5B is a block diagram of an exemplary closed loop power control system of the present invention when the bearer channel is established.

FIG. 6A and FIG. 6B is a block diagram of an exemplary closed loop power control system of the present invention during the process of establishing the bearer channel.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT(S)

The system of the present invention provides local-loop telephone service using radio link between one or more base stations and multiple remote subscriber units. In the exemplary embodiment, one radio link is described for a base station communicating with a fixed subscriber unit (FSU), but the system is equally applicable to systems including multiple base stations with radio links to both FSUs and Mobile Subscriber Units (MSUs). Consequently, the remote subscriber units are referred to herein as Subscriber Units (SUs).

Referring to FIG. 1, Base Station (BS) 101 provides call connection to a local exchange (LE) 103 or any other telephone network switching interface, and includes a Radio Carrier Station (RCS) 104. One or more RCSs 104, 105, 110 connect to a Radio Distribution Unit (RDU) 102 through links 131, 132, 137, 138, 139, and RDU 102 interfaces with LE 103 by transmitting and receiving call set-up, control, and information signals through telco links 141, 142, 150. SUs 116, 119 communicate with the RCS 104 through RF links 161, 162, 163, 164, 165. Alternatively, another embodiment of the invention includes several SUs and a

4

"master" SU with functionality similar to the RCS. Such an embodiment may or may not have connection to a local telephone network.

Although the described embodiment uses different spread-spectrum bandwidths centered around a carrier for the transmit and receive spread-spectrum channels, the present method is readily extended to systems using multiple spread-spectrum bandwidths for the transmit channels and multiple spread-spectrum bandwidths for the receive channels. Alternatively, because spread-spectrum communication systems have the inherent feature that one user's transmission appears as noise to another user's despreading receiver, an embodiment can employ the same spread-spectrum channel for both the transmit and receive path channels. In other words, Uplink and Downlink transmissions can occupy the same frequency band. An embodiment of the invention may also employ multiple spread spectrum channels which need not be adjacent in frequency. In this embodiment, any channel may be used for Uplink, Downlink or Uplink and Downlink transmission.

In the exemplary embodiment, the spread binary symbol information is transmitted over the radio links 161 to 165 using Quadrature Phase Shift Keying (QPSK) modulation with Nyquist Pulse Shaping, although other modulation techniques may be used, including, but not limited to, Offset QPSK (OQPSK), Minimum Shift Keying (MSK), M-ary Phase Shift Keying (MPSK) and Gaussian Phase Shift Keying (GPSK).

The CDMA demodulator in either the RCS or the SU despreads the received signal with appropriate processing to combat or exploit multipath propagation effects. Parameters (concerning the received power level are used to generate the Automatic Power Control (APC) information which, in turn, is transmitted to the other end. The APC information is used to control transmit power of the automatic forward power control (AFPC) and automatic reverse power control (ARPC) links. In addition, each RCS 104, 105 and 110 can perform Maintenance Power Control (MPC), in a manner similar to APC, to adjust the initial transmit power of each SU 111, 112, 115, 117 and 118. Demodulation is coherent where the pilot signal provides the phase reference.

The transmit power levels of the radio interface between RCS 104 and SUs 111, 112, 115, 117 and 118 are controlled using two different closed loop power control algorithms. The Automatic Forward Power Control (AFPC) determines the Downlink transmit power level, and the Automatic Reverse Power Control (ARPC) determines the Uplink transmit power level. The logical control channel by which SU 111 and RCS 104, for example, transfer power control information operates at least a 16 kHz update rate. Other embodiments may use a faster 32 kHz update rate. These algorithms ensure that the transmit power of a user maintains an acceptable Bit-Error Rate (BER), maintains the system power at a minimum to conserve power, and maintains the power level of all SUs 111, 112, 115, 117 and 118, as received by RCS 104, at a nearly equal level.

In addition, the system includes an optional maintenance power algorithm that is used during the inactive mode of a SU. When SU 111 is inactive or powered-down to conserve power, the unit may occasionally activate itself and adjust its initial transmit power level setting in response to a maintenance power control signal from RCS 104. The maintenance power signal is determined by the RCS 104 by measuring the received power level of SU 111 and present system power level and calculating the necessary initial transmit power. The method shortens the channel acquisition time of

US 6,674,791 B2

5

SU 111 when it is turned on to begin a communication. The method also prevents the transmit power level of SU 111 from becoming too high and interfering with other channels during the initial transmission before the closed loop power control adjusts the transmit power to a level appropriate for the other message traffic in the channel.

The RCS 104 obtains synchronization of its clock from an interface line such as, but not limited to, E1, T1, or HDSL interfaces. Each RCS can also generate its own internal clock signal from an oscillator which may be regulated by a Global Positioning System (GPS) receiver. The RCS 104 generates a Global Pilot Code for a channel having a spreading code but no data modulation, which can be acquired by remote SUs 111 through 118. All transmission channels of the RCS are synchronous with the Pilot channel, and spreading code phases of code generators (not shown) used for Logical communication channels within RCS 104 are also synchronous with the Pilot channel's spreading code phase. Similarly, SUs 111 through 118 which receive the Global Pilot Code of RCS 104 synchronize the spreading and de-spreading code phases of the code generators (not shown) to the SUs to the Global Pilot Code.

Logical Communication Channels

A 'channel' of the prior art is usually regarded as a communications path that is part of an interface and that can be distinguished from other paths of the interface without regard to its content. In the case of CDMA, however, separate communications paths are distinguished only by their content. The term 'logical channel' is used to distinguish the separate data streams, which are logically equivalent to channels in the conventional sense. All logical channels and sub-channels of the present invention are mapped to a common 64 kilo-symbols per second (ksym/s) QPSK stream. Some channels are synchronized to associated pilot codes which are generated and perform a similar function to the system Global Pilot Code. The system pilot signals are not, however, considered logical channels.

Several logical communication channels are used over the RF communication link between the RCS and SU. Each logical communication channel either has a fixed, predetermined spreading code or a dynamically assigned spreading code. For both predetermined and assigned codes, the code phase is synchronous with the Pilot Code. Logical communication channels are divided into two groups: the Global Channel (GC) group and the Assigned Channel (AC) group. The GC group includes channels which are either transmitted from the base station RCS to all the remote SUs or from any SU to the RCS of the base station regardless of the SU's identity. These channels typically contain information of a given type for all users. These channels include the channels used by the SUs to gain system access. Channels in the Assigned Channels (AC) group are those channels dedicated to communication between the RCS and a particular SU.

Power Control

General

The power control feature of the present invention is used to minimize the transmit power used between an RCS and any SUs with which it is in communication. The power control subfeature that updates transmit power during bearer channel connection is defined as automatic power control (APC). APC data is transferred from the RCS to an SU on the forward APC channel and from an SU to the RCS on the reverse APC channel. When there is no active data link

6

between the two, the maintenance power control subfeature (MPC) controls the transmit to power of the SU.

Transmit power levels of forward and reverse assigned channels and reverse global channels are controlled by the APC algorithm to maintain sufficient signal power to interference noise power ratio (SIR) on those channels, and to stabilize and minimize system output power. The present invention uses a closed loop power control system in which a receiver controls its associated transmitter to incrementally raise or lower its transmit power. This control is conveyed to the associated transmitter via the power control signal on the APC channel. The receiver makes the decision to increase or decrease the transmitter's power based on two error signals. One error signal is an indication of the difference between the measured and required despread signal powers, and the other error signal is an indication of the average received total power.

As used in the described embodiment of the invention, the term near-end power control is used to refer to adjusting the transmitter's output power in accordance with the APC signal received on the APC channel from the other end. This means the reverse power control for the SU and forward power control for the RCS; and the term far-end APC is used to refer to forward power control for the SU and reverse power control for the RCS (adjusting the transmit power of the unit at the opposite end of the channel).

In order to conserve power, the SU modem terminates transmission and powers-down while waiting for a call, defined as the sleep phase. Sleep phase is terminated by an awaken signal from the SU controller. Responsive to this signal, the SU modem acquisition circuit automatically enters the reacquisition phase, and begins the process of acquiring the downlink pilot, as described below.

Closed Loop Power Control Algorithms

The near-end power control includes two steps: first, set the initial transmit power, second, continually adjust transmit power according to information received from the far-end using APC.

For the SU, initial transmit power is set to a minimum value and then ramped up, for example, at a rate of 1 dB/ms until either a ramp-up timer expires (not shown) or the RCS changes the corresponding traffic light value on the FBCH to "red" indicating the RCS has locked to the SU's short pilot signal (SAXPT). Expiration of the timer causes the SAXPT transmission to be shut down, unless the traffic light value is set to red first, in which case the SU continues to ramp-up transmit power but at a much lower rate than before the "red" signal was detected.

The initial power ramp-up method is described in U.S. Pat. No. 5,841,768 entitled A METHOD OF CONTROLLING INITIAL POWER RAMP-UP IN CDMA SYSTEMS BY USING SHORT CODES, is hereby incorporated by reference.

For the RCS, initial transmit power is set at a fixed value, corresponding to the minimum value necessary for reliable operation as determined experimentally for the service type and the current number of system users. Global channels, such as the Global Pilot or, the fast broadcast channel (FBCH), are always transmitted at the fixed initial power, whereas traffic channels are switched to APC.

The APC signal is transmitted as one bit signals on the APC channel. The one-bit signal represents a command to increase (signal is logic-high) or decrease (signal is logic-low) the associated transmit power. In the described embodiment, the 64 kbps APC data stream is not encoded or interleaved.

US 6,674,791 B2

7

Far-end power control consists of the near-end transmitting power control information for the far-end to use in adjusting its transmit power.

The APC algorithm causes the RCS or the SU to transmit +1 if the following inequality holds, otherwise −1 (logic-low).

$$a_1e_1-a_2e_2>0 \qquad (1)$$

Here the error signal $e_1$ is calculated as

$$e_1=P_d-(1+SNR_{REP})P_N \qquad (2)$$

where $P_d$ is the despread signal plus noise power, $P_N$ is the despread noise power, and $SNR_{REP}$ is the desired despread signal to noise ratio for the particular service type; and

$$e_2=P_r-P_0 \qquad (3)$$

where Pr is a measure of the received power and Po is the automatic gain control (AGC) circuit set point. The weights $\alpha_1$ and $\alpha_2$ in equation (30) are chosen for each service type and for the APC update rate.

Maintenance Power Control

During the sleep phase of the SU, the interference noise power of the CDMA RF channel changes. As an alternative to the initial power ramp-up method described above, the present invention may include a maintenance power control feature (MPC) which periodically adjusts the SU's initial transmit power with respect to the interference noise power of the CDMA channel. The MPC is the process whereby the transmit power level of an SU is maintained within close proximity of the minimum level required for the RCS to detect the SU's signal. The MPC process compensates for low frequency changes in the required SU transmit power.

The maintenance control feature uses two global channels: one is called the status channel (STCH) on reverse link, and the other is called the check-up channel (CUCH) on forward link. The signals transmitted on these channels carry no data and they are generated the same way the short codes used in initial power ramp-up are generated. The STCH and CUCH codes are generated from a "reserved" branch of the global code generator.

The MPC process is as follows. At random intervals, the SU sends a symbol length spreading code periodically for 3 ms on the status channel (STCH). If the RCS detects the sequence, it replies by sending a symbol length code sequence within the next 3 ms on the check-up channel (CUCH). When the SU detects the response from the RCS, it reduces its transmit power by a particular step size. If the SU does not detect any response from the RCS within the 3 ms period, it increases its transmit power by the step size. Using this method, the RCS response is transmitted at a power level that is enough to maintain a 0.99 detection probability at all SU's.

The rate of change of traffic load and the number of active users is related to the total interference noise power of the CDMA channel. The update rate and step size of the maintenance power update signal for the present invention is determined by using queuing theory methods well known in the art of communication theory, such as outlined in "Fundamentals of Digital Switching" (Plenum-New York) edited by McDonald and incorporated herein by reference. By modeling the call origination process as an exponential random variable with mean 6.0 mins, numerical computation shows the maintenance power level of a SU should be updated once every 10 seconds or less to be able to follow the changes in interference level using 0.5 dB step size.

8

Modeling the call origination process as a Poisson random variable with exponential interarrival times, arrival rate of $2\times10^{-4}$ per second per user, service rate of 1/600 per second, and the total subscriber population is 600 in the RCS service area also yields by numerical computation that an update rate of once every 10 seconds is sufficient when 0.5 dB step size is used.

Maintenance power adjustment is performed periodically by the SU which changes from sleep phase to awake phase and performs the MPC process. Consequently, the process for the MPC feature is shown in FIG. 2 and is as follows: First, at step 201, signals are exchanged between the SU and the RCS maintaining a transmit power level that is close to the required level for detection: the SU periodically sends a symbol length spreading code in the STCH, and the RCS sends periodically a symbol length spreading code in the CUCH as response.

Next, at step 202, if the SU receives a response within 3 ms after the STCH message it sent, it decreases its transmit power by a particular step size at step 203; but if the SU does not receive a response within 3 ms after the STCH message, it increases its transmit power by the same step size at step 204.

The SU waits, at step 205, for a period of time before sending another STCH message, this time period is determined by a random process which averages 10 seconds.

Thus, the transmit power of the STCH messages from the SU is adjusted based on the RCS response periodically, and the transmit power of the CUCH messages from the RCS is fixed.

Mapping of Power Control Signal to Logical Channels For APC

Power control signals are mapped to specified Logical Channels for controlling transmit power levels of forward and reverse assigned channels. Reverse global channels are also controlled by the APC algorithm to maintain sufficient signal power to interference noise power ratio (SIR) on those reverse channels, and to stabilize and minimize system output power. The present invention uses a closed loop power control method in which a receiver periodically decides to incrementally raise or lower the output power of the transmitter at the other end. The method also conveys that decision back to the respective transmitter.

TABLE 1

| | APC Signal Channel Assignments | | |
|---|---|---|---|
| Link Channels and Signals | Call/Connection Status | Power Control Method | |
| | | Initial Value | Continuous |
| Reverse link | Being Established | as determined by | APC bits in |
| AXCH AXPT | | power ramping | forward APC channel |
| Reverse link | In-Progress | level established | APC bits in |
| APC, OW, TRCH, pilot signal | | during call set-up | forward APC channel |
| Forward link | In-Progress | fixed value | APC bits in |
| APC, OW, TRCH | | | reverse APC channel |

Forward and reverse links are independently controlled. For a call/connection in process, forward link traffic channel (TRCH) APC, and Order Wire (OW) power is controlled by the APC bits transmitted on the reverse APC channel.

US 6,674,791 B2

9

During the call/connection establishment process, reverse link access channel (AXCH) power is also controlled by the APC bits transmitted on the forward APC channel. Table 1 summarizes the specific power control methods for the controlled channels.

The required SIRs of the assigned channels TRCH, APC and OW and reverse assigned pilot signal for any particular SU are fixed in proportion to each other and these channels are subject to nearly identical fading, therefore, they are power controlled together.

### Automatic Forward Power Control

The AFPC system attempts to maintain the minimum required SIR on the forward channels during a call/connection. The AFPC recursive process shown in FIG. 3 consists of the steps of having an SU form the two error signals $e_1$ and $e_2$ in step 301 where

$$e_1 = P_d - (1 + SNR_{REQ})P_N \qquad (4)$$

$$e_2 = P_r - P_o \qquad (5)$$

and $P_d$ is the despread signal plus noise power, $P_N$ is the despread noise power, $SNR_{REF}$ is the required signal to noise ratio for the service type, $P_r$ is a measure of the total received power, and $P_o$ is the AGC set point. Next, the SU modem forms the combined error signal $\alpha_1 e_1 + \alpha_2 e_2$ in step 302. Here, the weights $\alpha_1$ and $\alpha_2$ are chosen for each service type and APC update rate. In step 303, the SU hard limits the combined error signal and forms a single APC bit. The SU transmits the APC bit to the RCS in step 304 and RCS modem receives the bit in step 305. The RCS increases or decreases its transmit power to the SU in step 306 and the algorithm repeats starting from step 301.

### Automatic Reverse Power Control

The ARPC system maintains the minimum required SIR on the reverse channels to minimize the total system reverse output power, during both call/connection establishment and while the call/connection is in progress. The ARPC recursive process shown in FIG. 4 begins at step 401 where the RCS modem forms the two error signals $e_1$ and $e_2$ in step 401 where

$$e_1 = P_d - (1 + SNR_{REQ})P_N \qquad (6)$$

$$e_2 = P_r - P_o \qquad (7)$$

### SIR and Multiple Channel Types

The required SIR for channels on a link is a function of channel format (e.g. TRCH, OW). service type (e.g. ISDN B, 32 kb/s ADPCM POTS) and the number of symbols over which data bits are distributed (e.g. two 64 kb/s symbols are integrated to form a single 32 kb/s ADPCM POTS symbol). Despreader output power corresponding to the required SIR for each channel and service type is predetermined. While a call/connection is in progress, several user CDMA logical channels are concurrently active; each of these channels transfers a symbol every symbol period. The SIR of the symbol from the nominally highest SIR channel is measured, compared to a threshold and used to determine the APC step up/down decision each symbol period. Table 2 indicates the symbol (and threshold) used for the APC computation by service and call type.

### APC Parameters

APC information is always conveyed as a single bit of information, and the APC Data Rate is equivalent to the APC

10

Update Rate. The APC update rate is 64 kb/s. This rate is high enough to accommodate expected Rayleigh and Doppler fades, and allow for a relatively high (~0.2) Bit Error Rate (BER) in the Uplink and Downlink APC channels, which minimizes capacity devoted to the APC.

The power step up/down indicated by an APC bit is nominally between 0.1 and 0.01 dB. The dynamic range for power control is 70 dB on the reverse link and 12 dB on the forward link for the exemplary embodiment of the present system, and $P_d$ is the despread signal plus noise power, $P_N$ is the despread noise power. $SNR_{REF}$ is the reference signal to noise ratio for the service type, $P_r$ is a measure of the average total power received by the RCS, and $P_o$ is the AGC set point. The RCS modem forms the combined error signal $\alpha_1 e_1 + \alpha_2 e_2$ in step 402 and hard limits this error signal to determine a single APC bit in step 403. The RCS transmits the APC bit to the SU in step 404, and the bit is received by the SU in step 405. Finally, SU adjusts its transmit power according to the received APC bit in step 406, and the process repeats starting from step 401.

### TABLE 2

Symbols/Thresholds Used for APC Computation

| Service or Call Type | Call/Connection Status | Symbol (and Threshold) Used for APC Decision |
|---|---|---|
| Don't care | Being Established | AXCH |
| ISDN D SU | In-Progress | one ¼4-KBPS symbol from TRCH (ISDN-D) |
| ISDN 1B + D SU | In-Progress | TRCH (ISDN-D) |
| ISDN 2B + D SU | In-Progress | TRCH (one ISDN-B) |
| POTS SU (64 KBPS PCM) | In-Progress | one ¼4-KBPS symbol from TRCH, use 64 KBPS PCM threshold |
| POTS SU (32 KBPS ADPCM) | In-Progress | one ¼4-KBPS symbol from TRCH, use 32 KBPS ADPCM threshold |
| Silent Maintenance Call (any SU) | In-Progress | OW (continuous during a maintenance call) |

### An Alternative Embodiment for Multiplexing APC Information

The dedicated APC and OW logical channels described previously can also be multiplexed together in one logical channel. The APC information is transmitted at 64 kb/s. continuously whereas the OW information occurs in data bursts. The alternative multiplexed logical channel includes the unencoded, non-interleaved 64 kb/s. APC information on, for example, the In-phase channel and the OW information on the quadrature channel of the QPSK signal.

### Closed Loop Power Control Implementation

The closed loop power control during a call connection responds to two different variations in overall system power. First, the system responds to local behavior such as changes in power level of an SU, and second, the system responds to changes in the power level of the entire group of active users in the system.

The Power Control system of the exemplary embodiment of the present invention is shown in FIG. 5A and FIG. 5B. As shown, the circuitry used to adjust the transmitted power is similar for the RCS (shown as the RCS power control module 501) and SU (shown as the SU power control module 502). Beginning with the RCS power control module 501, the reverse link RF channel signal is received at the RF antenna 590 and demodulated to produce the reverse

US 6,674,791 B2

11

CDMA signal RMCH which is applied to the variable gain amplifier (VGA1) 510. The output signal of VGA1 510 is provided to the Automatic Gain Control (AGC) Circuit 511 which produces a variable gain amplifier control signal into the VGA1 510. This signal maintains the level or the output signal of VGA1 510 at a near constant value. The output signal of VGA1 is despread by the despread-demultiplexer (demux) 512 which produces a despread user message signal MS and a forward APC bit. The forward APC bit is applied to the integrator 513 to produce the Forward APC control signal. The Forward APC control signal controls the Forward Link VGA2 514 and maintains the Forward Link RF channel signal at a minimum level necessary for communication.

The signal power of the despread user message signal MS of the RCS power module 501 is measured by the power measurement circuit 515 to produce a signal power indication. The output of the VGA1 is also despread by the AUX despreader 581 which despreads the signal by using an uncorrelated spreading code, and hence obtains a despread noise signal. The power measurement taken at power measurement device 582 of this signal is multiplied at multiplier 583 by 1 plus the required signal to noise ratio (SNR$_R$) to form the threshold signal S1. The difference between the despread signal power and the threshold value S1 is produced by the subtracter 516. This difference is the error signal ES1 which is an error signal relating to the particular SU transmit power level. Similarly the control signal for the VGA1 510 is applied to the rate scaling circuit 517 to reduce the rate of the control signal for VGA1 510. The output signal of scaling circuit 517 is a scaled system power level signal SP1. The Threshold Compute logic 518 computes the System Signal Threshold SST value from the RCS user channel power data signal (RCSUSR). The complement of the Scaled system power level signal, SP1, and the System Signal Power Threshold value SST are applied to the adder 519 which produces second error signal ES2. This error signal is related to the system transmit power level of all active SUs. The input Error signals ES1 and ES2 are combined in the combiner 520 produce a combined error signal input to the delta modulator (DM1) 521, and the output signal of the DM1 is the reverse APC bit stream signal, having bits of value +1 or −1, which for the present invention is transmitted as a 64 kb/sec signal.

The Reverse APC bit is applied to the spreading circuit 522 and the output signal of the spreading circuit 522 is the spread-spectrum forward APC message signal. Forward OW and Traffic signals are also provided to spreading circuits 523, 524, producing forward traffic message signals 1, 2, . . . N. The power level of the forward APC signal, the forward OW, and traffic message signals are adjusted by the respective amplifiers 525, 526 and 527 to produce the power level adjusted forward APC, OW, and TRCH channels signals. These signals are combined by the adder 528 and applied to the VAG2 514, which produces forward link RF channel signal. The forward link RF channel signal is transmitted by transmitter 591.

The forward link RF channel signal including the spread forward APC signal is received by the RF antenna 592 of the SU, and demodulated to produce the forward CDMA signal FMCH. This signal is provided to the variable gain amplifier (VGA3) 540. The output signal of VGA3 is applied to the Automatic Gain Control Circuit (AGC) 541 which produces a variable gain amplifier control signal into VGA3 540. This signal maintains the level of the output signal of VGA3 at a near constant value. The output signal of VAG3 540 is despread by the despread demux 542, which produces a

12

despread user message signal SUMS and a reverse APC bit. The reverse APC bit is applied to the integrator 543 which produces the Reverse APC control signal. This reverse APC control signal is provided to the Reverse APC VGA4 544 to maintain the Reverse link RF channel signal at a minimum power level.

The despread user message signal SUMS is also applied to the power measurement circuit 545 producing a power measurement signal which is added to the complement of threshold value S2 in the adder 546 to produce error signal ES3. The signal ES3 is an error signal relating to the RCS transmit power level for the particular SU. To obtain threshold S2, the despread noise power indication at measure power device 586 from the AUX despreader 585 is multiplied at multiplier 587 by 1 plus the desired signal lo noise ratio SNR$_R$. The AUX despreader 585 despreads the input data using an uncorrelated spreading code, hence its output is an indication of the despread noise power.

Similarly, the control signal for the VGA3 is applied to the rate scaling circuit 570 to reduce the rate of the control signal for VGA3 in order to produce a scaled received power level RP1 (see FIG. 5A and FIG. 5B). The threshold compute 598 circuit computes the received signal threshold RST from SU measured power signal SUUSR. The complement of the scaled received power level RP1 and the received signal threshold RST are applied to the adder 594 which produces error signal ES4. This error is related to the RCS transmit power to all other SUs. The input error signals ES3 and ES4 are combined in the combiner 599 and input to the delta modulator DM2 547, and the output signal of DM2 547 is the forward APC bit stream signal, with bits having value of value +1 or −1. In the exemplary embodiment of the present invention this signal is transmitted as a 64 kb/sec signal.

The Forward APC bit stream signal is applied to the spreading circuit 2948 to produce the output reverse spread-spectrum APC signal. Reverse OW and Traffic signals are also input to spreading circuits 549, 550, producing reverse OW and traffic message signals 1, 2 . . . N and the reverse pilot is generated by the reverse pilot generator 551. The power level of the reverse APC message signal reverse OW message signal, reverse pilot, and the reverse traffic message signals are adjusted by amplifiers 552, 553, 554, 555 to produce the signals which are combined by the adder 556 and input to the reverse APC VGA4 544. It is this VGA4 544 which produces the reverse link RF channel signal. The reverse link RF channel signal is transmitted by transmitter 593.

During the call connection and bearer channel establishment process, the closed loop power control of the present invention is modified, and is shown in FIG. 6A and FIG. 6B. As shown, the circuits used to adjust the transmitted power are different for the RCS, shown as the Initial RCS power control module 601; and for the SU, shown as the Initial SU power control module 602. Beginning with the Initial RCS power control module 601, the reverse link RF channel signal is received at the RF antenna 640 and demodulated producing the reverse CDMA signal IRMCH which is received by the first variable gain amplifier (VGA 1) 603. The output signal of VGA1 is detected by the Automatic Gain Control Circuit (AGC1) 604 which provides a variable gain amplifier control signal to VGA1 603 to maintain the level of the output signal of VAG1 at a near constant value. The output signal of VGA1 is despread by the despread demultiplexer 605 which produces a despread user message signal IMS. The Forward APC control signal, ISET, is set to a fixed value, and is applied to the Forward Link Variable

US 6,674,791 B2

13

Gain Amplifier (VGA2) 606 to set the Forward Link RF channel signal at a predetermined level.

The signal power of the despread user message signal IMS of the Initial RCS power module 601 is measured by the power measure circuit 607, and the output power measurement is subtracted from a threshold value S3 in the subtracter 608 to produce error signal ES5 which is an error signal relating to the transmit power level of a particular SU. The threshold S3 is calculated by multiplying at multiplier 652 the despread power measurement at measure power device 651 obtained from the AUX despreader 650 by 1 plus the desired signal to noise ratio SNR. The AUX despreader 650 despreads the signal using an uncorrelated spreading code, hence its output signal is an indication of despread noise power. Similarly, the VGA1 control signal is applied to the rate scaling circuit 609 to reduce the rate of the VGA1 control signal in order to produce a scaled system power level signal SP2. The threshold computation logic 610 determines an Initial System Signal Threshold value (ISST) computed from the user channel power data signal (IRCSUSR). The complement of the scaled system power level signal SP2 and the (ISST) are provided to the adder 611 which produces a second error signal ES6, which is an error signal relating to the system transmit power level of all active SUs. The value of ISST is the desired transmit power for a system having the particular configuration. The input Error signals ES5 and ES6 are combined in the combiner 612 produce a combined error signal input to the delta modulator (DM3) 613. DM3 produces the initial reverse APC bit stream signal, having bits of value +1 or −1, which for the present invention is transmitted as a 64 kb/sec signal.

The Reverse APC bit stream signal is applied to the spreading circuit 614. to produce the initial spread-spectrum forward APC signal. The control channel (CTCH) information is spread by the spreader 616 to form the spread CTCH message signal. The spread APC and CTCH signals are scaled by the amplifiers 615 and 617 and combined by the combiner 618. The combined signal is applied to VAG2 606 which produces the forward link RF channel signal. The forward link RF channel signal is transmitted by transmitter 641.

The forward link RF channel signal including the spread forward APC signal is received by the RF antenna 642 of the SU and demodulated to produce the initial forward CDMA signal (IFMCH) which is applied to the variable gain amplifier (VGA3) 620. The output signal of VGA3 is detected by the Automatic Gain Control Circuit (AGC2) 621 which produces a variable gain amplifier control signal for the VGA3 620. This signal maintains the output power level of the VGA3 620 at a near constant value. The output signal of VAG3 is despread by the despread demultiplexer 622 which produces an initial reverse APC bit that is dependent on the output level of VGA3. The reverse APC bit is processed by the integrator 623 to produce the Reverse APC control signal. The Reverse APC control signal is provided to the Reverse APC VGA4 624 to maintain Reverse link RF channel signal at a defined power level the reverse link RF channel signal is transmitted by transmitter 643.

The global channel AXCH signal is spread by the spreading circuits 625 to provide the spread AXCH channel signal. The reverse pilot generator 626 provides a reverse pilot signal, and the signal power of AXCH and the reverse pilot signal are adjusted by the respective amplifiers 627 and 628. The spread AXCH channel signal and the reverse pilot signal are added by the adder 629 to produce reverse link CDMA signal. The reverse link CDMA signal is received by the reverse APC VGA4 624, which produces the reverse link RF channel signal output to the RF transmitter.

14

System Capacity Management

The system capacity management algorithm of the present invention optimizes the maximum user capacity for an RCS area, called a cell. When the SU comes within a certain value of maximum transmit power, the SU sends an alarm message to the RCS. The RCS sets the traffic lights which control access to the system, to "red" which, as previously described, is a flag that inhibits access by the SU's. This condition remains in effect until the alarming SU terminates its call, or until the transmit power of the alarming SU, measured at the SU, is a value less than the maximum transmit power. When multiple SUs send alarm messages, the condition remains in effect until either all calls from alarming SUs terminate, or until the transmit power of the alarming SU, measured at the SU, is a value less than the maximum transmit power. An alternative embodiment measures the bit error rate measurements from the Forward Error Correction (FEC) decoder, and holds the RCS traffic lights at "red" until the bit error rate is less than a predetermined value.

The blocking strategy of the present invention includes a method which uses the power control information transmitted from the RCS to an SU, and the received power measurements at the RCS. The RCS measures its transmit power level, detects that a maximum value is reached, and determines when to block new users. An SU preparing to enter the system blocks itself if the SU reaches the maximum transmit power before successful completion of a bearer channel assignment.

Each additional user in the system has the effect of increasing the noise level for all other users, which decreases the signal to noise ratio (SNR) that each user experiences. The power control algorithm maintains a desired SNR for each user. Therefore, in the absence of any other limitations, addition of a new user into the system has only a transient effect and the desired SNR is regained.

The transmit power measurement at the RCS is done by measuring either the root mean square (rms) value of the baseband combined signal or by measuring the transmit power of the RF signal and feeding it back to digital control circuits. The transmit power measurement may also be made by the SUs to determine if the unit has reached its maximum transmit power. The SU transmit power level is determined by measuring the control signal of the RF amplifier, and scaling the value based on the service type, such as plain old telephone service (POTS), FAX, or integrated services digital network (ISDN).

The information that an SU has reached the maximum power is transmitted to the RCS by the SU in a message on the Assigned Channels. The RCS also determines the condition by measuring reverse APC changes because, if the RCS sends APC messages to the SU to increase SU transmit power, and the SU transmit power measured at the RCS is not increased, the SU has reached the maximum transmit power.

The RCS does not use traffic lights to block new users who have finished ramping-up using the short codes. These users are blocked by denying them the dial tone and letting them time out. The RCS sends all 1's (go down commands) on the APC Channel to make the SU lower its transmit power. The RCS also sends either no CTCH message or a message with an invalid address which would force the FSU to abandon the access procedure and start over. The SU does not start the acquisition process immediately because the traffic lights are red.

When the RCS reaches its transmit power limit, it enforces blocking in the same manner as when an SU

US 6,674,791 B2

15

reaches its transmit power limit. The RCS turns off all the traffic lights on the FBCH, starts sending all I APC bits (go down commands) to those users who have completed their short code ramp-up but have not yet been given dial tone, and either sends no CTCH message to these users or sends messages with invalid addresses to force them to abandon the access process.

The self blocking algorithm of the SU is as follows. When the SU starts transmitting the AXCH, the APC starts its power control operation using the AXCH and the SU transmit power increases. While the transmit power is increasing under the control of the APC, it is monitored by the SU controller. If the transmit power limit is reached, the SU abandons the access procedure and starts over.

Although the invention has been described in terms of an exemplary embodiment, it is understood by those skilled in the art that the invention may be practiced with modifications to the embodiment that are within the scope of the invention as defined by the following claims:

What is claimed is:

1. A method of self blocking for a subscriber unit (SU) which conducts wireless communication with a base station in a spread spectrum communication system using code division multiple access, the method comprising:

providing a SU transmitter for transmitting signals over global and assigned channels to a base station which are initialized at a initial power level and adjusted to a controlled power level in advance of transmitting a communication data signal on an assigned channel to the base station;

controlling the power level of said SU transmitter to adjust the SU transmitter power level in response to power control signals received from the base station; and

monitoring the SU transmitter power level in advance of transmitting a communication data signal on an assigned channel to the base station and controlling the transmitter such that transmission of a communication data signal on an assigned channel is blocked if a predetermined power limit is reached before commencing transmission of the communication data signal on the assigned channel.

2. The method of claim 1 wherein said transmitter is configured to transmit a plurality of types of communication data signals and SU transmitter power level is determined based in part on the type of communication data signal to be transmitted.

3. The method of claim 1 wherein said transmitter is configured to transmit a plurality of types of communication data signals including plain old telephone service (POTS), FAX and integrated services digital network (ISDN) and includes an RF amplifier controlled by a control signal to transmit the SU's signals as RF signals and SU transmitter power level is determined based on the type of communication data signal to be transmitted and the RF amplifier control signal.

4. The method of claim 1 wherein said controlling the power level of said transmitter to adjust the SU transmitter power level is in response to power control signals received from the base station on a global channel.

16

5. The method of claim 2 wherein said controlling the power level of said transmitter to adjust the SU transmitter power level is in response to power control signals received from the base station on a global channel.

6. The method of claim 3 wherein said controlling the power level of said transmitter to adjust the SU transmitter power level is in response to power control signals received from the base station on a global channel.

7. A subscriber unit (SU) having self blocking control for wireless communication with a base station in a spread spectrum communication system using code division multiple access, the SU comprising:

a transmitter for transmitting signals over global and assigned channels which are initialized at a initial power level and adjusted to a controlled power level in advance of transmitting a communication data signal on an assigned channel to the base station;

a receiver and associated circuitry for controlling the power level of said transmitter;

said receiver and associated circuitry configured to adjust the SU transmitter power level in response to power control signals received from the base station; and

control circuitry for monitoring the SU transmitter power level in advance of transmitting a communication data signal on an assigned channel to the base station and controlling the transmitter such that transmission of a communication data signal on an assigned channel is blocked if a predetermined power limit is reached before commencing transmission of the communication data signal on the assigned channel.

8. The SU of claim 7 wherein said transmitter is configured to transmit a plurality of types of communication data signals and said control circuitry is configured to determine transmitter power level based in part on the type of communication data signal to be transmitted.

9. The SU of claim 7 wherein:

said transmitter is configured to transmit a plurality of types of communication data signals including plain old telephone service (POTS), FAX and integrated services digital network (ISDN) and includes an RF amplifier controlled by a control signal to transmit the SU's signals as RF signals; and

said control circuitry is configured to determine transmitter power level based on the type of communication data signal to be transmitted and the RF amplifier control signal.

10. The SU of claim 7 wherein said receiver and associated circuitry is configured to adjust the SU transmitter power level is in response to power control signals received from the base station on a global channel.

11. The SU of claim 8 wherein said receiver and associated circuitry is configured to adjust the SU transmitter power level is in response to power control signals received from the base station on a global channel.

12. The SU of claim 9 wherein said receiver and associated circuitry is configured to adjust the SU transmitter power level is in response to power control signals received from the base station on a global channel.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 6,674,791 B2                                    Page 1 of 1
DATED        : January 6, 2004
INVENTOR(S)  : Lomp et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 4,
Line 44, after the word "111," delete "12" and insert therefore -- 112 --.

Column 7,
Line 7, delete "$a_1e_1$-$a_2e_2$>0" and insert -- $\alpha_1e_1$-$\alpha_2e_2$>0 --.

Column 12,
Line 15, after the word "signal", delete "lo" and insert therefore -- to --.

Signed and Sealed this

Twenty-fifth Day of May, 2004



JON W. DUDAS
*Acting Director of the United States Patent and Trademark Office*

# EXHIBIT  C



US006973579B2

(12) **United States Patent**
Dick et al.

(10) Patent No.: **US 6,973,579 B2**
(45) Date of Patent: **Dec. 6, 2005**

(54) **GENERATION OF USER EQUIPMENT IDENTIFICATION SPECIFIC SCRAMBLING CODE FOR THE HIGH SPEED SHARED CONTROL CHANNEL**

(75) Inventors: **Stephen G. Dick**, Nesconset, NY (US); **Nader Bolourchi**, Larchmont, NY (US); **Sung-Hyuk Shin**, Fort Lee, NJ (US)

(73) Assignee: **InterDigital Technology Corporation**, Wilmington, DE (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 260 days.

(21) Appl. No.: **10/187,640**

(22) Filed: **Jul. 1, 2002**

(65) **Prior Publication Data**

US 2003/0210782 A1 Nov. 13, 2003

**Related U.S. Application Data**

(60) Provisional application No. 60/378,170, filed on May 13, 2002, and provisional application No. 60/378,509, filed on May 7, 2002.

(51) Int. Cl.⁷ ............................ G06F 11/30; H04K 1/00; H04B 1/69

(52) U.S. Cl. ............................ 713/200; 380/2; 380/210; 375/135; 375/146

(58) Field of Search ........................ 713/200; 380/210, 380/217, 218, 221, 2; 375/135, 136, 141, 145, 146, 147; 370/320, 335, 342, 441, 510

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,671,218 A    9/1997    I et al. ........................ 370/252

| | | | |
|---|---|---|---|
| 5,799,154 | A | 8/1998 | Kuriyan ........................ 709/223 |
| 6,014,567 | A | 1/2000 | Budka ........................ 455/453 |
| 6,385,183 | B1 | 5/2002 | Takeo ........................ 370/335 |
| 6,493,331 | B1 | 12/2002 | Walton et al. .............. 370/341 |
| 6,539,047 | B1 * | 3/2003 | Moon ........................ 375/135 |
| 6,567,461 | B1 * | 5/2003 | Moon et al. ................ 375/145 |
| 2002/0018565 | A1 | 2/2002 | Luttrell et al. | |
| 2003/0074476 | A1 | 4/2003 | Kim et al. | |

OTHER PUBLICATIONS

InterDigital Comm. Corp., "16 bit UE ID Based UE Specific Masking for HS–SCCH," Discussion and Decision, 3GPP TSG RAN WG1#26, Kyung–Ju, Korea, May 13–17, 2002.

Siemens, "Simplified UE-ID Masking of HS–SCCH, Part 1," Discussion and Decision, TSG–RAN Working Group 1 #27, Oulu, Finland, Jul. 2–5, 2002.

InterDigital Comm. Corp., "16 bit UE ID based UE Specific Masking for HS–SCCH: Updated for consistency with new Rate matching for HS–SCCH," Discussion and Decision, 3GPP TSG RAN WG1#27, Olou, FInland, Jul. 2–5, 2002.

"3rd Generation Partnership Project: Technical Specification Group Radio Access Network; Multiplexing and channel coding (FDD) (Release 5)," 3GPP TS 25.212 v5.1.0–DRAFT, Jun. 2002.

* cited by examiner

*Primary Examiner*—Emmanuel L. Moise
(74) *Attorney, Agent, or Firm*—Volpe and Koenig, P.C.

(57) **ABSTRACT**

A code is produce for use in scrambling or descrambling data associated with a high speed shared control channel (HS-SSCH) for a particular user equipment. A user identification of the particular user equipment comprises L bits. A ½ rate convolutional encoder processes at least the bits of the user identification by a ½ rate convolutional code to produce the code.

**10 Claims, 2 Drawing Sheets**

10



12





FIG. 1A

FIG. 1B



FIG. 2A

FIG. 2B



FIG. 3



FIG. 4

US 6,973,579 B2

1

GENERATION OF USER EQUIPMENT
IDENTIFICATION SPECIFIC SCRAMBLING
CODE FOR THE HIGH SPEED SHARED
CONTROL CHANNEL

This application claims priority to U.S. Provisional
Application No. 60/378,170, filed May 13, 2002 and to U.S.
Provisional Application No. 60/378,509, filed May 7, 2002.

BACKGROUND

The present invention relates to wireless communication
systems. More particularly, the present invention relates to
user equipment identification specific scrambling sequences
for high speed shared control channels (HS-SCCH).

A high speed downlink packet access (HSDPA) is pro-
posed for wideband code division multiple access commu-
nication systems. HSDPA allows for high downlink data
rates to support multimedia services.

To support HSDPA, high speed shared control channels
(HS-SCCHs) are used. The HS-SCCHs are used to signal
vital control information to the user equipments (UEs). Each
HS-SCCH has two parts, referred to as Part-1 and Part-2.
Part-1 carries time critical information needed by the UE.
This information includes the channelization code set and
the modulation type used by the high speed physical down-
link shared control channel (HS-PDSCH) which carries the
HSDPA payload. This information is vital to support
HSDPA, since HSDPA uses adaptive modulation and coding
(AMC).

To obtain its Part-1 information, each HSDPA UE moni-
tors up to four HS-SCCHs for its information. The infor-
mation for a particular UE is distinguished from other UEs
by its UE identification (UE ID) specific scrambling
sequence. The UE processes each monitored HS-SCCH with
its UE ID specific scrambling sequence to detect the
HS-SCCH intended for the UE. After processing, the UE
determines on which HS-SCCH, if any, information was
carried using its scrambling sequence. The UE descrambles
the data carried on Part-1 of its HS-SCCH using its scram-
bling sequence.

Until recently, a 10 bit UE ID was used as the basis for the
UE ID specific scrambling sequence. In this case, this UE ID
was converted into a 40 bit scrambling sequence. To turn the
10 bit UE ID into the 40 bit UE ID specific scrambling
sequence, the 10 bit UE ID is processed by a Reed-Muller
block to produce a 32 bit code. The first 8 bits of the
produced code are repeated and appended onto the back of
the 32 bit code to produce a 40 bit code.

Although it is proposed to extend the UE ID length to 16
chips, the current proposal for the HS-SCCHs uses a 10 bit
UE ID. This UE ID is converted into a 40 bit scrambling
sequence. To turn the 10 bit UE ID into the 40 bit scrambling
sequence, the 10 bit UE ID is processed by a Reed-Muller
block to produce a 32 bit code. The first 8 bits of the
produced code are repeated and appended onto the back of
the 32 bit code to produce a 40 bit code.

To reduce the occurrence of false detections, it is desirable
to have good separation between the produced scrambling
codes for each UE ID. Accordingly, it is desirable to have
alternate approaches to producing scrambling codes.

SUMMARY

A code is produced for use in scrambling or descrambling
data associated with a high speed shared control channel
(HS-SSCH) for a particular user equipment. A user identi-

2

fication of the particular user equipment comprises L bits. A
½ rate convolutional encoder processes at least the bits of
the user identification by a ½ rate convolutional code to
produce the code.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A is a preferred diagram of a circuit for producing
a code associated with a particular user for a HS-SCCH.

FIG. 1B is a diagram of a rate matching block used in
conjunction with FIG. 1A.

FIG. 2A is a preferred diagram of a circuit for producing
a code associated with a user identification of 16 bits.

FIG. 2B is a diagram of a rate matching block used in
conjunction with FIG. 2A.

FIG. 3 is a simplified user equipment using the UE ID
specific scrambling code.

FIG. 4 is a simplified base station using the UE ID specific
scrambling code.

DESCRIPTION OF THE PREFERRED
EMBODIMENTS

Although the preferred embodiments are described in
conjunction with the preferred application of the invention
for use with the HSDPA of the third generation partnership
project (3GPP) wideband code division multiple access
(W-CDMA) communication system, the invention can be
applied to other code division multiple access communica-
tion systems. FIGS. 1A and 1B are diagrams of a preferred
UE ID specific scrambling sequence circuit. A UE ID, $X_{UE}$,
of length L is input into the circuit. L can be any length, such
as 8 bits, 10 bits, 16 bits, etc. The UE ID, $X_{UE} = \{X_{UE1}, \ldots, X_{UEL}\}$, is input into a ½ rate convolutional encoder 10 as
shown in FIG. 1A. Along with the UE ID, extra bits, such as
zeros, may be added to the end of the input string to extend
the length of the input string and, accordingly, the output
string. The use of a ½ rate convolutional encoder 10 pro-
vides for a high level of code separation between the output
strings produced by different UE IDs. Additionally, current
proposed 3GPP W-CDMA communication systems utilize a
½ rate convolutional encoder 10 for a forward error correc-
tion (FEC) technique. Accordingly, no additional hardware
is required to generate the convolutionally encoded UE ID
specific scrambling sequence. After encoding, based on the
length of the output string, a rate matching stage 12 may be
added to puncture bits to obtain a desired string length.

FIGS. 2A and 2B are diagrams of preferred UE ID
specific scrambling sequence circuit for a preferred UE ID
codes of length 16, L=16. The 16 bit UE ID, $X_{UE} = \{X_{UE1}, \ldots, X_{UE16}\}$, is input into a ½ rate convolutional
encoder 14 along with eight zeros appended onto the end
of the input string. As a result, the input string is $X_{UE1}, \ldots, X_{UE16}, 0, 0, 0, 0, 0, 0, 0, 0$. After being processed by the ½
rate convolutional encoder 14, the output code is 48 bits in
length, $C_{UE} = \{C_{UE1}, \ldots, C_{UE48}\}$.

To reduce the length of the code to a preferred length of
40 bits, eight bits are preferably punctured. FIG. 2B illus-
trates the rate matching stage 16 to perform the puncturing.
After the rate matching stage 16, the effective length of the
scrambling code is 40 bits.

FIG. 4 is a simplified diagram of a user equipment
descrambling a HS-SCCH using the UE ID specific scram-
bling code. The UE ID scrambling code is mixed, such as by
exclusive-or gate 18, with the received HS-SCCH for use in
recovering the encoded HS-SCCH data.

FIG. 3 is a simplified diagram of a base station scrambling
encoded data with the UE ID specific scrambling code for

US 6,973,579 B2

3

transfer over the HS-SCCH. The encoded data is mixed with the UE ID scrambling code, such as by an exclusive-or gate 20, for a particular user. The scrambled data is used to produce the HS-SCCH for transfer to the particular user.

What is claimed is:

1. An apparatus comprising:

an input configured to accept a user identification comprising L bits; and

a ½ rate convolutional encoder for processing at least the bits of the user identification by a ½ rate convolutional code to produce a code used for scrambling a high speed shared control channel (HS-SCCH).

2. The apparatus of claim 1 further comprising a rate matching block for puncturing bits after the production of the ½ rate convolutional code.

3. A user equipment comprising:

an input configured to accept a 16 bit user identification; and

a ½ rate convolutional encoder for processing the 16 bit user identification code with eight appended zero bits to produce a 48 bit code for use in descrambling a high speed shared control channel (HS-SCCH).

4. The user equipment of claim 3 further comprising a rate matching block for puncturing eight bits after the production of the 48 bit code.

5. A user equipment comprising:

an input configured to accept a 16 bit user identification; and

means for ½ rate convolutional encoding the 16 bit user identification code with eight appended zero bits to

4

produce a 48 bit code for use in descrambling a high speed shared control channel (HS-SCCH).

6. The user equipment of claim 5 further comprising means for puncturing eight bits after the production of the 48 bit code.

7. A base station comprising:

an input configured to accept a 16 bit user identification; and

a ½ rate convolutional encoder for processing the 16 bit user identification code with eight appended zero bits to produce a 48 bit code for use in scrambling a high speed shared control channel (HS-SCCH) for a user equipment associated with the 16 bit user identification.

8. The base station of claim 7 further comprising a rate matching block for puncturing eight bits after the production of the 48 bit code.

9. A base station comprising:

an input configured to accept a 16 bit user identification; and

means for ½ rate convolutional encoding the 16 bit user identification code with eight appended zero bits to produce a 48 bit code for use in scrambling a high speed shared control channel (HS-SCCH) for a user equipment associated with the 16 bit user identification.

10. The base station of claim 9 further comprising means for puncturing eight bits after the production of the 48 bit code.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 6,973,579 B2                                Page 1 of 1
APPLICATION NO. : 10/187640
DATED               : December 6, 2005
INVENTOR(S)     : Dick et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

TITLE PAGE, ITEM (56), OTHER PUBLICATIONS, page 1, right column,
line 10, after "WG1#27," delete "Olou, FInland," and insert therefor --Oulu, Finland--.

### IN THE ABSTRACT

TITLE PAGE, ITEM (57), line 1, after the word "is", delete "produce" and
insert therefor --produced--.

### IN THE DRAWINGS

FIG. 3, delete "DESCRABLED" and insert therefor --DESCRAMBLED--.

At column 1, line 67, before the words "for a", delete "(HS-SSCH)" and insert therefor -
-(HS-SCCH)--.

Signed and Sealed this

Twenty-second Day of August, 2006



JON W. DUDAS
*Director of the United States Patent and Trademark Office*

# EXHIBIT   D



US007190966B2

(12) **United States Patent**
Ozluturk et al.

(10) Patent No.: **US 7,190,966 B2**
(45) Date of Patent: *****Mar. 13, 2007**

(54) **METHOD AND APPARATUS FOR PERFORMING AN ACCESS PROCEDURE**

(75) Inventors: **Fatih Ozluturk**, Port Washington, NY (US); **Gary R. Lomp**, Centerport, NY (US)

(73) Assignee: **InterDigital Technology Corporation**, Wilmington, DE (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 106 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/169,490**

(22) Filed: **Jun. 29, 2005**

(65) **Prior Publication Data**

US 2005/0249166 A1    Nov. 10, 2005

**Related U.S. Application Data**

(63) Continuation of application No. 10/866,851, filed on Jun. 14, 2004, now Pat. No. 7,117,004, which is a continuation of application No. 10/400,343, filed on Mar. 26, 2003, now Pat. No. 6,839,567, which is a continuation of application No. 10/086,320, filed on Mar. 1, 2002, now Pat. No. 6,571,105, which is a continuation of application No. 09/721,034, filed on Nov. 22, 2000, now Pat. No. 6,493,563, which is a continuation of application No. 09/003,104, filed on Jan. 6, 1998, now Pat. No. 6,181,949, which is a continuation of application No. 08/670,162, filed on Jun. 27, 1996, now Pat. No. 5,841,768.

(51) Int. Cl.
*H04B 7/00* (2006.01)
*H04B 7/216* (2006.01)
*H04B 1/00* (2006.01)

(52) U.S. Cl. .......................... 455/522; 455/69; 455/517; 370/335; 370/342; 375/145; 375/146

(58) Field of Classification Search ............... 455/522, 455/69, 67.11, 226.1, 422.1, 517; 375/145, 375/146, 140, 147, 354, 356, 365, 362; 370/335, 370/342, 441, 310, 321, 329, 330, 336, 337, 370/345, 347, 350, 311, 474
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,811,421 A    3/1989    Havel et al.

(Continued)

FOREIGN PATENT DOCUMENTS

| EP | 0565507 | 10/1993 |
| JP | 02256331 | 10/1990 |
| WO | 9702665 | 1/1997 |

OTHER PUBLICATIONS

Rick et al., "Noncoherent Parallel Acquisition in CDMA Spread Spectrum Systems," IEEE International Conference on New Orleans LA, USA, May 1-5, 1994, New York, NY, USA, IEEE, pp. 1422-1426.

(Continued)

*Primary Examiner*—Lana Le
(74) *Attorney, Agent, or Firm*—Volpe and Koenig, P.C.

(57) **ABSTRACT**

A base station for controlling transmission power during the establishment of a communication channel utilizes the reception of a short code during initial power ramp-up. The short code is a sequence for detection by the base station which has a much shorter period than a conventional access code. The ramp-up starts from a power level that is lower than the required power level for detection by the base station. The power of the short code is quickly increased until the signal is detected by the base station. Once the base station detects the short code, it transmits an indication that the short code has been detected.

**12 Claims, 11 Drawing Sheets**



# US 7,190,966 B2
Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,022,049 A | 6/1991 | Abrahamson et al. | |
| 5,056,109 A | 10/1991 | Gilhousen et al. | |
| 5,113,525 A | 5/1992 | Andoh | |
| 5,159,283 A | 10/1992 | Jensen | |
| 5,235,614 A | 8/1993 | Bruckert et al. | |
| 5,257,283 A | 10/1993 | Gilhousen et al. | |
| 5,265,119 A | 11/1993 | Gilhousen et al. | |
| 5,267,262 A | 11/1993 | Wheatley, III | |
| 5,297,162 A | 3/1994 | Lee et al. | |
| 5,309,474 A | 5/1994 | Gilhousen et al. | |
| 5,327,455 A | 7/1994 | De Gaudenzi et al. | |
| 5,347,536 A | 9/1994 | Meehan | |
| 5,353,302 A | 10/1994 | Bi | |
| 5,353,352 A | 10/1994 | Dent et al. | |
| 5,353,502 A | 10/1994 | Hattori et al. | |
| 5,373,502 A | 12/1994 | Turban | |
| 5,377,183 A | 12/1994 | Dent | |
| 5,414,728 A | 5/1995 | Zehavi | |
| 5,430,760 A | 7/1995 | Dent | |
| 5,442,625 A | 8/1995 | Gitlin et al. | |
| 5,442,662 A | 8/1995 | Fukasawa et al. | |
| 5,446,756 A | 8/1995 | Mallinckrodt | |
| 5,490,165 A | 2/1996 | Blakeney et al. | |
| 5,528,593 A | 6/1996 | English et al. | |
| 5,528,623 A | 6/1996 | Foster et al. | |
| 5,594,718 A | 1/1997 | Weaver, Jr. et al. | |
| 5,790,959 A * | 8/1998 | Scherer | 455/517 |
| 5,796,776 A | 8/1998 | Lomp et al. | |
| 5,799,010 A | 8/1998 | Ozluturk et al. | |
| 5,841,768 A | 11/1998 | Ozluturk et al. | |
| 5,940,382 A | 8/1999 | Ilaim | |
| 5,991,332 A | 11/1999 | Lomp et al. | |
| 6,038,250 A * | 3/2000 | Shou et al. | 375/145 |
| 6,049,535 A * | 4/2000 | Ozakkurk et al. | 455/69 |
| 6,157,619 A | 12/2000 | Ozluturk et al. | |
| 6,181,949 B1 | 1/2001 | Ozluturk et al. | |
| 6,212,174 B1 | 4/2001 | Ozluturk et al. | |
| 6,215,778 B1 | 4/2001 | Ozluturk et al. | |
| 6,229,843 B1 | 5/2001 | Lomp et al. | |
| 6,263,010 B1 | 7/2001 | Naruse et al. | |
| 6,272,168 B1 | 8/2001 | Lomp et al. | |
| 6,456,608 B1 | 9/2002 | Lomp | |
| 6,480,523 B1 * | 11/2002 | Kondo | 375/140 |
| 6,490,462 B2 | 12/2002 | Ozluturk et al. | |
| 6,493,563 B1 | 12/2002 | Ozluturk et al. | |
| 6,507,745 B2 | 1/2003 | Ozluturk et al. | |
| 6,519,474 B2 | 2/2003 | Ozluturk et al. | |
| 6,571,105 B2 | 5/2003 | Ozluturk et al. | |
| 6,577,876 B2 | 6/2003 | Ozluturk et al. | |
| 6,606,503 B2 | 8/2003 | Ozluturk et al. | |
| 6,633,600 B2 | 10/2003 | Lomp et al. | |
| 6,674,788 B2 * | 1/2004 | Lomp et al. | 455/522 |
| 6,697,350 B2 | 2/2004 | Lomp | |
| 6,707,805 B2 | 3/2004 | Ozluturk et al. | |
| 6,721,301 B2 | 4/2004 | Ozluturk et al. | |
| 6,778,840 B2 | 8/2004 | Ozluturk et al. | |
| 6,788,662 B2 | 9/2004 | Ozluturk et al. | |
| 6,801,516 B1 | 10/2004 | Lomp et al. | |
| 6,816,473 B2 | 11/2004 | Ozluturk et al. | |
| 6,831,400 B2 | 12/2004 | Lomp et al. | |
| 6,839,567 B2 | 1/2005 | Ozluturk et al. | |
| 6,879,841 B2 | 4/2005 | Ozluturk et al. | |
| 6,885,652 B1 * | 4/2005 | Ozukturk et al. | 370/342 |
| 6,904,294 B2 | 6/2005 | Ozluturk et al. | |
| 6,940,840 B2 * | 9/2005 | Ozluturk et al. | 370/441 |
| 6,965,586 B1 * | 11/2005 | Maruyama | 370/335 |
| 6,983,009 B2 | 1/2006 | Lomp | |
| 6,985,467 B2 * | 1/2006 | Lomp et al. | 370/503 |
| 6,985,768 B2 | 1/2006 | Ozluturk et al. | |
| 7,020,111 B2 | 3/2006 | Ozluturk et al. | |
| 7,072,579 B2 | 7/2006 | Ozluturk et al. | |
| 7,085,583 B2 | 8/2006 | Ozluturk et al. | |
| 7,117,004 B2 * | 10/2006 | Ozluturk et al. | 370/321 |
| 7,123,600 B2 | 10/2006 | Ozluturk et al. | |
| 7,126,930 B2 * | 10/2006 | Pankaj et al. | 370/335 |
| 2002/0036998 A1 * | 3/2002 | Lomp | 370/342 |
| 2002/0051434 A1 | 5/2002 | Ozluturk et al. | |
| 2002/0057659 A1 | 5/2002 | Ozluturk et al. | |
| 2003/0013447 A1 | 1/2003 | Persson et al. | |
| 2003/0069007 A1 | 4/2003 | Rajaram et al. | |
| 2004/0252668 A1 | 12/2004 | Ozluturk et al. | |
| 2005/0094604 A1 | 5/2005 | Ozluturk et al. | |
| 2005/0243897 A1 | 11/2005 | Ozluturk et al. | |
| 2005/0249165 A1 | 11/2005 | Ozluturk et al. | |
| 2005/0249166 A1 | 11/2005 | Ozluturk et al. | |
| 2005/0254478 A1 * | 11/2005 | Ozluturk et al. | 370/342 |
| 2005/0265430 A1 | 12/2005 | Ozluturk et al. | |

## OTHER PUBLICATIONS

TIA/EIA/IS-95-A, "Mobile Station-Base Station Compatibility Standard for Dual-Mode Wideband Spread Spectrum Cellular System", TIA/EIA Interim Standard, Telecommunications Industry Association, May 1995.

Ejzak et al., "Wideband Spread Spectrum Digital Technologies Standards", Telecommunications Industry Association Subcommittee TR-45.5, May 5, 1997.

I et al., "Performance of Multi-Code CDMA Wireless Personal Communications Networks", IEEE, 1995, pp. 907-911.

Krzymien et al., "Rapid Acquisition Algorithms for Synchronization of Bursty Transmissions in CDMA Microcellular and Personal Wireless Systems", IEEE Journal on Selected Areas in Communications, vol. 14, No. 3, Apr. 1996, pp. 570-579.

"Summary of Multi-Channel Signaling Protocol", Phase 1C Service Definition, Lucent Technologies Presentation, Apr. 6, 1997, pp. 1-19.

Knisely, "Lucent Technologies Air Interface Proposal for CDMA High Speed Data Service", Telecommunications Industry Association Subcommittee TR-45.5—Wideband Spread Spectrum Digital Technologies Standards, Working Group III—Physical Layer, Feb. 24, 1997.

Kumar et al., "An Access Scheme for High Speed Packet Data Service on IS-95 Based CDMA", Bell Labs Lucent Technologies, Feb. 11, 1997.

Lucent Presentation, Lucent Technologies, Feb. 21, 1997, pp. 1-24.

"Packet Data Service Option Standard for Wideband Spread Spectrum Systems", TIA/EIA Interim Standard, TIA/EIA/IS-657, Jul. 1996.

I et al., "Multi-Code CDMA Wireless Personal Communications Networks", IEEE, 1995, pp. 1060-1064.

I et al, "Load and Interference Based Demand assignment (LIDA), for Integrated Services in CDMA Wireless Systems", IEEE, 1996, pp. 235-241.

Yang, Network Wireless Systems Offer Business Unit (NWS OBU) Feature Definition Document for Code Division Multiple Access (CDMA) Packet Mode Data Services, CDMA Packet Mode Data Services, FDD-1444, Nov. 26, 1996.

Budka et al, "Cellular Digital Packet Data Networks", Bell Labs Technical Journal, Summer 1997, pp. 164-181.

Liu et al., "Channel Access and Interference Issues in Multi-Code DS-CDMA Wireless Packet (ATM) Networks".

I et al., "Variable Spreading Gain CDMA with Adaptive Control for True Packet Switching Wireless Network", IEEE, 1995, pp. 725-730.

"Data Service Options for Wideband Spread Spectrum Systems: Introduction", TR 45, Mar. 20, 1997 (Content Revision 1).

Azad et al., "Multirate Spread Spectrum Direct Sequence CDMA Techniques", The Institution of Electrical Engineers, 1994, pp. 4/1-4/5.

"Summary of Multi-Channel Signaling Protocol", Phase 1C Service Definition, Lucent Technologies Presentation, Apr. 6, 1997, pp. 1-21.

* cited by examiner



**FIG. 1**



**FIG. 2**

FIG. 3



**FIG. 4**



**FIG. 5**



**FIG. 7**



*FIG. 6A*



FIG. 6B



FIG. 8

FIG. 9



*FIG. 10*



START

BASE STATION TRANSMITS A PILOT CODE WHILE SEARCHING FOR THE SHORT CODE — 200

SUBSCRIBER UNIT ACQUIRES THE PILOT CODE TRANSMITTED FROM THE BASE STATION — 202

SUBSCRIBER UNIT STARTS TRANSMITTING A SHORT CODE STARTING AT A MINIMUM POWER LEVEL $P_o$, WHICH IS GUARANTEED TO BE LESS THAN THE REQUIRED POWER, AND QUICKLY INCREASES TRANSMISSION POWER — 204

THE RECEIVED POWER LEVEL AT THE BASE STATION REACHES THE MINIMUM LEVEL NEEDED FOR DETECTION OF THE SHORT CODE — 206

BASE STATION ACQUIRES THE CORRECT PHASE OF THE SHORT CODE, TRANSMITS AN INDICATION OF THIS DETECTION, AND BEGINS SEARCHING FOR THE ACCESS CODE — 208

UPON RECEIVING THE DETECTION INDICATION, THE SUBSCRIBER UNIT CEASES TRANSMITTING THE SHORT CODE AND START TRANSMITTING AN ACCESS CODE. THE SUBSCRIBER UNIT INITIATES A SLOW RAMP - UP OF TRANSMIT POWER WHILE SENDING THE ACCESS CODE — 210

(A)

*FIG. 11A*



Ⓐ

BASE STATION SEARCHES FOR THE CORRECT PHASE OF THE ACCESS CODE BY SEARCHING ONLY ONE PHASE OUT OF EACH SHORT CODE LENGTH PORTION OF THE ACCESS CODE — 212

IF THE BASE STATION SEARCHES THE PHASES OF THE ACCESS CODE UP TO THE MAXIMUM ROUND TRIP DELAY AND HAS NOT DETECTED THE CORRECT PHASE, REPEAT SEARCH BY SEARCHING EVERY PHASE — 214

UPON DETECTION OF THE CORRECT PHASE OF THE ACCESS CODE BY THE BASE STATION, THE BASE STATION SENDS AN ACKNOWLEDGEMENT TO THE SUBSCRIBER UNIT — 216

RECEPTION OF THE ACKNOWLEDGEMENT BY THE SUBSCRIBER UNIT CONCLUDES THE RAMP-UP PROCESS. A CLOSED LOOP POWER CONTROL IS ESTABLISHED, AND THE SUBSCRIBER UNIT CONTINUES THE CALL SETUP PROCESS BY SENDING RELATED CALL SETUP MESSAGES — 218

*FIG. 11B*

US 7,190,966 B2

**1**

## METHOD AND APPARATUS FOR PERFORMING AN ACCESS PROCEDURE

### CROSS REFERENCE TO RELATED APPLICATION

This application is a continuation of application Ser. No. 10/866,851, filed Jun. 14, 2004 now U.S. Pat. No. 7,117,004, which is a continuation of application Ser. No. 10/400,343, filed Mar. 26, 2003, which issued on Jan. 4, 2005 as U.S. Pat. No. 6,839,567, which is a continuation of Ser. No. 10/086, 320, filed Mar. 1, 2002, which issued on May 27, 2003 as U.S. Pat. No. 6,571,105; which is a continuation of application Ser. No. 09/721,034, filed Nov. 22, 2000, which issued on Dec. 10, 2002 as U.S. Pat. No. 6,493,563; which is a continuation of application Ser. No. 09/003,104, filed Jan. 6, 1998, which issued on Jan. 30, 2001 as U.S. Pat. No. 6,181,949; which is a continuation of application Ser. No. 08/670,162, filed on Jun. 27, 1996, which issued on Nov. 24, 1998 as U.S. Pat. No. 5,841,768; which applications and patents are incorporated herein by reference.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to CDMA communication systems. More specifically, the present invention relates to a CDMA communication system which utilizes the transmission of short codes from subscriber units to a base station to reduce the time required for the base station to detect the signal from a subscriber unit. The improved detection time allows a faster ramp-up of the initial transmit power from the subscriber units while reducing the unnecessary power overshoot.

2. Description of Related Art

The use of wireless telecommunication systems has grown dramatically in the last decade as the reliability and capacity of the systems have improved. Wireless communication systems are being utilized in a variety of applications where land line based systems are impractical or impossible to use. Applications of wireless communications include cellular phone communications, communications in remote locations, and temporary communications for disaster recovery. Wireless communication systems have also become an economically viable alternative to replacing aging telephone lines and outdated telephone equipment.

The portion of the RF spectrum available for use by wireless communication systems is a critical resource. The RF spectrum must be shared among all commercial, governmental and military applications. There is a constant desire to improve the efficiency of wireless communication systems in order to increase system capacity.

Code division multiple access (CDMA) wireless communication systems have shown particular promise in this area. Although more traditional time division multiple access (TDMA) and frequency division multiple access (FDMA) systems have improved using the latest technological advances, CDMA systems, in particular Broadband Code Division Multiple Access™ (B-CDMA™) systems, have significant advantages over TDMA and FDMA systems. This efficiency is due to the improved coding and modulation density, interference rejection and multipath tolerance of B-CDMA™ systems, as well as reuse of the same spectrum in every communication cell. The format of CDMA communication signals also makes it extremely difficult to intercept calls, thereby ensuring greater privacy for callers and providing greater immunity against fraud.

**2**

In a CDMA system, the same portion of the frequency spectrum is used for communication by all subscriber units. Each subscriber unit's baseband data signal is multiplied by a code sequence, called the "spreading code", which has a much higher rate than the data. The ratio of the spreading code rate to the data symbol rate is called the "spreading factor" or the "processing gain". This coding results in a much wider transmission spectrum than the spectrum of the baseband data signal, hence the technique is called "spread spectrum". Subscriber units and their communications can be discriminated by assigning a unique spreading code to each communication link which is called a CDMA channel. Since all communications are sent over the same frequency band, each CDMA communication overlaps communications from other subscriber units and noise-related signals in both frequency and time.

The use of the same frequency spectrum by a plurality of subscriber units increases the efficiency of the system. However, it also causes a gradual degradation of the performance of the system as the number of users increase. Each subscriber unit detects communication signals with its unique spreading code as valid signals and all other signals are viewed as noise. The stronger the signal from a subscriber unit arrives at the base station, the more interference the base station experiences when receiving and demodulating signals from other subscriber units. Ultimately, the power from one subscriber unit may be great enough to terminate communications of other subscriber units. Accordingly, it is extremely important in wireless CDMA communication systems to control the transmission power of all subscriber units. This is best accomplished by using a closed loop power control algorithm once a communication link is established. A detailed explanation of such a closed loop algorithm is disclosed in U.S. Patent Application entitled Code Division Multiple Access (CDMA) System and Method filed concurrently herewith, which is incorporated by reference as if fully set forth.

The control of transmission power is particularly critical when a subscriber unit is attempting to initiate communications with a base station and a power control loop has not yet been established. Typically, the transmission power required from a subscriber unit changes continuously as a function of the propagation loss, interference from other subscribers, channel noise, fading and other channel characteristics. Therefore, a subscriber unit does not know the power level at which it should start transmitting. If the subscriber unit begins transmitting at a power level that is too high, it may interfere with the communications of other subscriber units and may even terminate the communications of other subscriber units. If the initial transmission power level is too low, the subscriber unit will not be detected by the base station and a communication link will not be established.

There are many methods for controlling transmission power in a CDMA communication system. For example, U.S. Pat. No. 5,056,109 (Gilhousen et al.) discloses a transmission power control system wherein the transmission power of the subscriber unit is based upon periodic signal measurements from both the subscriber unit and the base station. The base station transmits a pilot signal to all subscriber units which analyze the received pilot signal, estimate the power loss in the transmitted signal and adjust their transmission power accordingly. Each subscriber unit includes a non-linear loss output filter which prevents sudden increases in power which would cause interference to other subscriber units. This method is too complex to permit a base station to quickly acquire a subscriber unit while limiting the interference to other subscriber units. In addi-

US 7,190,966 B2

3

tion, the propagation losses, interference and noise levels experienced in a forward link (transmission from the base station to a subscriber unit) is often not the same as in a reverse link (transmission from a subscriber unit to the base station). Reverse link power estimates based on forward link losses are not precise.

Many other types of prior art transmission power control systems require complex control signaling between communicating units or preselected transmission values to control transmission power. These power control techniques are inflexible and often impractical to implement.

Accordingly, there is a need for an efficient method of controlling the initial ramp-up of transmission power by subscriber units in a wireless CDMA communication system.

SUMMARY OF THE INVENTION

The present invention comprises a novel method of controlling transmission power during the establishment of a channel in a CDMA communication system by utilizing the transmission of a short code from a subscriber unit to a base station during initial power ramp-up. The short code is a sequence for detection by the base station which has a much shorter period than a conventional spreading code. The ramp-up starts from a power level that is guaranteed to be lower than the required power level for detection by the base station. The subscriber unit quickly increases transmission power while repeatedly transmitting the short code until the signal is detected by the base station. Once the base station detects the short code, it sends an indication to the subscriber unit to cease increasing transmission power. The use of short codes limits power overshoot and interference to other subscriber stations and permits the base station to quickly synchronize to the spreading code used by the subscriber unit.

Accordingly, it is an object of the present invention to provide an improved technique for controlling power ramp-up during establishment of a communication channel between a CDMA subscriber unit and base station.

Other objects and advantages of the present invention will become apparent after reading the description of a presently preferred embodiment.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic overview of a code division multiple access communication system in accordance with the present invention;

FIG. 2 is a diagram showing the operating range of a base station;

FIG. 3 is a timing diagram of communication signals between a base station and a subscriber unit;

FIG. 4 is a flow diagram of the establishment of a communication channel between a base station and a subscriber unit;

FIG. 5 is a graph of the transmission power output from a subscriber unit;

FIGS. 6A and 6B are flow diagrams of the establishment of a communication channel between a base station and a subscriber unit in accordance with the preferred embodiment of the present invention using short codes;

FIG. 7 is a graph of the transmission power output from a subscriber unit using short codes;

FIG. 8 shows the adaptive selection of short codes;

FIG. 9 is a block diagram of a base station in accordance with the present invention;

4

FIG. 10 is a block diagram of the subscriber unit in accordance with the present invention; and

FIGS. 11A and 11B are flow diagrams of the ramp-up procedure implemented in accordance with the present invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The preferred embodiment will be described with reference to the drawing figures where identical numerals represent similar elements throughout.

A communication network 10 embodying the present invention is shown in FIG. 1. The communication network 10 generally comprises one or more base stations 14, each of which is in wireless communication with a plurality of subscriber units 16, which may be fixed or mobile. Each subscriber unit 16 communicates with either the closest base station 14 or the base station 14 which provides the strongest communication signal. The base stations 14 also communicate with a base station controller 20, which coordinates communications among base stations 14. The communication network 10 may also be connected to a public switched telephone network (PSTN) 22, wherein the base station controller 20 also coordinates communications between the base stations 14 and the PSTN 22. Preferably, each base station 14 communicates with the base station controller 20 over a wireless link, although a land line may also be provided. A land line is particularly applicable when a base station 14 is in close proximity to the base station controller 20.

The base station controller 20 performs several functions. Primarily, the base station controller 20 provides all of the operations, administrative and maintenance (OA&M) signaling associated with establishing and maintaining all of the wireless communications between the subscriber units 16, the base stations 14, and the base station controller 20. The base station controller 20 also provides an interface between the wireless communication system 10 and the PSTN 22. This interface includes multiplexing and demultiplexing of the communication signals that enter and leave the system 10 via the base station controller 20. Although the wireless communication system 10 is shown employing antennas to transmit RF signals, one skilled in the art should recognize that communications may be accomplished via microwave or satellite uplinks. Additionally, the functions of the base station controller 20 may be combined with a base station 14 to form a "master base station".

Referring to FIG. 2, the propagation of signals between a base station 14 and a plurality of subscriber units 16 is shown. A two-way communication channel (link) 18 comprises a signal transmitted 21 (Tx) from the base station 14 to the subscriber unit 16 and a signal received 23 (Rx) by the base station 14 from the subscriber unit 16. The Tx signal 21 is transmitted from the base station 14 and is received by the subscriber unit 16 after a propagation delay Δt. Similarly, the Rx signal originates at the subscriber unit 16 and terminates at the base station 14 after a further propagation delay Δt. Accordingly, the round trip propagation delay is 2Δt. In the preferred embodiment, the base station 14 has an operating range of approximately 30 kilometers. The round trip propagation delay 24 associated with a subscriber unit 16 at the maximum operating range is 200 microseconds.

It should be apparent to those of skill in the art that the establishment of a communication channel between a base station and a subscriber unit is a complex procedure involving many tasks performed by the base station and the

US 7,190,966 B2

5

subscriber unit which are outside the scope of the present invention. The present invention is directed to initial power ramp-up and synchronization during the establishment of a communication channel.

Referring to FIG. 3, the signaling between a base station 14 and a subscriber unit 16 is shown. In accordance with the present invention, the base station 14 contiguously transmits a pilot code 40 to all of the subscriber units 16 located within the transmitting range of the base station 14. The pilot code 40 is a spreading code which carries no data bits. The pilot code 40 is used for subscriber unit 16 acquisition and synchronization, as well as for determining the parameters of the adaptive matched filter used in the receiver.

The subscriber unit 16 must acquire the pilot code 40 transmitted by the base station 14 before it can receive or transmit any data. Acquisition is the process whereby the subscriber unit 16 aligns its locally generated spreading code with the received pilot code 40. The subscriber unit 16 searches through all of the possible phases of the received pilot code 40 until it detects the correct phase, (the beginning of the pilot code 40).

The subscriber unit 16 then synchronizes its transmit spreading code to the received pilot code 40 by aligning the beginning of its transmit spreading code to the beginning of the pilot code 40. One implication of this receive and transmit synchronization is that the subscriber unit 16 introduces no additional delay as far as the phase of the spreading codes are concerned. Accordingly, as shown in FIG. 3, the relative delay between the pilot code 40 transmitted from the base station 14 and the subscriber unit's transmit spreading code 42 received at the base station 14 is $2\Delta t$, which is solely due to the round trip propagation delay.

In the preferred embodiment, the pilot code is 29,877,120 chips in length and takes approximately 2 to 5 seconds to transmit, depending on the spreading factor. The length of the pilot code 40 was chosen to be a multiple of the data symbol no matter what kind of data rate or bandwidth is used. As is well known by those of skill in the art, a longer pilot code 40 has better randomness properties and the frequency response of the pilot code 40 is more uniform. Additionally, a longer pilot code 40 provides low channel cross correlation, thus increasing the capacity of the system 10 to support more subscriber units 16 with less interference. The use of a long pilot code 40 also supports a greater number of random short codes. For synchronization purposes, the pilot code 40 is chosen to have the same period as all of the other spreading codes used by the system 10. Thus, once a subscriber unit 16 acquires the pilot code 40, it is synchronized to all other signals transmitted from the base station 14.

During idle periods, when a call is not in progress or pending, the subscriber unit 16 remains synchronized to the base station 14 by periodically reacquiring the pilot code 40. This is necessary for the subscriber unit 16 to receive and demodulate any downlink transmissions, in particular paging messages which indicate incoming calls.

When a communication link is desired, the base station 14 must acquire the signal transmitted from the subscriber unit 16 before it can demodulate the data. The subscriber unit 16 must transmit an uplink signal for acquisition by the base station 14 to begin establishing the two-way communication link. A critical parameter in this procedure is the transmission power level of the subscriber unit 16. A transmission power level that is too high can impair communications in the whole service area, whereas a transmission power level that is too low can prevent the base station 14 from detecting the uplink signal.

6

In a first embodiment of the present invention the subscriber unit 16 starts transmitting at a power level guaranteed to be lower than what is required and increases transmission power output until the correct power level is achieved. This avoids sudden introduction of a strong interference, hence improving system 10 capacity.

The establishment of a communication channel in accordance with the present invention and the tasks performed by the base station 14 and a subscriber unit 16 are shown in FIG. 4. Although many subscriber units 16 may be located within the operating range of the base station 14, reference will be made hereinafter to a single subscriber unit 16 for simplicity in explaining the operation of the present invention.

The base station 14 begins by continuously transmitting a periodic pilot code 40 to all subscriber units 16 located within the operating range of the base station 14 (step 100). As the base station 14 transmits the pilot code 40 (step 100), the base station 14 searches (step 101) for an "access code" 42 transmitted by a subscriber unit 16. The access code 42 is a known spreading code transmitted from a subscriber unit 16 to the base station 14 during initiation of communications and power ramp-up. The base station 14 must search through all possible phases of the access code 42 transmitted from the subscriber unit 16 in order to find the correct phase. This is called the "acquisition" or the "detection" process (step 101). The longer the access code 42, the longer it takes for the base station 14 to search through the phases and acquire the correct phase.

As previously explained, the relative delay between signals transmitted from the base station 14 and return signals received at the base station 14 corresponds to the round trip propagation delay $2\Delta t$. The maximum delay occurs at the maximum operating range of the base station 14, known as the cell boundary. Accordingly, the base station 14 must search up to as many code phases as there are in the maximum round trip propagation delay, which is typically less code phases than there are in a code period.

For a data rate Rb and spreading code rate Rc, the ratio $L=Rc/Rb$ is called the spreading factor or the processing gain. In the preferred embodiment of the present invention, the cell boundary radius is 30 km, which corresponds to approximately between 1000 and 2500 code phases in the maximum round trip delay, depending on the processing gain.

If the base station 14 has not detected the access code after searching through the code phases corresponding to the maximum round trip delay the search is repeated starting from the phase of the pilot code 40 which corresponds to zero delay (step 102).

During idle periods, the pilot code 40 from the base station 14 is received at the subscriber unit 16 which periodically synchronizes its transmit spreading code generator thereto (step 103). If synchronization with the pilot code 40 is lost, the subscriber unit 16 reacquires the pilot code 40 and resynchronizes (step 104).

When it is desired to initiate a communication link, the subscriber unit 16 starts transmitting the access code 42 back to the base station 14 (step 106). The subscriber unit 16 continuously increases the transmission power while retransmitting the access code 42 (step 108) until it receives an acknowledgment from the base station 14. The base station 14 detects the access code 42 at the correct phase once the minimum power level for reception has been achieved (step 110). The base station 14 subsequently transmits an access code detection acknowledgment signal (step 112) to the subscriber unit 16. Upon receiving the acknowl-

US 7,190,966 B2

7

edgment, the subscriber unit ceases the transmission power increase (step 114). With the power ramp-up completed, closed loop power control and call setup signaling is performed (step 116) to establish the two-way communication link.

Although this embodiment limits subscriber unit 16 transmission power, acquisition of the subscriber unit 16 by the base station 14 in this manner may lead to unnecessary power overshoot from the subscriber unit 16, thereby reducing the performance of the system 10.

The transmission power output profile of the subscriber unit 16 is shown in FIG. 5. At $t_0$, the subscriber unit 16 starts transmitting at the starting transmission power level $P_0$, which is a power level guaranteed to be less than the power level required for detection by the base station 14. The subscriber unit 16 continually increases the transmission power level until it receives the detection indication from the base station 14. For the base station 14 to properly detect the access code 42 from the subscriber unit 16 the access code 42 must: 1) be received at a sufficient power level; and 2) be detected at the proper phase. Accordingly, referring to FIG. 5, although the access code 42 is at a sufficient power level for detection by the base station 14 at $t_p$, the base station 14 must continue searching for the correct phase of the access code 42 which occurs at $t_4$.

Since the subscriber unit 16 continues to increase the output transmission power level until it receives the detection indication from the base station 14, the transmission power of the access code 42 exceeds the power level required for detection by the base station 14. This causes unnecessary interference to all other subscriber units 16. If the power overshoot is too large, the interference to other subscriber units 16 may be so severe as to terminate ongoing communications of other subscriber units 16.

The rate that the subscriber unit 16 increases transmission power to avoid overshoot may be reduced, however, this results in a longer call setup time. Those of skill in the art would appreciate that adaptive ramp-up rates can also be used, yet these rates have shortcomings and will not appreciably eliminate power overshoot in all situations.

The preferred embodiment of the present invention utilizes "short codes" and a two-stage communication link establishment procedure to achieve fast power ramp-up without large power overshoots. The spreading code transmitted by the subscriber unit 16 is much shorter than the rest of the spreading codes (hence the term short code), so that the number of phases is limited and the base station 14 can quickly search through the code. The short code used for this purpose carries no data.

The tasks performed by the base station 14 and the subscriber unit 16 to establish a communication channel using short codes in accordance with the preferred embodiment of the present invention are shown in FIGS. 6A and 6B. During idle periods, the base station 14 periodically and continuously transmits the pilot code to all subscriber units 16 located within the operating range of the base station 14 (step 150). The base station 14 also continuously searches for a short code transmitted by the subscriber unit 16 (step 152). The subscriber unit 16 acquires the pilot code and synchronizes its transmit spreading code generator to the pilot code (step 154). The subscriber unit 16 also periodically checks to ensure it is synchronized. If synchronization is lost, the subscriber unit 16 reacquires the pilot signal transmitted by the base station 14 (step 156).

When a communication link is desired, the subscriber unit 16 starts transmitting a short code at the minimum power level $P_0$ (step 158) and continuously increases the transmis-

8

sion power level while retransmitting the short code (step 160) until it receives an acknowledgment from the base station 14 that the short code has been detected by the base station 14.

The access code in the preferred embodiment, as previously described herein, is approximately 30 million chips in length. However, the short code is much smaller. The short code can be chosen to be any length that is sufficiently short to permit quick detection. There is an advantage in choosing a short code length such that it divides the access code period evenly. For the access code described herein, the short code is preferably chosen to be 32, 64 or 128 chips in length. Alternatively, the short code may be as short as one symbol length, as will be described in detail hereinafter.

Since the start of the short code and the start of the access code are synchronized, once the base station 14 acquires the short code, the base station 14 knows that the corresponding phase of the access code is an integer multiple of N chips from the phase of the short code where N is the length of the short code. Accordingly, the base station 14 does not have to search all possible phases corresponding to the maximum round trip propagation delay.

Using the short code, the correct phase for detection by the base station 14 occurs much more frequently. When the minimum power level for reception has been achieved, the short code is quickly detected (step 162) and the transmission power overshoot is limited. The transmission power ramp-up rate may be significantly increased without concern for a large power overshoot. In the preferred embodiment of the present invention, the power ramp-up rate using the short code is 1 dB per millisecond.

The base station 14 subsequently transmits a short code detection indication signal (step 164) to the subscriber unit 16 which enters the second stage of the power ramp-up upon receiving this indication. In this stage, the subscriber unit 16 ceases transmitting the short code (step 166) and starts continuously transmitting a periodic access code (step 166). The subscriber unit 16 continues to ramp-up its transmission power while transmitting the access code, however the ramp-up rate is now much lower than the previous ramp-up rate used with the short code (step 168). The ramp-up rate with the access code is preferably 0.05 dB per millisecond. The slow ramp-up avoids losing synchronization with the base station 14 due to small changes in channel propagation characteristics.

At this point, the base station 14 has detected the short code at the proper phase and power level (step 162). The base station 14 must now synchronize to the access code which is the same length as all other spreading codes and much longer than the short code. Utilizing the short code, the base station 14 is able to detect the proper phase of the access code much more quickly. The base station 14 begins searching for the proper phase of the access code (step 170). However, since the start of the access code is synchronized with the start of the short code, the base station 14 is only required to search every N chips; where N=the length of the short code. In summary, the base station 14 quickly acquires the access code of the proper phase and power level by: 1) detecting the short code; and 2) determining the proper phase of the access code by searching every N chips of the access code from the beginning of the short code.

If the proper phase of the access code has not been detected after searching the number of phases in the maximum round trip delay the base station 14 restarts the search for the access code by searching every chip instead of every N chips (step 172). When the proper phase of the access code has been detected (step 174) the base station 14

9

transmits an access code detection acknowledgment (step 176) to the subscriber unit 16 which ceases the transmission power increase (step 178) upon receiving this acknowledgment. With the power ramp-up completed, closed loop power control and call setup signaling is performed (step 180) to establish the two-way communication link.

Referring to FIG. 7, although the starting power level $P_0$ is the same as in the prior embodiment, the subscriber unit 16 may ramp-up the transmission power level at a much higher rate by using a short code. The short code is quickly detected after the transmission power level surpasses the minimum detection level, thus minimizing the amount of transmission power overshoot.

Although the same short code may be reused by the subscriber unit 16, in the preferred embodiment of the present invention the short codes are dynamically selected and updated in accordance with the following procedure. Referring to FIG. 8, the period of the short code is equal to one symbol length and the start of each period is aligned with a symbol boundary. The short codes are generated from a regular length spreading code. A symbol length portion from the beginning of the spreading code is stored and used as the short code for the next 3 milliseconds. Every 3 milliseconds, a new symbol length portion of the spreading code replaces the old short code. Since the spreading code period is an integer multiple of 3 milliseconds, the same short codes are repeated once every period of the spreading code.

Periodic updating of the short code averages the interference created by the short code over the entire spectrum. A detailed description of the selection and updating of the short codes is outside the scope of this invention. However, such a detailed description is disclosed in the related application U.S. Patent Appln. entitled Code Division Multiple Access (CDMA) System and Method.

A block diagram of the base station 14 is shown in FIG. 9. Briefly described, the base station 14 comprises a receiver section 50, a transmitter section 52 and a diplexer 54. An RF receiver 56 receives and down-converts the RF signal received from the diplexer 54. The receive spreading code generator 58 outputs a spreading code to both the data receiver 60 and the code detector 62. In the data receiver 60, the spreading code is correlated with the baseband signal to extract the data signal which is forwarded for further processing. The received baseband signal is also forwarded to the code detector 62 which detects the access code or the short code from the subscriber unit 16 and adjusts the timing of the spreading code generator 58 to establish a communication channel 18.

In the transmitter section 52 of the base station 14, the transmit spreading code generator 64 outputs a spreading code to the data transmitter 66 and the pilot code transmitter 68. The pilot code transmitter 68 continuously transmits the periodic pilot code. The data transmitter 66 transmits the short code detection indication and access code detect acknowledgment after the code detector 62 has detected the short code or the access code respectively. The data transmitter also sends other message and data signals. The signals from the data transmitter 66 and the pilot code transmitter 68 are combined and up-converted by the RF transmitter 70 for transmission to the subscriber units 16.

A block diagram of the subscriber unit 16 is shown in FIG. 10. Briefly described, the subscriber unit 16 comprises a receiver section 72, a transmitter section 74 and a diplexer 84. An RF receiver 76 receives and down-converts the RF signal received from the diplexer 84. A pilot code detector 80 correlates the spreading code with the baseband signal to

10

acquire the pilot code transmitted by the base station 14. In this manner, the pilot code detector 80 maintains synchronization with the pilot code. The receiver spreading code generator 82 generates and outputs a spreading code to the data receiver 78 and the pilot code detector 80. The data receiver 78 correlates the spreading code with the baseband signal to process the short code detect indication and the access code detect acknowledgment transmitted by the base station 14.

The transmitter section 74 comprises a spreading code generator 86 which generates and outputs spreading codes to a data transmitter 88 and a short code and access code transmitter 90. The short code and access code transmitter 90 transmits these codes at different stages of the power ramp-up procedure as hereinbefore described. The signals output by the data transmitter 88 and the short code and access code transmitter 90 are combined and up-converted by the RF transmitter 92 for transmission to the base station 14. The timing of the receiver spreading code generator 82 is adjusted by the pilot code detector 80 through the acquisition process. The receiver and transmitter spreading code generators 82, 86 are also synchronized.

An overview of the ramp-up procedure in accordance with the preferred current invention is summarized in FIGS. 11A and 11B. The base station 14 transmits a pilot code while searching for the access code (step 200). The subscriber unit 16 acquires the pilot code transmitted from the base station 14 (step 202), starts transmitting a short code starting at a minimum power level $P_0$ which is guaranteed to be less than the required power, and quickly increases transmission power (step 204). Once the received power level at the base station 14 reaches the minimum level needed for detection of the short code (step 206) the base station 14 acquires the correct phase of the short code, transmits an indication of this detection, and begins searching for the access code (step 208). Upon receiving the detection indication, the subscriber unit 16 ceases transmitting the short code and starts transmitting an access code. The subscriber unit 16 initiates a slow ramp-up of transmit power while sending the access code (step 210). The base station 14 searches for the correct phase of the access code by searching only one phase out of each short code length portion of the access code (step 212). If the base station 14 searches the phases of the access code up to the maximum round trip delay and has not detected the correct phase, the search is repeated by searching every phase (step 214). Upon detection of the correct phase of the access code by the base station 14, the base station 14 sends an acknowledgment to the subscriber unit 16 (step 216). Reception of the acknowledgment by the subscriber unit 16 concludes the ramp-up process. A closed loop power control is established, and the subscriber unit 16 continues the call setup process by sending related call setup messages (step 218).

Although the invention has been described in part by making detailed reference to the preferred embodiment, such detail is intended to be instructive rather than restrictive. It will be appreciated by those skilled in the art that many variations may be made in the structure and mode of operation without departing from the spirit and scope of the invention as disclosed in the teachings herein.

What is claimed is:

1. A wireless code division multiple access (CDMA) subscriber unit comprising:

a transmitter configured such that, when the subscriber unit is first accessing a CDMA network and wants to establish communications with a base station associated with the network over a communication channel to

US 7,190,966 B2

11

be indicated by the base station, the transmitter successively transmits signals until the subscriber unit receives from the base station an indication that a transmitted one of the signals has been detected by the base station, wherein each transmission of one of the signals by the transmitter is at an increased power level with respect to a prior transmission of one of the signals;

the transmitter further configured such that the transmitter transmits to the base station a message indicating to the base station that the subscriber unit wants to establish the communications with the base station over the communication channel to be indicated by the base station, the message being transmitted only subsequent to the subscriber unit receiving the indication,

wherein each of the successively transmitted signals and the message are generated using a same code; and

wherein each of the successively transmitted signals is shorter than the message.

2. The subscriber unit of claim 1 wherein all of the transmitted signals are different.

3. The subscriber unit of claim 1 wherein some of the transmitted signals are different.

4. The subscriber unit of claim 1 wherein all of the transmitted signals are the same.

5. The subscriber unit of claim 1 wherein the same code is a spreading code.

12

6. The subscriber unit of claim 1 wherein the successive transmission of signals by the transmitter facilitates power control when the subscriber unit is first accessing the network.

7. The subscriber unit of claim 1 wherein each of the transmitted signals is generated from a respective portion of a chip sequence.

8. The subscriber unit of claim 1 wherein the transmitter is further configured to transmit the signals such that there is a uniform decibel power level increase between the successively transmitted signals.

9. The subscriber unit of claim 1 wherein the communication channel is indicated by the base station in response to the message.

10. The subscriber unit of claim 1 wherein the message is a call setup message.

11. The subscriber unit of claim 1 wherein the transmitter is further configured such that, subsequent to the subscriber unit receiving the indication, the transmitter transmits a message uniquely identifying the subscriber unit to the base station.

12. The subscriber unit of claim 1 wherein the transmitter is further configured such that, subsequent to the subscriber unit receiving the indication, the transmitter transmits pilot bits to the base station.

* * * * *

# EXHIBIT  E



US007286847B2

(12) **United States Patent**
Ozluturk et al.

(10) Patent No.: **US 7,286,847 B2**
(45) Date of Patent: *Oct. 23, 2007

(54) **METHOD AND APPARATUS FOR PERFORMING AN ACCESS PROCEDURE**

(75) Inventors: **Fatih Ozluturk**, Port Washington, NY (US); **Gary R. Lomp**, Centerport, NY (US)

(73) Assignee: **InterDigital Technology Corporation**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 162 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/169,425**

(22) Filed: **Jun. 29, 2005**

(65) **Prior Publication Data**

US 2005/0254478 A1     Nov. 17, 2005

**Related U.S. Application Data**

(63) Continuation of application No. 10/866,851, filed on Jun. 14, 2004, now Pat. No. 7,117,004, which is a continuation of application No. 10/400,343, filed on Mar. 26, 2003, now Pat. No. 6,839,567, which is a continuation of application No. 10/086,320, filed on Mar. 1, 2002, now Pat. No. 6,571,105, which is a continuation of application No. 09/721,034, filed on Nov. 22, 2000, now Pat. No. 6,493,563, which is a continuation of application No. 09/003,104, filed on Jan. 6, 1998, now Pat. No. 6,181,949, which is a continuation of application No. 08/670,162, filed on Jun. 27, 1996, now Pat. No. 5,841,768.

(51) **Int. Cl.**
H04B 7/00     (2006.01)
H04B 7/216    (2006.01)
H04B 1/00     (2006.01)

(52) **U.S. Cl.** ........................ 455/522; 455/69; 455/517; 455/313; 370/335; 370/342; 375/145; 375/146

(58) **Field of Classification Search** ................ 370/335, 370/342, 441, 310, 321, 329, 330, 336, 337, 370/345, 347, 350, 311, 474; 455/522, 69, 455/67.11, 226.1, 313–334, 517; 375/145, 375/146, 140, 147, 354, 356, 365
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,811,421 A     3/1989 Havel et al.

(Continued)

FOREIGN PATENT DOCUMENTS

EP     0565507     10/1993

(Continued)

OTHER PUBLICATIONS

Rick et al., "Noncoherent Parallel Acquisition in CDMA Spread Spectrum Systems," IEEE International Conference on New Orleans LA, USA, May 1-5, 1994, New York, NY, USA, IEEE, pp. 1422-1426.

(Continued)

*Primary Examiner*—Lana N. Le
(74) *Attorney, Agent, or Firm*—Volpe & Koenig, P.C.

(57) **ABSTRACT**

A base station for controlling transmission power during the establishment of a communication channel utilizes the reception of a short code during initial power ramp-up. The short code is a sequence for detection by the base station which has a much shorter period than a conventional access code. The ramp-up starts from a power level that is lower than the required power level for detection by the base station. The power of the short code is quickly increased until the signal is detected by the base station. Once the base station detects the short code, it transmits an indication that the short code has been detected.

**11 Claims, 11 Drawing Sheets**



# US 7,286,847 B2
Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,022,049 A | 6/1991 | Abrahamson et al. |
| 5,056,109 A | 10/1991 | Gilhousen et al. |
| 5,113,525 A | 5/1992 | Andoh |
| 5,159,283 A | 10/1992 | Jensen |
| 5,235,614 A | 8/1993 | Bruckert et al. |
| 5,257,283 A | 10/1993 | Gilhousen et al. |
| 5,265,119 A | 11/1993 | Gilhousen et al. |
| 5,267,262 A | 11/1993 | Wheatley, III |
| 5,297,162 A | 3/1994 | Lee et al. |
| 5,309,474 A | 5/1994 | Gilhousen et al. |
| 5,327,455 A | 7/1994 | De Gaudenzi et al. |
| 5,347,536 A | 9/1994 | Meehan |
| 5,353,302 A | 10/1994 | Bi |
| 5,353,352 A | 10/1994 | Dent et al. |
| 5,373,502 A | 12/1994 | Turban |
| 5,377,183 A | 12/1994 | Dent |
| 5,410,568 A * | 4/1995 | Schilling .................. 370/342 |
| 5,414,728 A | 5/1995 | Zehavi |
| 5,430,760 A * | 7/1995 | Dent ...................... 375/144 |
| 5,442,625 A | 8/1995 | Gitlin et al. |
| 5,442,662 A | 8/1995 | Fukasawa et al. |
| 5,446,756 A | 8/1995 | Mallinckrodt |
| 5,490,165 A | 2/1996 | Blakeney et al. |
| 5,528,593 A | 6/1996 | English et al. |
| 5,528,623 A | 6/1996 | Foster et al. |
| 5,594,718 A | 1/1997 | Weaver, Jr. et al. |
| 5,748,687 A | 5/1998 | Ozluturk |
| 5,790,959 A | 8/1998 | Scherer |
| 5,796,776 A | 8/1998 | Lomp et al. |
| 5,799,010 A | 8/1998 | Ozluturk et al. |
| 5,828,662 A | 10/1998 | Jalali et al. |
| 5,841,768 A | 11/1998 | Ozluturk et al. |
| 5,898,902 A * | 4/1999 | Tuzov ...................... 455/69 |
| 5,940,382 A | 8/1999 | Haim |
| 5,991,329 A | 11/1999 | Lomp et al. |
| 5,991,332 A | 11/1999 | Lomp et al. |
| 6,021,122 A | 2/2000 | Tiedemann |
| 6,038,250 A | 3/2000 | Shou et al. |
| 6,049,535 A | 4/2000 | Ozuluturk et al. |
| 6,085,108 A * | 7/2000 | Knutsson et al. ......... 455/522 |
| 6,157,619 A | 12/2000 | Ozluturk et al. |
| 6,181,949 B1 | 1/2001 | Ozluturk et al. |
| 6,205,167 B1 * | 3/2001 | Kamgar et al. ............ 375/140 |
| 6,212,174 B1 | 4/2001 | Ozluturk et al. |
| 6,215,778 B1 | 4/2001 | Ozluturk et al. |
| 6,229,843 B1 | 5/2001 | Lomp et al. |
| 6,263,010 B1 | 7/2001 | Naruse et al. |
| 6,272,168 B1 | 8/2001 | Lomp et al. |
| 6,404,760 B1 | 6/2002 | Holtzman et al. |
| 6,456,608 B1 | 9/2002 | Lomp |
| 6,480,523 B1 | 11/2002 | Kondo |
| 6,490,462 B2 | 12/2002 | Ozluturk et al. |
| 6,493,563 B1 | 12/2002 | Ozluturk et al. |
| 6,507,745 B2 | 1/2003 | Ozluturk et al. |
| 6,519,474 B2 | 2/2003 | Ozluturk et al. |
| 6,571,105 B2 | 5/2003 | Ozluturk et al. |
| 6,577,876 B2 | 6/2003 | Ozluturk et al. |
| 6,606,503 B2 | 8/2003 | Ozluturk et al. |
| 6,633,600 B2 | 10/2003 | Lomp et al. |
| 6,674,788 B2 | 1/2004 | Lomp et al. |
| 6,674,791 B2 * | 1/2004 | Lomp et al. ............... 375/146 |
| 6,697,350 B2 | 2/2004 | Lomp |
| 6,707,805 B2 | 3/2004 | Ozluturk et al. |
| 6,721,301 B2 | 4/2004 | Ozluturk et al. |
| 6,760,366 B1 * | 7/2004 | Wheatley et al. ........... 370/341 |
| 6,778,840 B2 | 8/2004 | Ozluturk et al. |
| 6,788,662 B2 | 9/2004 | Ozluturk et al. |
| 6,788,685 B1 * | 9/2004 | Holtzman et al. ........... 455/69 |
| 6,801,516 B1 | 10/2004 | Lomp et al. |
| 6,816,473 B2 | 11/2004 | Ozluturk et al. |
| 6,831,905 B1 | 12/2004 | Lomp et al. |
| 6,839,567 B2 | 1/2005 | Ozluturk et al. |
| 6,879,841 B2 | 4/2005 | Ozluturk et al. |
| 6,885,652 B1 | 4/2005 | Ozukturk et al. |
| 6,904,294 B2 | 6/2005 | Ozluturk et al. |
| 6,940,840 B2 | 9/2005 | Ozluturk et al. |
| 6,965,586 B1 | 11/2005 | Maruyama |
| 6,983,009 B2 * | 1/2006 | Lomp ...................... 375/140 |
| 6,985,467 B2 | 1/2006 | Lomp et al. |
| 6,993,001 B1 | 1/2006 | Ozluturk et al. |
| 7,020,111 B2 | 3/2006 | Ozluturk et al. |
| 7,072,380 B2 | 7/2006 | Ozluturk et al. |
| 7,085,583 B2 | 8/2006 | Ozluturk et al. |
| 7,113,793 B2 * | 9/2006 | Veerasamy et al. ......... 375/140 |
| 7,117,004 B2 | 10/2006 | Ozluturk et al. |
| 7,123,600 B2 | 10/2006 | Ozluturk et al. |
| 7,126,930 B2 | 10/2006 | Pankaj et al. |
| 2002/0036998 A1 | 3/2002 | Lomp |
| 2002/0051434 A1 | 5/2002 | Ozluturk et al. |
| 2002/0057659 A1 | 5/2002 | Ozluturk et al. |
| 2003/0013447 A1 | 1/2003 | Persson et al. |
| 2003/0069007 A1 | 4/2003 | Rajaram et al. |
| 2004/0252668 A1 | 12/2004 | Ozluturk et al. |
| 2005/0094604 A1 | 5/2005 | Ozluturk et al. |
| 2005/0157679 A1 * | 7/2005 | Dulin et al. .............. 370/330 |
| 2005/0243897 A1 | 11/2005 | Ozluturk et al. |
| 2005/0249165 A1 | 11/2005 | Ozluturk et al. |
| 2005/0249166 A1 | 11/2005 | Ozluturk et al. |
| 2005/0254478 A1 | 11/2005 | Ozluturk et al. |
| 2005/0265430 A1 | 12/2005 | Ozluturk et al. |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 02256331 | 10/1990 |
| WO | 9702665 | 1/1997 |

## OTHER PUBLICATIONS

TIA/EIA/IS-95-A, "Mobile Station-Base Station Compatibility Standard for Dual-Mode Wideband Spread Spectrum Cellular System", TIA/EIA Interim Standard, Telecommunications Industry Association, May 1995.

Ejzak et al., "Wideband Spread Spectrum Digital Technologies Standards", Telecommunications Industry Association Subcommittee TR-45.5, May 5, 1997.

I et al., "Performance of Multi-Code CDMA Wireless Personal Communications Networks", IEEE, 1995, pp. 907-911.

Krzymien et al., "Rapid Acquisition for Synchronization of Bursty Transmissions in CDMA Microcellular and Personal Wireless Systems", IEEE Journal on Selected Areas in Communications, vol. 14, No. 3, Apr. 1996, pp. 570-579.

Ejzak et al., "Wideband Spread Spectrum Digital Technologies Standards", Telecommunications Industry Association, Subcommittee TR-45.5, Apr. 14, 1997.

"Summary of Multi-Channel Signaling Protocol", Phase 1C Service Definition, Lucent Technologies Presentation, Apr. 6, 1997, pp. 1-19.

"Summary of Multi-Channel Signaling Protocol", Phase 1C Service Definition, Lucent Technologies Presentation, Apr. 6, 1997, pp. 1-21.

Knisely, "Lucent Technologies Air Interface Proposal for CDMA High Speed Data Service", Telecommunications Industry Association Subcommittee TR-45.5—Wideband Spread Spectrum Digital Technologies Standards, Working Group III—Physical Layer, Feb. 24, 1997.

Kumar et al., "An Access Scheme for High Speed Packet Data Service on IS-95 Based CDMA", Bell Labs Lucent Technologies, Feb. 11, 1997.

Lucent Presentation, Lucent Technologies, Feb. 21, 1997, pp. 1-24.

# US 7,286,847 B2

Page 3

"Packet Data Service Option Standard for Wideband Spread Spectrum Systems", TIA/EIA Interim Standard, TIA/EIA/IS-657, Jul. 1996.

I et al., "Multi-Code CDMA Wireless Personal Communications Networks", IEEE, 1995, pp. 1060-1064.

I et al., "Load and Interference Based Demand Assignment (LIDA), for Integrated Services in CDMA Wireless Systems", IEEE, 1996, pp. 235-241.

Yang, Network Wireless Systems Offer Business Unit (NWS OBU) Feature Definition Document for Code Division Multiple Access (CDMA) Packet Mode Data Services, CDMA Packet Mode Data Services, FDD-1444, Nov. 26, 1996.

Budka et al, "Cellular Digital Packet Data Networks", Bell Labs Technical Journal, Summer 1997, pp. 164-181.

Liu et al., "Channel Access and Interference Issues in Multi-Code DS-CDMA Wireless Packet (ATM) Networks".

I et al., "Variable Spreading Gain CDMA with Adaptive Control for True Packet Switching Wireless Network", IEEE, 1995, pp. 725-730.

"Data Service Options for Wideband Spread Spectrum Systems: Introduction", TR 45, Mar. 20, 1997 (Content Revision 1).

Azad et al., "Multirate Spread Spectrum Direct Sequence CDMA Techniques", The Institution of Electrical Engineers, 1994, pp. 4/1-4/5.

Rick et al., "Noncoherent Parallel Acquisition in CDMA Spread Spectrum Systems", IEEE International Conference on New Orleans LA, USA, May 1-5, 1994, New York, NY, USA, IEEE, pp. 1422-1426.

TIA/EIA/IS-95-A, "Mobile Station-Base Station Compatibility Standard for Dual-Mode Wideband Spread Spectrum Cellular System", TIA/EIA Interim Standard, Telecommunications Industry Association, May 1995.

Ejzak et al., "Wideband Spread Spectrum Digital Technologies Standards", Telecommunications Industry Association Subcommittee TR-45.5, May 5, 1997.

I et al., "Performance on Multi-Code CDMA Wireless Personal Communications Networks", IEEE, 1995, pp. 907-911.

Krzymien et al., "Rapid Acquisition Algorithms for Synchronization of Bursty Transmissions in CDMA Microcellular and Personal Wireless Systems", IEEE Journal on Selected Areas in Communications, vol. 14, No. 3, Apr. 1996, pp. 570-579.

Ejzak et al., "Wideband Spread Spectrum Digital Technologies Standards", Telecommunications Industry Association, Subcommittee TR-45.5, Apr. 14, 1997.

"Summary of Multi-Channel Signaling Protocol", Phase 1C Service Definition, Lucent Technologies Presentation, Apr. 6, 1997, pp. 1-19.

"Summary of Multi-Channel Signaling Protocol", Phase 1C Service Definition, Lucent Technologies Presentation, Apr. 6, 1997, pp. 1-21.

Knisely, "Lucent Technologies Air Interface Proposal for CDMA High Speed Data Service", Telecommunications industry Association Subcommittee TR-45.5 - Wideband Spread Spectrum Digital Technologies Standards, Working Group III - Physical Layer, Feb. 24, 1997.

Kumar et al., "An Access Scheme for High Speed Packet Data Service in IS-95 Based CDMA", Bell Labs Lucent Technologies, Feb. 11, 1997.

"Packet Data Service Option Standard for Wideband Spread Spectrum Systems", TIA/EIA Interim Standard, TIA/EIA/IS-657, Jul. 1996.

I et al., "Multi-Code CDMA Wireless Personal Communications Networks", IEEE, 1995, pp. 1060-1064.

I et al., "Load and Interference Based Demand Assignment (LIDA), for Integrated Services in CDMA Wireless Systems", IEEE, 1996, pp. 235-241.

Yang, Network Wireless Systems Offer Business Unit (NWS OBU) Feature Definition Document for Code Division Multiple Access (CDMA) Packet Mode Data Services, CDMA PAcket Mode Data Services, FDD-1444, Nov. 26, 1996.

Budka et al, "Cellular Digital Packet Data Networks", Bell Labs Technical Journal, Summer 1997, pp. 164-181.

Liu et al., "Channel Access and Interference Issues in Multi-Code DS-CDMA Wireless Packet (ATM) Networks", 1996, (pp. 173-193).

I et al., "Variable Spreading Gain CDMA with Adaptive Control for True Packet Switching Wireless Network", IEEE, 1995, pp. 725-730.

"Data Service Options for Wideband Spread Spectrum Systems: Introduction", TR 45, Mar. 20, 1997 (Content Revision 1).

Azad et al., "Multirate Spread Spectrum Direct Sequence CDMA Techniques", The Institution of Electrical Engineers, 1994, pp. 4/1-4/5.

A. Viterbi et al., "Erlang Capacity of a Power Controlled CDMA System," IEEE Journal on Selected Areas in Communications, vol. 11, No., 6, Aug. 1993.

F. Ozluturk et al., "Performances of Acquisitions Schemes for CDMA Systems with Complex Signature Sequences," International Journal of Wireless Information Networks, vol. 2, No. 1, 1995.

F. Ozluturk, "Coherent and noncoherent DS/SSMA communications with complex signature sequences: Error and acquisition performances," University of Massachusetts, 1994.

Public Version Of Respondents Samsung Electronics America, Inc.'s and Samsung Telecommunications America LLC's Response to the Complaint and Notice of Investigation, In the Matter of Certain 3G Wideband Code Division Multiple Access (WCDMA) handsets And Components Thereof, Investigation No. 337-TA-601, May 31, 2007.

* cited by examiner



**FIG. 1**



**FIG. 2**



FIG. 3



*FIG. 4*



**FIG. 5**



**FIG. 7**

BASE STATION                          SUBSCRIBER UNIT

START

CONTINUOUSLY TRANSMIT
PERIODIC PILOT CODE — 150

CONTINUOUSLY SEARCH
FOR SHORT CODE — 152

ACQUIRE THE PILOT CODE
AND REMAIN SYNCHRONIZED — 154

REACQUIRE PILOT IF
SYNCHRONIZATION IS LOST — 156

TO INITIATE A CALL, START
TRANSMITTING SHORT CODE
AT MINIMUM POWER LEVEL
$P_o$ — 158

DETECT SHORT CODE AT
CORRECT PHASE ONCE
SUFFICIENT POWER
IS ACHIEVED — 162

CONTINUOUSLY INCREASE
TRANSMISSION POWER
WHILE TRANSMITTING
SHORT CODE — 160

TRANSMIT SHORT CODE
DETECTION INDICATION — 164

CEASE TRANSMITTING
SHORT CODE, START
TRANSMITTING ACCESS
CODE — 166

START SEARCHING FOR
ACCESS CODE (SEARCH
EVERY N CHIPS, N =
PERIOD OF SHORT CODE) — 170

CONTINUE INCREASING
TRANSMISSION POWER AT
A LOW RATE WHILE
TRANSMITTING ACCESS
CODE — 168

(A)

*FIG. 6A*



FIG. 6B



FIG. 8

FIG. 9



FIG. 10



START

BASE STATION TRANSMITS A PILOT CODE
WHILE SEARCHING FOR THE SHORT CODE — 200

SUBSCRIBER UNIT ACQUIRES THE PILOT CODE
TRANSMITTED FROM THE BASE STATION — 202

SUBSCRIBER UNIT STARTS TRANSMITTING A
SHORT CODE STARTING AT A MINIMUM POWER
LEVEL $P_0$, WHICH IS GUARANTEED TO BE
LESS THAN THE REQUIRED POWER, AND
QUICKLY INCREASES TRANSMISSION POWER — 204

THE RECEIVED POWER LEVEL AT THE BASE
STATION REACHES THE MINIMUM LEVEL
NEEDED FOR DETECTION OF THE SHORT
CODE — 206

BASE STATION ACQUIRES THE CORRECT
PHASE OF THE SHORT CODE, TRANSMITS AN
INDICATION OF THIS DETECTION, AND BEGINS
SEARCHING FOR THE ACCESS CODE — 208

UPON RECEIVING THE DETECTION INDICATION,
THE SUBSCRIBER UNIT CEASES TRANSMITTING
THE SHORT CODE AND START TRANSMITTING
AN ACCESS CODE. THE SUBSCRIBER UNIT
INITIATES A SLOW RAMP - UP OF TRANSMIT
POWER WHILE SENDING THE ACCESS CODE — 210

(A)

*FIG. 11A*



Ⓐ

BASE STATION SEARCHES FOR THE CORRECT PHASE OF THE ACCESS CODE BY SEARCHING ONLY ONE PHASE OUT OF EACH SHORT CODE LENGTH PORTION OF THE ACCESS CODE — 212

IF THE BASE STATION SEARCHES THE PHASES OF THE ACCESS CODE UP TO THE MAXIMUM ROUND TRIP DELAY AND HAS NOT DETECTED THE CORRECT PHASE, REPEAT SEARCH BY SEARCHING EVERY PHASE — 214

UPON DETECTION OF THE CORRECT PHASE OF THE ACCESS CODE BY THE BASE STATION, THE BASE STATION SENDS AN ACKNOWLEDGEMENT TO THE SUBSCRIBER UNIT — 216

RECEPTION OF THE ACKNOWLEDGEMENT BY THE SUBSCRIBER UNIT CONCLUDES THE RAMP-UP PROCESS. A CLOSED LOOP POWER CONTROL IS ESTABLISHED, AND THE SUBSCRIBER UNIT CONTINUES THE CALL SETUP PROCESS BY SENDING RELATED CALL SETUP MESSAGES — 218

*FIG. 11B*

US 7,286,847 B2

1

## METHOD AND APPARATUS FOR PERFORMING AN ACCESS PROCEDURE

### CROSS REFERENCE TO RELATED APPLICATION

This application is a continuation of application Ser. No. 10/866,851, filed Jun. 14, 2004, now U.S. Pat. No. 7,117,004 which is a continuation of application Ser. No. 10/400,343, filed Mar. 26, 2003, which issued on Jan. 4, 2005 as U.S. Pat. No. 6,839,567, which is a continuation of Ser. No. 10/086, 320, filed Mar. 1, 2002, which issued on May 27, 2003 as U.S. Pat. No. 6,571,105; which is a continuation of application Ser. No. 09/721,034, filed Nov. 22, 2000, which issued on Dec. 10, 2002 as U.S. Pat. No. 6,493,563; which is a continuation of application Ser. No. 09/003,104, filed Jan. 6, 1998, which issued on Jan. 30, 2001 as U.S. Pat. No. 6,181,949; which is a continuation of application Ser. No. 08/670,162, filed on Jun. 27, 1996, which issued on Nov. 24, 1998 as U.S. Pat. No. 5,841,768; which applications and patents are incorporated herein by reference.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to CDMA communication systems. More specifically, the present invention relates to a CDMA communication system which utilizes the transmission of short codes from subscriber units to a base station to reduce the time required for the base station to detect the signal from a subscriber unit. The improved detection time allows a faster ramp-up of the initial transmit power from the subscriber units while reducing the unnecessary power overshoot.

2. Description of Related Art

The use of wireless telecommunication systems has grown dramatically in the last decade as the reliability and capacity of the systems have improved. Wireless communication systems are being utilized in a variety of applications where land line based systems are impractical or impossible to use. Applications of wireless communications include cellular phone communications, communications in remote locations, and temporary communications for disaster recovery. Wireless communication systems have also become an economically viable alternative to replacing aging telephone lines and outdated telephone equipment.

The portion of the RF spectrum available for use by wireless communication systems is a critical resource. The RF spectrum must be shared among all commercial, governmental and military applications. There is a constant desire to improve the efficiency of wireless communication systems in order to increase system capacity.

Code division multiple access (CDMA) wireless communication systems have shown particular promise in this area. Although more traditional time division multiple access (TDMA) and frequency division multiple access (FDMA) systems have improved using the latest technological advances, CDMA systems, in particular Broadband Code Division Multiple Access™ (B-CDMA™) systems, have significant advantages over TDMA and FDMA systems. This efficiency is due to the improved coding and modulation density, interference rejection and multipath tolerance of B-CDMA™ systems, as well as reuse of the same spectrum in every communication cell. The format of CDMA communication signals also makes it extremely difficult to intercept calls, thereby ensuring greater privacy for callers and providing greater immunity against fraud.

2

In a CDMA system, the same portion of the frequency spectrum is used for communication by all subscriber units. Each subscriber unit's baseband data signal is multiplied by a code sequence, called the "spreading code", which has a much higher rate than the data. The ratio of the spreading code rate to the data symbol rate is called the "spreading factor" or the "processing gain". This coding results in a much wider transmission spectrum than the spectrum of the baseband data signal, hence the technique is called "spread spectrum". Subscriber units and their communications can be discriminated by assigning a unique spreading code to each communication link which is called a CDMA channel. Since all communications are sent over the same frequency band, each CDMA communication signal overlaps communications from other subscriber units and noise-related signals in both frequency and time.

The use of the same frequency spectrum by a plurality of subscriber units increases the efficiency of the system. However, it also causes a gradual degradation of the performance of the system as the number of users increase. Each subscriber unit detects communication signals with its unique spreading code as valid signals and all other signals are viewed as noise. The stronger the signal from a subscriber unit arrives at the base station, the more interference the base station experiences when receiving and demodulating signals from other subscriber units. Ultimately, the power from one subscriber unit may be great enough to terminate communications of other subscriber units. Accordingly, it is extremely important in wireless CDMA communication systems to control the transmission power of all subscriber units. This is best accomplished by using a closed loop power control algorithm once a communication link is established. A detailed explanation of such a closed loop algorithm is disclosed in U.S. patent application entitled Code Division Multiple Access (CDMA) System and Method filed concurrently herewith, which is incorporated by reference as if fully set forth.

The control of transmission power is particularly critical when a subscriber unit is attempting to initiate communications with a base station and a power control loop has not yet been established. Typically, the transmission power required from a subscriber unit changes continuously as a function of the propagation loss, interference from other subscribers, channel noise, fading and other channel characteristics. Therefore, a subscriber unit does not know the power level at which it should start transmitting. If the subscriber unit begins transmitting at a power level that is too high, it may interfere with the communications of other subscriber units and may even terminate the communications of other subscriber units. If the initial transmission power level is too low, the subscriber unit will not be detected by the base station and a communication link will not be established.

There are many methods for controlling transmission power in a CDMA communication system. For example, U.S. Pat. No. 5,056,109 (Gilhousen et al.) discloses a transmission power control system wherein the transmission power of the subscriber unit is based upon periodic signal measurements from both the subscriber unit and the base station. The base station transmits a pilot signal to all subscriber units which analyze the received pilot signal, estimate the power loss in the transmitted signal and adjust their transmission power accordingly. Each subscriber unit includes a non-linear loss output filter which prevents sudden increases in power which would cause interference to other subscriber units. This method is too complex to permit a base station to quickly acquire a subscriber unit while limiting the interference to other subscriber units. In addi-

US 7,286,847 B2

3

tion, the propagation losses, interference and noise levels experienced in a forward link (transmission from the base station to a subscriber unit) is often not the same as in a reverse link (transmission from a subscriber unit to the base station). Reverse link power estimates based on forward link losses are not precise.

Many other types of prior art transmission power control systems require complex control signaling between communicating units or preselected transmission values to control transmission power. These power control techniques are inflexible and often impractical to implement.

Accordingly, there is a need for an efficient method of controlling the initial ramp-up of transmission power by subscriber units in a wireless CDMA communication system.

SUMMARY OF THE INVENTION

The present invention comprises a novel method of controlling transmission power during the establishment of a channel in a CDMA communication system by utilizing the transmission of a short code from a subscriber unit to a base station during initial power ramp-up. The short code is a sequence for detection by the base station which has a much shorter period than a conventional spreading code. The ramp-up starts from a power level that is guaranteed to be lower than the required power level for detection by the base station. The subscriber unit quickly increases transmission power while repeatedly transmitting the short code until the signal is detected by the base station. Once the base station detects the short code, it sends an indication to the subscriber unit to cease increasing transmission power. The use of short codes limits power overshoot and interference to other subscriber stations and permits the base station to quickly synchronize to the spreading code used by the subscriber unit.

Accordingly, it is an object of the present invention to provide an improved technique for controlling power ramp-up during establishment of a communication channel between a CDMA subscriber unit and base station.

Other objects and advantages of the present invention will become apparent after reading the description of a presently preferred embodiment.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic overview of a code division multiple access communication system in accordance with the present invention;

FIG. 2 is a diagram showing the operating range of a base station;

FIG. 3 is a timing diagram of communication signals between a base station and a subscriber unit;

FIG. 4 is a flow diagram of the establishment of a communication channel between a base station and a subscriber unit;

FIG. 5 is a graph of the transmission power output from a subscriber unit;

FIGS. 6A and 6B are flow diagrams of the establishment of a communication channel between a base station and a subscriber unit in accordance with the preferred embodiment of the present invention using short codes;

FIG. 7 is a graph of the transmission power output from a subscriber unit using short codes;

FIG. 8 shows the adaptive selection of short codes;

FIG. 9 is a block diagram of a base station in accordance with the present invention;

4

FIG. 10 is a block diagram of the subscriber unit in accordance with the present invention; and

FIGS. 11A and 11B are flow diagrams of the ramp-up procedure implemented in accordance with the present invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The preferred embodiment will be described with reference to the drawing figures where identical numerals represent similar elements throughout.

A communication network 10 embodying the present invention is shown in FIG. 1. The communication network 10 generally comprises one or more base stations 14, each of which is in wireless communication with a plurality of subscriber units 16, which may be fixed or mobile. Each subscriber unit 16 communicates with either the closest base station 14 or the base station 14 which provides the strongest communication signal. The base stations 14 also communicate with a base station controller 20, which coordinates communications among base stations 14. The communication network 10 may also be connected to a public switched telephone network (PSTN) 22, wherein the base station controller 20 also coordinates communications between the base stations 14 and the PSTN 22. Preferably, each base station 14 communicates with the base station controller 20 over a wireless link, although a land line may also be provided. A land line is particularly applicable when a base station 14 is in close proximity to the base station controller 20.

The base station controller 20 performs several functions. Primarily, the base station controller 20 provides all of the operations, administrative and maintenance (OA&M) signaling associated with establishing and maintaining all of the wireless communications between the subscriber units 16, the base stations 14, and the base station controller 20. The base station controller 20 also provides an interface between the wireless communication system 10 and the PSTN 22. This interface includes multiplexing and demultiplexing of the communication signals that enter and leave the system 10 via the base station controller 20. Although the wireless communication system 10 is shown employing antennas to transmit RF signals, one skilled in the art should recognize that communications may be accomplished via microwave or satellite uplinks. Additionally, the functions of the base station controller 20 may be combined with a base station 14 to form a "master base station".

Referring to FIG. 2, the propagation of signals between a base station 14 and a plurality of subscriber units 16 is shown. A two-way communication channel (link) 18 comprises a signal transmitted 21 (Tx) from the base station 14 to the subscriber unit 16 and a signal received 23 (Rx) by the base station 14 from the subscriber unit 16. The Tx signal 21 is transmitted from the base station 14 and is received by the subscriber unit 16 after a propagation delay $\Delta t$. Similarly, the Rx signal originates at the subscriber unit 16 and terminates at the base station 14 after a further propagation delay $\Delta t$. Accordingly, the round trip propagation delay is $2\Delta t$. In the preferred embodiment, the base station 14 has an operating range of approximately 30 kilometers. The round trip propagation delay 24 associated with a subscriber unit 16 at the maximum operating range is 200 microseconds.

It should be apparent to those of skill in the art that the establishment of a communication channel between a base station and a subscriber unit is a complex procedure involving many tasks performed by the base station and the

5

subscriber unit which are outside the scope of the present invention. The present invention is directed to initial power ramp-up and synchronization during the establishment of a communication channel.

Referring to FIG. 3, the signaling between a base station 14 and a subscriber unit 16 is shown. In accordance with the present invention, the base station 14 continuously transmits a pilot code 40 to all of the subscriber units 16 located within the transmitting range of the base station 14. The pilot code 40 is a spreading code which carries no data bits. The pilot code 40 is used for subscriber unit 16 acquisition and synchronization, as well as for determining the parameters of the adaptive matched filter used in the receiver.

The subscriber unit 16 must acquire the pilot code 40 transmitted by the base station 14 before it can receive or transmit any data. Acquisition is the process whereby the subscriber unit 16 aligns its locally generated spreading code with the received pilot code 40. The subscriber unit 16 searches through all of the possible phases of the received pilot code 40 until it detects the correct phase, (the beginning of the pilot code 40).

The subscriber unit 16 then synchronizes its transmit spreading code to the received pilot code 40 by aligning the beginning of its transmit spreading code to the beginning of the pilot code 40. One implication of this receive and transmit synchronization is that the subscriber unit 16 introduces no additional delay as far as the phase of the spreading codes are concerned. Accordingly, as shown in FIG. 3, the relative delay between the pilot code 40 transmitted from the base station 14 and the subscriber unit's transmit spreading code 42 received at the base station 14 is 2Δt, which is solely due to the round trip propagation delay.

In the preferred embodiment, the pilot code is 29,877,120 chips in length and takes approximately 2 to 5 seconds to transmit, depending on the spreading factor. The length of the pilot code 40 was chosen to be a multiple of the data symbol no matter what kind of data rate or bandwidth is used. As is well known by those of skill in the art, a longer pilot code 40 has better randomness properties and the frequency response of the pilot code 40 is more uniform. Additionally, a longer pilot code 40 provides low channel cross correlation, thus increasing the capacity of the system 10 to support more subscriber units 16 with less interference. The use of a long pilot code 40 also supports a greater number of random short codes. For synchronization purposes, the pilot code 40 is chosen to have the same period as all of the other spreading codes used by the system 10. Thus, once a subscriber unit 16 acquires the pilot code 40, it is synchronized to all other signals transmitted from the base station 14.

During idle periods, when a call is not in progress or pending, the subscriber unit 16 remains synchronized to the base station 14 by periodically reacquiring the pilot code 40. This is necessary for the subscriber unit 16 to receive and demodulate any downlink transmissions, in particular paging messages which indicate incoming calls.

When a communication link is desired, the base station 14 must acquire the signal transmitted from the subscriber unit 16 before it can demodulate the data. The subscriber unit 16 must transmit an uplink signal for acquisition by the base station 14 to begin establishing the two-way communication link. A critical parameter in this procedure is the transmission power level of the subscriber unit 16. A transmission power level that is too high can impair communications in the whole service area, whereas a transmission power level that is too low can prevent the base station 14 from detecting the uplink signal.

6

In a first embodiment of the present invention the subscriber unit 16 starts transmitting at a power level guaranteed to be lower than what is required and increases transmission power output until the correct power level is achieved. This avoids sudden introduction of a strong interference, hence improving system 10 capacity.

The establishment of a communication channel in accordance with the present invention and the tasks performed by the base station 14 and a subscriber unit 16 are shown in FIG. 4. Although many subscriber units 16 may be located within the operating range of the base station 14, reference will be made hereinafter to a single subscriber unit 16 for simplicity in explaining the operation of the present invention.

The base station 14 begins by continuously transmitting a periodic pilot code 40 to all subscriber units 16 located within the operating range of the base station 14 (step 100). As the base station 14 transmits the pilot code 40 (step 100), the base station 14 searches (step 101) for an "access code" 42 transmitted by a subscriber unit 16. The access code 42 is a known spreading code transmitted from a subscriber unit 16 to the base station 14 during initiation of communications and power ramp-up. The base station 14 must search through all possible phases (time shifts) of the access code 42 transmitted from the subscriber unit 16 in order to find the correct phase. This is called the "acquisition" or the "detection" process (step 101). The longer the access code 42, the longer it takes for the base station 14 to search through the phases and acquire the correct phase.

As previously explained, the relative delay between signals transmitted from the base station 14 and return signals received at the base station 14 corresponds to the round trip propagation delay 2Δt. The maximum delay occurs at the maximum operating range of the base station 14, known as the cell boundary. Accordingly, the base station 14 must search up to as many code phases as there are in the maximum round trip propagation delay, which is typically less code phases than there are in a code period.

For a data rate Rb and spreading code rate Rc, the ratio L=Rc/Rb is called the spreading factor or the processing gain. In the preferred embodiment of the present invention, the cell boundary radius is 30 km, which corresponds to approximately between 1000 and 2500 code phases in the maximum round trip delay, depending on the processing gain.

If the base station 14 has not detected the access code after searching through the code phases corresponding to the maximum round trip delay the search is repeated starting from the phase of the pilot code 40 which corresponds to zero delay (step 102).

During idle periods, the pilot code 40 from the base station 14 is received at the subscriber unit 16 which periodically synchronizes its transmit spreading code generator thereto (step 103). If synchronization with the pilot code 40 is lost, the subscriber unit 16 reacquires the pilot code 40 and resynchronizes (step 104).

When it is desired to initiate a communication link, the subscriber unit 16 starts transmitting the access code 42 back to the base station 14 (step 106). The subscriber unit 16 continuously increases the transmission power while retransmitting the access code 42 (step 108) until it receives an acknowledgment from the base station 14. The base station 14 detects the access code 42 at the correct phase once the minimum power level for reception has been achieved (step 110). The base station 14 subsequently transmits an access code detection acknowledgment signal (step 112) to the subscriber unit 16. Upon receiving the acknowl-

US 7,286,847 B2

7

8

edgment, the subscriber unit ceases the transmission power increase (step 114). With the power ramp-up completed, closed loop power control and call setup signaling is performed (step 116) to establish the two-way communication link.

Although this embodiment limits subscriber unit 16 transmission power, acquisition of the subscriber unit 16 by the base station 14 in this manner may lead to unnecessary power overshoot from the subscriber unit 16, thereby reducing the performance of the system 10.

The transmission power output profile of the subscriber unit 16 is shown in FIG. 5. At $t_0$, the subscriber unit 16 starts transmitting at the starting transmission power level $P_0$, which is a power level guaranteed to be less than the power level required for detection by the base station 14. The subscriber unit 16 continually increases the transmission power level until it receives the detection indication from the base station 14. For the base station 14 to properly detect the access code 42 from the subscriber unit 16 the access code 42 must: 1) be received at a sufficient power level; and 2) be detected at the proper phase. Accordingly, referring to FIG. 5, although the access code 42 is at a sufficient power level for detection by the base station 14 at $t_p$, the base station 14 must continue searching for the correct phase of the access code 42 which occurs at $t_4$.

Since the subscriber unit 16 continues to increase the output transmission power level until it receives the detection indication from the base station 14, the transmission power of the access code 42 exceeds the power level required for detection by the base station 14. This causes unnecessary interference to all other subscriber units 16. If the power overshoot is too large, the interference to other subscriber units 16 may be so severe as to terminate ongoing communications of other subscriber units 16.

The rate that the subscriber unit 16 increases transmission power to avoid overshoot may be reduced, however, this results in a longer call setup time. Those of skill in the art would appreciate that adaptive ramp-up rates can also be used, yet these rates have shortcomings and will not appreciably eliminate power overshoot in all situations.

The preferred embodiment of the present invention utilizes "short codes" and a two-stage communication link establishment procedure to achieve fast power ramp-up without large power overshoots. The spreading code transmitted by the subscriber unit 16 is much shorter than the rest of the spreading codes (hence the term short code), so that the number of phases is limited and the base station 14 can quickly search through the code. The short code used for this purpose carries no data.

The tasks performed by the base station 14 and the subscriber unit 16 to establish a communication channel using short codes in accordance with the preferred embodiment of the present invention are shown in FIGS. 6A and 6B. During idle periods, the base station 14 periodically and continuously transmits the pilot code to all subscriber units 16 located within the operating range of the base station 14 (step 150). The base station 14 also continuously searches for a short code transmitted by the subscriber unit 16 (step 152). The subscriber unit 16 acquires the pilot code and synchronizes its transmit spreading code generator to the pilot code (step 154). The subscriber unit 16 also periodically checks to ensure it is synchronized. If synchronization is lost, the subscriber unit 16 reacquires the pilot signal transmitted by the base station (step 156).

When a communication link is desired, the subscriber unit 16 starts transmitting a short code at the minimum power level $P_0$ (step 158) and continuously increases the transmis-

sion power level while retransmitting the short code (step 160) until it receives an acknowledgment from the base station 14 that the short code has been detected by the base station 14.

The access code in the preferred embodiment, as previously described herein, is approximately 30 million chips in length. However, the short code is much smaller. The short code can be chosen to be any length that is sufficiently short to permit quick detection. There is an advantage in choosing a short code length such that it divides the access code period evenly. For the access code described herein, the short code is preferably chosen to be 32, 64 or 128 chips in length. Alternatively, the short code may be as short as one symbol length, as will be described in detail hereinafter.

Since the start of the short code and the start of the access code are synchronized, once the base station 14 acquires the short code, the base station 14 knows that the corresponding phase of the access code is an integer multiple of N chips from the phase of the short code where N is the length of the short code. Accordingly, the base station 14 does not have to search all possible phases corresponding to the maximum round trip propagation delay.

Using the short code, the correct phase for detection by the base station 14 occurs much more frequently. When the minimum power level for reception has been achieved, the short code is quickly detected (step 162) and the transmission power overshoot is limited. The transmission power ramp-up rate may be significantly increased without concern for a large power overshoot. In the preferred embodiment of the present invention, the power ramp-up rate using the short code is 1 dB per millisecond.

The base station 14 subsequently transmits a short code detection indication signal (step 164) to the subscriber unit 16 which enters the second stage of the power ramp-up upon receiving this indication. In this stage, the subscriber unit 16 ceases transmitting the short code (step 166) and starts continuously transmitting a periodic access code (step 166). The subscriber unit 16 continues to ramp-up its transmission power while transmitting the access code, however the ramp-up rate is now much lower than the previous ramp-up rate used with the short code (step 168). The ramp-up rate with the access code is preferably 0.05 dB per millisecond. The slow ramp-up avoids losing synchronization with the base station 14 due to small changes in channel propagation characteristics.

At this point, the base station 14 has detected the short code at the proper phase and power level (step 162). The base station 14 must now synchronize to the access code which is the same length as all other spreading codes and much longer than the short code. Utilizing the short code, the base station 14 is able to detect the proper phase of the access code much more quickly. The base station 14 begins searching for the proper phase of the access code (step 170). However, since the start of the access code is synchronized with the start of the short code, the base station 14 is only required to search every N chips; where N=the length of the short code. In summary, the base station 14 quickly acquires the access code of the proper phase and power level by: 1) detecting the short code; and 2) determining the proper phase of the access code by searching every N chips of the access code from the beginning of the short code.

If the proper phase of the access code has not been detected after searching the number of phases in the maximum round trip delay the base station 14 restarts the search for the access code by searching every chip instead of every N chips (step 172). When the proper phase of the access code has been detected (step 174) the base station 14

US 7,286,847 B2

9

transmits an access code detection acknowledgment (step 176) to the subscriber unit 16 which ceases the transmission power increase (step 178) upon receiving this acknowledgment. With the power ramp-up completed, closed loop power control and call setup signaling is performed (step 180) to establish the two-way communication link.

Referring to FIG. 7, although the starting power level $P_0$ is the same as in the prior embodiment, the subscriber unit 16 may ramp-up the transmission power level at a much higher rate by using a short code. The short code is quickly detected after the transmission power level surpasses the minimum detection level, thus minimizing the amount of transmission power overshoot.

Although the same short code may be reused by the subscriber unit 16, in the preferred embodiment of the present invention the short codes are dynamically selected and updated in accordance with the following procedure. Referring to FIG. 8, the period of the short code is equal to one symbol length and the start of each period is aligned with a symbol boundary. A symbol length portion from the beginning of the spreading code is stored and used as the short code for the next 3 milliseconds. Every 3 milliseconds, a new symbol length portion of the spreading code replaces the old short code. Since the spreading code period is an integer multiple of 3 milliseconds, the same short codes are repeated once every period of the spreading code.

Periodic updating of the short code averages the interference created by the short code over the entire spectrum. A detailed description of the selection and updating of the short codes is outside the scope of this invention. However, such a detailed description is disclosed in the related application U.S. patent appln. entitled Code Division Multiple Access (CDMA) System and Method.

A block diagram of the base station 14 is shown in FIG. 9. Briefly described, the base station 14 comprises a receiver section 50, a transmitter section 52 and a diplexer 54. An RF receiver 56 receives and down-converts the RF signal received from the diplexer 54. The receive spreading code generator 58 outputs a spreading code to both the data receiver 60 and the code detector 62. In the data receiver 60, the spreading code is correlated with the baseband signal to extract the data signal which is forwarded for further processing. The received baseband signal is also forwarded to the code detector 62 which detects the access code or the short code from the subscriber unit 16 and adjusts the timing of the spreading code generator 58 to establish a communication channel 18.

In the transmitter section 52 of the base station 14, the transmit spreading code generator 64 outputs a spreading code to the data transmitter 66 and the pilot code transmitter 68. The pilot code transmitter 68 continuously transmits the periodic pilot code. The data transmitter 66 transmits the short code detect indication and access code detect acknowledgment after the code detector 62 has detected the short code or the access code respectively. The data transmitter also sends other message and data signals. The signals from the data transmitter 66 and the pilot code transmitter 68 are combined and up-converted by the RF transmitter 70 for transmission to the subscriber units 16.

A block diagram of the subscriber unit 16 is shown in FIG. 10. Briefly described, the subscriber unit 16 comprises a receiver section 72, a transmitter section 74 and a diplexer 84. An RF receiver 76 receives and down-converts the RF signal received from the diplexer 84. A pilot code detector 80 correlates the spreading code with the baseband signal to

10

acquire the pilot code transmitted by the base station 14. In this manner, the pilot code detector 80 maintains synchronization with the pilot code. The receiver spreading code generator 82 generates and outputs a spreading code to the data receiver 78 and the pilot code detector 80. The data receiver 78 correlates the spreading code with the baseband signal to process the short code detect indication and the access code detect acknowledgment transmitted by the base station 14.

The transmitter section 74 comprises a spreading code generator 86 which generates and outputs spreading codes to a data transmitter 88 and a short code and access code transmitter 90. The short code and access code transmitter 90 transmits these codes at different stages of the power ramp-up procedure as hereinbefore described. The signals output by the data transmitter 88 and the short code and access code transmitter 90 are combined and up-converted by the RF transmitter 92 for transmission to the base station 14. The timing of the receiver spreading code generator 82 is adjusted by the pilot code detector 80 through the acquisition process. The receiver and transmitter spreading code generators 82, 86 are also synchronized.

An overview of the ramp-up procedure in accordance with the preferred current invention is summarized in FIGS. 11A and 11B. The base station 14 transmits a pilot code while searching for the short code (step 200). The subscriber unit 16 acquires the pilot code transmitted from the base station 14 (step 202), starts transmitting a short code starting at a minimum power level $P_0$ which is guaranteed to be less than the required power, and quickly increases transmission power (step 204). Once the received power level at the base station 14 reaches the minimum level needed for detection of the short code (step 206) the base station 14 acquires the correct phase of the short code, transmits an indication of this detection, and begins searching for the access code (step 208). Upon receiving the detection indication, the subscriber unit 16 ceases transmitting the short code and starts transmitting an access code. The subscriber unit 16 initiates a slow ramp-up of transmit power while sending the access code (step 210). The base station 14 searches for the correct phase of the access code by searching only one phase out of each short code length portion of the access code (step 212). If the base station 14 searches the phases of the access code up to the maximum round trip delay and has not detected the correct phase, the search is repeated by searching every phase (step 214). Upon detection of the correct phase of the access code by the base station 14, the base station 14 sends an acknowledgment to the subscriber unit 16 (step 216). Reception of the acknowledgment by the subscriber unit 16 concludes the ramp-up process. A closed loop power control is established, and the subscriber unit 16 continues the call setup process by sending related call setup messages (step 218).

Although the invention has been described in part by making detailed reference to the preferred embodiment, such detail is intended to be instructive rather than restrictive. It will be appreciated by those skilled in the art that many variations may be made in the structure and mode of operation without departing from the spirit and scope of the invention as disclosed in the teachings herein.

What is claimed is:

1. A wireless code division multiple access (CDMA) subscriber unit comprising:
   a circuit configured to synchronize to a pilot signal transmitted by a base station associated with a CDMA network wherein, during idle periods of the subscriber

US 7,286,847 B2

11

unit, the circuit is further configured to remain synchronized to the pilot signal by periodically acquiring the pilot signal; and

a transmitter configured such that, when the subscriber unit is first accessing the CDMA network, the transmitter successively transmits signals until the subscriber unit receives from the base station an indication that a transmitted one of the signals has been detected by the base station, wherein each transmission of one of the signals by the transmitter, other than a transmission of a first one of the signals, is at an increased power level with respect to a prior transmission of another one of the signals and wherein the transmitted signals carry no data of the subscriber unit;

the transmitter further configured such that, subsequent to the subscriber unit receiving the indication, the transmitter facilitates closed loop power control with respect to a communication channel associated with the base station,

wherein, prior to receiving the indication, the subscriber unit is not uniquely identified to the base station.

2. A wireless code division multiple access (CDMA) subscriber unit comprising:

a circuit configured to receive and down convert radio frequency signals to produce baseband signals, the baseband signals including a pilot signal and a paging message, the paging message being associated with the subscriber unit;

wherein the circuit is further configured to synchronize to the pilot signal and demodulate the paging message; and

a transmitter configured such that, when the subscriber unit is first accessing a CDMA network, the transmitter successively transmits signals until the subscriber unit receives from a base station associated with the network an indication that a transmitted one of the signals has been detected by the base station, wherein each transmission of one of the signals by the transmitter, other than a transmission of a first one of the signals, is at an increased power level with respect to a prior transmission of another one of the signals and wherein the transmitted signals carry no data of the subscriber unit;

the transmitter further configured such that, subsequent to the subscriber unit receiving the indication, the transmitter transmits to the base station a message indicating to the base station that the subscriber unit wants to establish a radio connection with the base station over a communication channel to be indicated by the base station,

wherein, prior to receiving the indication, the subscriber unit is not uniquely identified to the base station.

3. A wireless code division multiple access (CDMA) subscriber unit comprising:

a circuit configured to synchronize to a pilot signal transmitted by a base station associated with a CDMA network wherein, if the circuit becomes unsynchronized to the pilot signal during an idle period of the subscriber unit, the circuit is further configured to re-synchronize to the pilot signal;

a transmitter configured such that, when the subscriber unit is first accessing the CDMA network, the transmitter successively transmits signals generated using a portion of a code until the subscriber unit receives from the base station an indication that a transmitted one of the signals has been detected by the base station, wherein each transmission of one of the signals by the

12

transmitter, other than a transmission of a first one of the signals, is at an increased power level with respect to a prior transmission of another one of the signals;

the transmitter further configured such that, subsequent to the subscriber unit receiving the indication, the transmitter transmits a signal generated using a remainder of the code,

wherein, prior to receiving the indication, the subscriber unit is not uniquely identified to the base station.

4. A base station for use in a code division multiple access (CDMA) network, comprising:

a circuit configured to provide a pilot signal such that a subscriber unit is synchronized to the pilot signal and and re-synchronized to the pilot signal if the subscriber unit becomes unsynchronized to the pilot signal during an idle period;

a receiver configured to receive, from a subscriber unit attempting to first access the network, a signal carrying no data of the subscriber unit; and

a transmitter configured to transmit to the subscriber unit an indication that the signal carrying no data of the subscriber unit has been detected by the base station;

the transmitter further configured such that, subsequent to the transmitter transmitting the indication to the subscriber unit, the transmitter facilitates closed loop power control with the subscriber unit with respect to a communication channel associated with the base station,

wherein, prior to transmitting the indication, the base station has not uniquely identified the subscriber unit.

5. A wireless code division multiple access (CDMA) subscriber unit comprising:

a circuit configured to receive and down convert radio frequency signals to produce baseband signals, the baseband signals including a pilot signal and a paging message, the paging message being associated with the subscriber unit,

wherein the circuit is further configured to synchronize to the pilot signal and demodulate the paging message; and

a transmitter configured such that, when the subscriber unit is first accessing a CDMA network and wants to establish communications with a base station associated with the network over a communication channel to be indicated by the base station, the transmitter successively transmits signals until the subscriber unit receives from the base station an indication that a transmitted one of the signals has been detected by the base station, wherein each transmission of one of the signals by the transmitter, other than a transmission of a first one of the signals, is at an increased power level with respect to a prior transmission of another one of the signals;

the transmitter further configured such that the transmitter transmits to the base station a message indicating to the base station that the subscriber unit wants to establish the communications with the base station over the communication channel to be indicated by the base station, the message being transmitted only subsequent to the subscriber unit receiving the indication,

wherein the successively transmitted signals and the message are generated using a same code.

6. A method for use in a code division multiple access subscriber unit for establishing communications between said subscriber unit and a base station, said method comprising:

US 7,286,847 B2

13

synchronizing to a pilot signal transmitted by said base station;

after said synchronizing to the pilot signal, transmitting a plurality of different codes by said subscriber unit to said base station wherein each one of the plurality of different codes, other than a first one of the plurality of different codes, is transmitted at an increased power level with respect to a prior transmission of another one of the plurality of different codes;

receiving an acknowledgement by said subscriber unit from said base station and ceasing transmitting the plurality of different codes, said acknowledgement indicating to said subscriber unit that said base station has received at least one of said plurality of different codes; and

transmitting, in response to receipt of said acknowledgement, an access signal to facilitate communication initialization between said subscriber unit and said base station, said access signal as transmitted by said subscriber unit, and said plurality of different codes, as transmitted by said subscriber unit, being a function of a same code.

7. A method for performing an access procedure in a code division multiple access subscriber unit for establishing communications between said subscriber unit and a base station, said method comprising:

receiving radio frequency signals;

down converting the received radio frequency signals to produce baseband signals, the baseband signals include a pilot signal and a paging message, the paging message being associated with the subscriber unit;

synchronizing to the pilot signal;

demodulating the paging message;

after said demodulating the paging message and said synchronizing to the pilot signal, transmitting a first code to be used by said base station in establishing communication between said base station and said subscriber unit at a first power level, said first code not providing data of said subscriber unit;

subsequently transmitting, with respect to said first code a same or a different code, at increasing power levels until an acknowledgement is received by the subscriber unit, reception of said acknowledgement by said subscriber unit indicating to said subscriber unit that the base station has detected transmission by the subscriber unit; and

transmitting, in response to receipt of said acknowledgement, a signal by said subscriber unit as part of the access procedure wherein the signal includes a second code that is associated with the same or different code.

8. A method performed by a code division multiple access subscriber unit for establishing communications between the subscriber unit and a base station, the method comprising:

(a) synchronizing to a pilot signal transmitted by the base station;

(b) after said synchronizing to the pilot signal, transmitting a code of a first type, wherein the code of the first type does not include data of the subscriber unit;

(c) determining if the subscriber unit has received an acknowledgement signal from the base station, the acknowledgement signal being an indication to the subscriber unit that the base station has received a code of the first type;

(d) repeating the transmitting of a code of a first type, each repeated transmission being at an increased power level

14

with respect to a prior transmission of a code of the first type, until the subscriber unit has received the acknowledgement signal; and

(e) transmitting a code of a second type after a determination is made that the subscriber unit has received the acknowledgement signal.

9. A method for use in a code division multiple access subscriber unit for establishing communications between said subscriber unit and a base station, said method comprising:

(a) receiving radio frequency signals;

(b) down converting the received radio frequency signals to produce baseband signals, the baseband signals include a pilot signal and a paging message, the paging message being associated with the subscriber unit;

(c) synchronizing to the pilot signal;

(d) demodulating the paging message;

(e) after said demodulating the paging message and said synchronizing to the pilot signal, transmitting a first one of a plurality of different codes by said subscriber unit to said base station;

(f) if an acknowledgement is not received, transmitting another one of the plurality of different codes by said subscriber unit to said base station;

(g) repeating step (f) until an acknowledgement is received by said subscriber unit from said base station, said acknowledgement indicating to said subscriber unit that base station has received at least one of said different codes; and

(h) transmitting, in response to receipt of said acknowledgement, an access signal to facilitate communication initialization between said subscriber unit and said base station, said access signal, as transmitted by said subscriber unit, and said different codes, as transmitted by said subscriber unit, being a function of a same code.

10. A subscriber unit operable to perform an access procedure in a code division multiple access system for establishing communications between said subscriber unit and a base station, said subscriber unit comprising:

a circuit configured to synchronize to a pilot signal transmitted by said base station wherein, the circuit is further configured to re-synchronize to the pilot signal if the subscriber unit becomes unsynchronized to the pilot signal during an idle period of the subscriber unit;

a transmitter; and

a processor configured to control said transmitter to transmit a first code to be used by said base station in establishing communication between said base station and said subscriber unit at a first power level, said first code not providing data of said subscriber unit, wherein said processor is further configured to control said transmitter to subsequently transmit, with respect to said first code a same or a different code, at increasing power levels until an acknowledgement is received by the subscriber unit, reception of said acknowledgement by said subscriber unit indicating to said subscriber unit that the base station has detected transmission by the subscriber unit, and said processor is further configured to control said transmitter to transmit, in response to receipt of said acknowledgement, a signal by said subscriber unit as part of the access procedure wherein the signal includes a second code that is associated with the same or different code.

11. A subscriber unit for performing an access procedure for establishing communications between said subscriber unit and a base station, said subscriber unit comprising:

US 7,286,847 B2

15

a circuit configured to synchronize to a pilot signal transmitted by the base station wherein, the circuit is further configured to re-synchronize to the pilot signal if the subscriber unit becomes unsynchronized to the pilot signal during an idle period;

a processor configured to control a transmitter such that the transmitter transmits a first one of a plurality of different codes by said subscriber unit to said base station;

a receiver configured to receive an acknowledgement wherein if said acknowledgement is not received, the processor is configured to control the transmitter such that the transmitter transmits another one of the plurality of different codes by said subscriber unit to said base station;

the processor configured to control said transmitter such that said transmitter repeats the transmitting of another

16

one of the plurality of different codes until said acknowledgement is received by said subscriber unit from said base station, said acknowkdgement indicating to said subscriber unit that said base station has received at least one of said different codes; and

said processor further configured to control the transmitter such that the transmitter transmits, in response to receipt of said acknowledgement, an access signal to facilitate communication initialization between said subscriber unit and said base station, said access signal as transmitted by said subscriber unit, and said plurality of different codes, as transmitted by said subscriber unit, being a function of a same code.

* * * * *