**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTERDIGITAL COMMUNICATIONS, LLC, and INTERDIGITAL TECHNOLOGY CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA LLC, <br><br> Defendants. | Civil Action No. 07-165 (JJF) |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Having agreed to a settlement, the parties hereby stipulate and agree, by and between counsel and subject to the approval of the Court, and pursuant to Fed. R. Civ. P. 41(a)(1), that this action is dismissed without prejudice, and each party bears its own costs and attorneys' fees.

Dated: February 2, 2009

| | |
|---|---|
| */s/ Richard K. Herrmann* | */s/ Steven J. Balick* |
| Richard K. Herrmann (I.D. #405) | Steven J. Balick (I.D. #2114) |
| Mary B. Matterer (I.D. #2696) | John G. Day (I.D. #2403) |
| MORRIS JAMES LLP | ASHBY & GEDDES |
| 500 Delaware Avenue, Suite 1500 | 500 Delaware Ave., 8th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 888-6800 | (302) 654-1888 |
| rherrmann@morrisjames.com | sbalick@ashby-geddes.com |
| mmatterer@morrisjames.com | jday@ashby-geddes.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| *InterDigital Communications, LLC,* | *Samsung Electronics Co., Ltd,* |
| *InterDigital Technology Corporation* | *Samsung Electronics America, Inc., and* |
| | *Samsung Telecommunications America LLC* |

## ORDER

**SO ORDERED** this _____ day of _____, 2009.

_____
The Honorable Joseph J. Farnan, Jr.